# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REGINALD T. ALLISON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OAK STREET HEALTH, INC., MICHAEL PYKOSZ, and TIMOTHY COOK,<br><br>Defendants. | Case No. 1:22-cv-00149<br><br>Judge Matthew F. Kennelly<br>Magistrate Judge Gabriel A. Fuentes |

# MOTION OF REGINALD T. ALLISON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL

Plaintiff Reginald T. Allison ("Allison") respectfully moves this Court for entry of an Order: (i) appointing Allison as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (ii) approving his selection of Glancy Prongay & Murray LLP as Lead Counsel and Miller Law LLC as Liaison Counsel for the proposed class; and (3) granting such other relief as the Court may deem just and proper.

In support of his motion, Allison relies on the accompanying memorandum of law, the following exhibits:

> Exhibit A: Press release published January 11, 2022 on *Business Wire*, announcing the pendency of the securities class action against Defendants herein;
>
> Exhibit B: Analysis of Allison's financial interest, as a result of his transactions in Oak Street Health, Inc. securities;
>
> Exhibit C: Firm résumé of Glancy Prongay & Murray LLP; and
>
> Exhibit D: Firm résumé of Miller Law LLC.

A proposed order is also submitted herewith.

| | |
|---|---|
| Dated: March 14, 2022 | Respectfully submitted, |
| | By: s/ *Marvin A. Miller*<br>Marvin A. Miller<br>**MILLER LAW LLC**<br>115 S. LaSalle Street, Suite 2910<br>Chicago, IL 60603<br>Telephone: (312) 332-3400<br>mmiller@millerlawllc.com |

*Counsel for Reginald T. Allison and Proposed Liaison Counsel for the Class*

Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Reginald T. Allison and Proposed Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I, Marvin A. Miller, hereby certify that a true and correct copy of the foregoing pleading was electronically filed with the Clerk of the Court using the CM/ECF system on March 14, 2022, which constitutes service on counsel of record who are registered electronic filing users.

/s/ *Marvin A. Miller*