UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REGINALD T. ALLISON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>OAK STREET HEALTH, INC., MICHAEL PYKOSZ, and TIMOTHY COOK,<br><br>Defendants. | Case No. 1:22-cv-00149-MFK<br><br>CLASS ACTION<br><br>Honorable Matthew F. Kennelly |

**MOTION OF THE EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF BALTIMORE AND THE EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF KANSAS CITY, MISSOURI FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

Proposed Lead Plaintiff the Employees' Retirement System of the City of Baltimore and the Employees' Retirement System of the City of Kansas City, Missouri (collectively, the "Retirement Systems") respectfully move this Court for entry of an Order: (1) appointing the Retirement Systems as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (2) approving their selection of Saxena White P.A. ("Saxena White") to serve as Lead Counsel and Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") as Liaison Counsel for the Class; and (3) granting any such other and further relief as the Court may deem just and proper (the "Motion").

This Motion is made on the grounds that the Retirement Systems believe that they are the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, the Retirement Systems believe they have the "largest financial interest" in the relief sought by the Class in the above-captioned action. The Retirement Systems also otherwise satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure because their claims are typical of other Class members' claims, and they will fairly and adequately represent the interests of the Class. Further, the Retirement Systems are the paradigmatic Lead Plaintiff envisioned by Congress in enacting the PSLRA because they are sophisticated institutional investors with substantial financial interests in the litigation, which guarantee effective monitoring and supervision of counsel.

This Motion is supported by the accompanying Memorandum of Law, the Declaration of Carol V. Gilden and exhibits annexed thereto, the Joint Declaration of David Randall and Barbara J. Davis in Support of the Motion of the Employees' Retirement System of the City of Baltimore and the Employees' Retirement System of the City of Kansas City, Missouri for Appointment as

1

Lead Plaintiff and Approval of Selection of Counsel filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, the Retirement Systems respectfully request that the Court: (1) appoint them as Lead Plaintiff; (2) approve their selection of Saxena White to serve as Lead Counsel and Cohen Milstein to serve as Liaison Counsel for the Class; and (3) grant such other and further relief as the Court may deem just and proper.

Executed on March 14, 2022.

Respectfully submitted,

By: */s/ Carol V. Gilden*
    Carol V. Gilden

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Carol V. Gilden (N.D. Ill. #6185530)
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Telephone: (312) 629-3737
Facsimile: (312) 357-0369
cgilden@cohenmilstein.com

Daniel S. Sommers
1100 New York Ave, NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
dsommers@cohenmilstein.com

*Proposed Liaison Counsel for the Class*

**SAXENA WHITE P.A.**

Maya Saxena
Lester R. Hooker
7777 Glades, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382

msaxena@saxenawhite.com
lhooker@saxenawhite.com

Steven B. Singer
Rachel A. Avan
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 216-2220
ssinger@saxenawhite.com
ravan@saxenawhite.com

*Counsel for Proposed Lead Plaintiff the Employees' Retirement System of the City of Baltimore and the Employees' Retirement System of the City of Kansas City, Missouri, and Proposed Lead Counsel for the Class*

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 14, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 14, 2022

*/s/ Carol V. Gilden*
Carol V. Gilden