UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REGINALD T. ALLISON, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>OAK STREET HEALTH, INC., et al.,<br><br>                  Defendants. | Case No. 1:22-cv-00149<br><br>CLASS ACTION<br><br>Judge Matthew F. Kennelly |

MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

4882-0994-5620.v1

Central Pennsylvania Teamsters Pension Fund – Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987, and Boston Retirement System (collectively, the "Northeast Pension Funds") move this Court for an Order pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a), appointing the Northeast Pension Funds as Lead Plaintiff and approving their selection of Robbins Geller Rudman & Dowd LLP and Labaton Sucharow LLP as Lead Counsel for the class. In support of this Motion, the Northeast Pension Funds submit a memorandum of law, a proposed order (submitted to the Court's proposed order inbox), and true and correct copies of the following exhibits:

| | |
|---|---|
| Exhibit A: | Notice of pendency of class action published on *Business Wire* on January 11, 2022; |
| Exhibit B: | The Northeast Pension Funds' Certifications; |
| Exhibit C: | Estimate of the Northeast Pension Funds' losses, prepared by counsel; and |
| Exhibit D: | The Northeast Pension Funds' Joint Declaration. |

DATED: March 14, 2022    Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS (ILND-GB-5711)
JENNIFER N. CARINGAL (ILND-GB-286197)
MICHAEL ALBERT

<u>        s/ Danielle S. Myers        </u>
DANIELLE S. MYERS

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com

- 2 -

>ROBBINS GELLER RUDMAN
>  & DOWD LLP
>JAMES E. BARZ (IL Bar # 6255605)
>FRANK A. RICHTER (IL Bar # 6310011)
>200 South Wacker Drive, 31st Floor
>Chicago, IL  60606
>Telephone:  312/674-4674
>312/674-4676 (fax)
>jbarz@rgrdlaw.com
>frichter@rgrdlaw.com
>
>LABATON SUCHAROW LLP
>CHRISTOPHER J. KELLER
>ERIC J. BELFI
>FRANCIS P. MCCONVILLE
>140 Broadway
>New York, NY 10005
>Telephone:  212/907-0700
>212/818-0477 (fax)
>ckeller@labaton.com
>ebelfi@labaton.com
>fmcconville@labaton.com
>
>Proposed Lead Counsel for Proposed Lead Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on March 14, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ Danielle S. Myers
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

Email: dmyers@rgrdlaw.com

4882-0994-5620.v1

3/14/22, 8:44 PM

Case: 1:22-cv-00149 Document #: 11 Filed: 03/14/22 Page 5 of 5 PageID #:115
CM/ECF LIVE, Ver 6.3.3 - U.S. District Court, Northern Illinois

# Mailing Information for a Case 1:22-cv-00149 Allison v. Oak Street Health, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Marvin Alan Miller**
  Mmiller@millerlawllc.com,ajewell@millerlawllc.com,LFanning@millerlawllc.com,drobinson@millerlawlllc.com,JRamirez@millerlawllc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`