**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| REGINALD T. ALLISON, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>OAK STREET HEALTH, INC., MICHAEL PYKOSZ, and TIMOTHY COOK,<br><br>    Defendants. | Case No. 1:22-cv-00149-MFK<br><br>CLASS ACTION<br><br>Honorable Matthew F. Kennelly |

**DECLARATION OF CAROL V. GILDEN IN SUPPORT OF THE MOTION OF THE EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF BALTIMORE AND THE EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF KANSAS CITY, MISSOURI FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Carol V. Gilden, declare on this 14th day of March 2022:

1.       I am a member in good standing of the State Bar of Illinois.  I am a partner with the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein").  I submit this Declaration in support of the motion filed by the Employees' Retirement System of the City of Baltimore ("Baltimore Employees") and the Employees' Retirement System of the City of Kansas City, Missouri ("KCERS") for appointment as Lead Plaintiff under the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), and approval of Baltimore Employees and KCERS' selection of Saxena White P.A. ("Saxena White") as Lead Counsel and Cohen Milstein as Liaison Counsel for the Class.

2.       Attached as Exhibit A are true and correct copies of Baltimore Employees and KCERS's PSLRA Certifications.

3.       Attached as Exhibit B is a true and correct copy of Baltimore Employees and KCERS's estimated losses.

4.       Attached as Exhibit C is a true and correct copy of the Joint Declaration of David Randall and Barbara J. Davis in Support of the Motion of the Employees' Retirement System of the City of Baltimore and the Employees' Retirement System of the City of Kansas City, Missouri for Appointment as Lead Plaintiff and Approval of Selection of Counsel.

5.       Attached as Exhibit D is a true and correct copy of the notice of pendency of class action published in *Business Wire* on January 11, 2022.

6.       Attached as Exhibit E is a true and correct copy of the firm resume of proposed Lead Counsel, Saxena White.

7.       Attached as Exhibit G is a true and correct copy of the firm resume of proposed Liaison Counsel, Cohen Milstein.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 14, 2022.

Respectfully submitted,

By: */s/ Carol V. Gilden*
    Carol V. Gilden

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 14, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 14, 2022

/s/ Carol V. Gilden
Carol V. Gilden