# EXHIBIT B

**Oak Street Health, Inc.**
Class Period: 08/05/2020 through 11/08/2021
90-Day Lookback Average: $28.9662 (11/09/21 - 02/04/22)

### Employees' Retirement System of the City of Baltimore

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings: | | 0 | | | | | | | |
| | | | | | | | 0 | | $0.00 |
| | | | | | Applied to Pre-Class Period Holdings: | | 0 | | $0.00 |
| Purchase | 09/18/20 | 225 | $42.25 | $9,506.25 | | | | | |
| Purchase | 12/18/20 | 75 | $63.51 | $4,763.25 | Sale | 11/18/20 | 50 | $45.87 | $2,293.50 |
| Purchase | 02/17/21 | 100 | $60.12 | $6,011.50 | Sale | 09/17/21 | 75 | $52.51 | $3,938.25 |
| Purchase | 03/19/21 | 600 | $55.18 | $33,108.00 | Sale* | 11/26/21 | 2,055 | $36.29 | $74,579.11 |
| Purchase | 06/25/21 | 725 | $61.54 | $44,616.50 | Sale* | 11/26/21 | 208 | $36.29 | $7,548.64 |
| Purchase | 09/08/21 | 2 | $52.25 | $104.49 | Sale* | 12/13/21 | 5 | $33.87 | $169.33 |
| Purchase | 09/09/21 | 2,559 | $52.53 | $134,415.83 | Sale* | 12/14/21 | 1,736 | $33.81 | $58,701.80 |
| Purchase | 09/09/21 | 13,210 | $52.16 | $689,042.85 | Sale* | 12/15/21 | 10,385 | $33.78 | $350,777.34 |
| Purchase | 09/10/21 | 11 | $52.83 | $581.13 | Sale* | 12/16/21 | 1,737 | $33.68 | $58,506.02 |
| Purchase | 09/10/21 | 131 | $52.66 | $6,898.33 | Sale* | 12/17/21 | 81 | $33.97 | $2,751.57 |
| Purchase | 09/13/21 | 4 | $51.35 | $205.40 | | | | | |
| Purchase | 09/13/21 | 1 | $52.41 | $52.41 | Retained | | 1,311 | $28.97 | $37,974.73 |
| | | **17,643** | | **$929,305.93** | | | **17,643** | | **$597,240.28** |
| | | | | | | | **LIFO Gain / (Loss)** | | **($332,065.65)** |

* Post-Class Period sale; applies the higher of the actual sale price or average close price from end of Class Period through date of sale.

### Employees' Retirement System of the City of Kansas City, Missouri

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings: | | 0 | | | | | | | |
| | | | | | | | 0 | | $0.00 |
| | | | | | Applied to Pre-Class Period Holdings: | | 0 | | $0.00 |
| Purchase | 07/28/21 | 2,425 | $61.51 | $149,152.05 | | | | | |
| Purchase | 07/28/21 | 352 | $62.59 | $22,029.92 | | | | | |
| Purchase | 07/29/21 | 401 | $63.00 | $25,264.60 | | | | | |
| Purchase | 07/29/21 | 2,327 | $62.91 | $146,393.90 | | | | | |
| Purchase | 07/30/21 | 483 | $62.96 | $30,408.71 | Sale | 09/02/21 | 15 | $47.52 | $712.73 |
| Purchase | 07/30/21 | 3,224 | $62.95 | $202,941.13 | | | | | |
| Purchase | 08/02/21 | 1,137 | $63.42 | $72,105.13 | Retained | | 10,334 | $28.9662 | $299,337.02 |
| | | **10,349** | | **$648,295.44** | | | **10,349** | | **$300,049.74** |
| | | | | | | | **LIFO Gain / (Loss)** | | **($348,245.70)** |

* Post-Class Period sale; applies the higher of the actual sale price or average close price from end of Class Period through date of sale.

| **GRAND TOTAL** | **($680,311.35)** |
|---|---|