UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REGINALD T. ALLISON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>OAK STREET HEALTH, INC., et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:22-cv-00149<br><br><u>CLASS ACTION</u><br><br>Judge Matthew F. Kennelly |

THE NORTHEAST PENSION FUNDS' NOTICE OF UNOPPOSED MOTION

4880-7569-4104

On March 14, 2022, the Central Pennsylvania Teamsters Pension Fund – Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987, and Boston Retirement System (the "Northeast Pension Funds") filed a timely motion for appointment as lead plaintiff and approval of their selection of Robbins Geller Rudman & Dowd LLP and Labaton Sucharow LLP to serve as lead counsel for the class (ECF No. 11) (the "Motion"). On that date, in addition to the Northeast Pension Funds, movants Reginald T. Allison (ECF No. 5) and Employees' Retirement System of the City of Baltimore and Employees' Retirement System of the City of Kansas City, Missouri ("Baltimore and KC") (ECF No. 8) similarly filed motions seeking appointment as lead plaintiff and approval of lead counsel. On March 15, 2022, this Court directed any objections to the pending lead plaintiff motions be filed by March 22, 2022. *See* ECF No. 15. In response, both Baltimore and KC (ECF No. 18) and Mr. Allison (ECF No. 24) filed notices acknowledging that they do not have the largest financial interest in the relief sought in the litigation. As such, the Northeast Pension Funds' Motion for appointment as lead plaintiff and approval of selection of counsel is unopposed.

As demonstrated in their Motion, the Northeast Pension Funds - which incurred losses of approximately $1.8 million in connection with their transactions in Oak Street Health, Inc. common stock (ECF No. 11-3) - have the largest financial interest in the litigation and otherwise meet all the Rule 23 requirements as required by the PSLRA. Accordingly, the Northeast Pension Funds should be appointed Lead Plaintiff and their selection of Robbins Geller and Labaton Sucharow as Lead Counsel for the class should be approved.

DATED: March 22, 2022

Respectfully submitted,

ROBBINS GELLER RUDMAN
 & DOWD LLP

s/ Danielle S. Myers
DANIELLE S. MYERS

- 1 -

4880-7569-4104

DANIELLE S. MYERS (ILND-GB-5711)
JENNIFER N. CARINGAL (ILND-GB-286197)
MICHAEL ALBERT
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ (IL Bar # 6255605)
FRANK A. RICHTER (IL Bar # 6310011)
200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  312/674-4674
312/674-4676 (fax)
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

LABATON SUCHAROW LLP
CHRISTOPHER J. KELLER
ERIC J. BELFI
FRANCIS P. MCCONVILLE
140 Broadway
New York, NY 10005
Telephone:  212/907-0700
212/818-0477 (fax)
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com

Proposed Lead Counsel for Proposed Lead
Plaintiff

4880-7569-4104

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on March 22, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Danielle S. Myers
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

Email: dmyers@rgrdlaw.com

4880-7569-4104

Case: 1:22-cv-00149 Document #: 25 Filed: 03/22/22 Page 5 of 5 PageID #:373

CM/ECF LIVE, Ver 6.3.3 - U.S. District Court, Northern Illinois

# Mailing Information for a Case 1:22-cv-00149 Allison v. Oak Street Health, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James E Barz**
  jbarz@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Carol V Gilden**
  cgilden@cohenmilstein.com,lhoeksema@cohenmilstein.com,efilings@cohenmilstein.com

- **Rebecca Rejeanne Kaiser**
  rfournier@fslegal.com

- **Francis P. Mcconville**
  fmcconville@labaton.com,lpina@labaton.com,drogers@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Marvin Alan Miller**
  Mmiller@millerlawllc.com,ajewell@millerlawllc.com,LFanning@millerlawllc.com,drobinson@millerlawlllc.com,JRamirez@millerlawllc.com

- **Danielle S. Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Frank Anthony Richter**
  frichter@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Peter A. Silverman**
  psilverman@fslegal.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)