UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REGINALD T. ALLISON, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>OAK STREET HEALTH, INC., et al.,<br><br>      Defendants. | Case No. 1:22-cv-00149<br><br><u>CLASS ACTION</u><br><br>Judge Matthew F. Kennelly |

ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S
SELECTION OF LEAD COUNSEL

4860-6704-9492.v1

Having considered Central Pennsylvania Teamsters Pension Fund – Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987, and Boston Retirement System's (collectively, the "Northeast Pension Funds") Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED.

2. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), appoints the Northeast Pension Funds as Lead Plaintiff.

3. All securities class actions on behalf of purchasers of Oak Street Health, Inc. securities arising out of the same or substantially similar subject matter subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

4. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Lead Plaintiff's selection of Robbins Geller Rudman & Dowd LLP and Labaton Sucharow LLP as Lead Counsel for the class is approved.

IT IS SO ORDERED.

DATED: 3/25/2022

_____
THE HONORABLE MATTHEW F. KENNELLY
UNITED STATES DISTRICT JUDGE

4860-6704-9492.v1