**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

REGINALD T. ALLISON, Individually and on
Behalf of All Others Similarly Situated,

                             Plaintiff,

            -against-

OAK STREET HEALTH INC., MICHAEL
PYKOSZ, and TIMOTHY COOK,

                          Defendants.

**CIVIL ACTION**

Case No. 1:22-cv-00149

Honorable Matthew F. Kennelly

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Oak Street Health Inc. states that it is a publicly-held corporation and no publicly-held corporation owns 10% or more of its stock. To the best of Oak Street Health Inc.'s knowledge, the following entities and individuals fall within the definition of "affiliate" under Local Rule 3.2: General Atlantic LLC; Newlight Partners LP; Fidelity Management & Research Co. LLC; Capital Research & Management Co.

Dated: March 29, 2022

Respectfully submitted,

/s/ Peter A. Silverman
Peter A. Silverman
**FIGLIULO & SILVERMAN, P.C.**
10 S. LaSalle Street, Suite 3600
Chicago, Illinois 60603
Telephone: (312) 251-4600
Facsimile: (312) 251-4610
Email: PSilverman@fslegal.com
Email: RFournier@fslegal.com

*Counsel for Defendants Oak Street Health Inc.,*
*Michael Pykosz, and Timothy Cook*

**<u>CERTIFICATE OF SERVICE</u>**

A true and correct copy of the foregoing was electronically filed with this Court's CM/ECF system on March 29, 2022, and accordingly served automatically on all counsel of record.

/s/*Peter A. Silverman*