# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Reginald T. Allison v. Oak Street Health Inc., et al.

Case Number: 1:22-cv-00149

An appearance is hereby filed by the undersigned as attorney for:
Central Pennsylvania Teamsters Pension Fund – Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987, and Boston Retirement System

Attorney name (type or print): Cameran Gilliam

Firm: Robbins Geller Rudman & Dowd LLP

Street address: 200 South Wacker Drive, 31st Floor

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6332723
(See item 3 in instructions)

Telephone Number: 312/674-4674

Email Address: cgilliam@rgrdlaw.com

Are you acting as lead counsel in this case? ☒ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☒ No

Are you a member of the court's trial bar? ☐ Yes ☒ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☒ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 5/25/2022

Attorney signature: S/ Cameran Gilliam
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015