## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Reginald T. Allison, et al.
                            Plaintiff,

v.                                             Case No.: 1:22−cv−00149
                                                       Honorable Matthew F. Kennelly

Oak Street Health, Inc., et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 19, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion to adopt and align briefing schedule for all defendants [46] is granted; the briefing schedule previously set applies to all defendants. Defendants are directed to file by the close of business on 7/19/2022 a status report stating the number of pages of briefs they propose to file in support of any motion(s) to dismiss, so that the Court can assess this. The case is set for a telephonic status hearing on 7/22/2022 at 9:10 AM, using call−in number 888−684−8852, access code 746−1053. The Court reserves the right to vacate the hearing if it determines a hearing is not needed. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.