**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| REGINALD T. ALLISON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>OAK STREET HEALTH, INC., et al.,<br><br>Defendants. | Case No. 1:22-cv-00149<br><br>Hon. Matthew F. Kennelly |

**STATUS REPORT REGARDING PAGE LIMITS FOR DEFENDANTS'
FORTHCOMING MOTION TO DISMISS**

On July 19, 2022, the Court ordered Defendants to file "a status report stating the number of pages of briefs they propose to file in support of any motion(s) to dismiss." Dkt. 47. Defendants provide the following status report in response to the Court's Order.

1. On May 25, 2022, Lead Plaintiffs filed the 116-page, 296-paragraph Complaint for Violations of the Federal Securities Laws (the "Complaint"). *See* Dkt. 40. The Complaint contains five counts. Count I alleges violation of Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") and SEC Rule 10b-5 against Oak Street Health, Inc. ("Oak Street"), Michael Pykosz, and Timothy Cook (the "Officer Defendants"). Count II alleges violation of Section 20(a) of the Exchange Act against the Officer Defendants; General Atlantic LLC and General Atlantic (OSH) Interholdco, L.P. (collectively, "General Atlantic"); and Newlight Partners LP and Newlight Harbour Point SPV (collectively, "Newlight," and together with General Atlantic, "the Sponsor Defendants"). Count III alleges violation of Section 11 of the Securities Act of 1933 ("Securities Act") against Oak Street, the Officer Defendants; Geoff

1

Price, Griffin Myers, Regina Benjamin, Carl Daley, Cheryl Dorsey, Mohit Kaushal, Kim Keck, Julie Klapstein, Paul Kusserow, Robbert Vorhoff, and Srdjan Vukovic (collectively, "Director Defendants"); and J.P. Morgan Securities LLC, Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC, William Blair & Company, LLC, Piper Sandler & Co. (collectively, "Underwriter Defendants"). Count IV alleges violation of Section 12(a)(2) of the Securities Act against all Defendants. Count V alleges violation of Section 15 of the Securities Act against the Officer Defendants and the Sponsor Defendants.

2. The Court has set July 25, 2022 as the deadline for Defendants to file their response to the Complaint. *See* Dkt. 29. Defendants will move to dismiss the Complaint in its entirety under Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995.

3. Defendants and Lead Plaintiffs have conferred and propose that the following page limits apply to briefs filed in connection with Defendants' forthcoming motion to dismiss.

- Defendants shall file an omnibus memorandum of law not exceeding 45 pages, in total, in support of all motions to dismiss (by Oak Street, the Officer Defendants, the Director Defendants, the Sponsor Defendants, and the Underwriter Defendants), in addition to an appendix chart compiling the alleged misstatements identified in the Complaint. The Underwriter Defendants reserve the right to file a separate joinder, with the understanding that briefs and joinders on behalf of all Defendants will not exceed 45 total pages in the aggregate.

- Plaintiffs shall file an opposition not exceeding 45 pages.

- Defendants shall file a reply not exceeding 25 pages.

4. Defendants respectfully submit that the additional pages beyond the limit allowed by Local Rule 7.1 are warranted in light of the length of the Complaint, the number of claims asserted and Defendants named in the Complaint, and the number of distinct arguments that different Defendants or groups of Defendants intend to assert in the forthcoming motion to dismiss. Defendants believe that granting this relief will assist the Court in its consideration of Defendants' forthcoming motion to dismiss.

5. As noted, Defendants have consulted with Plaintiffs' counsel who indicate that Plaintiffs agree to the proposal set forth above.

WHEREFORE, Defendants respectfully request that the Court enter an Order allowing Defendants to file an omnibus memorandum of law and joinder totaling up to 45 pages, in aggregate, in support of their motion to dismiss; allowing Lead Plaintiffs to file an opposition totaling up to 45 pages; and allowing Defendants to file a reply totaling up to 25 pages.

Dated: July 19, 2022

*/s/ Andrew J. Ehrlich*
**PAUL, WEISS, RIFKIND, WHARTON &**
  **GARRISON LLP**
Andrew J. Ehrlich (*pro hac vice*)
Daniel S. Sinnreich (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Email: aehrlich@paulweiss.com
        dsinnreich@paulweiss.com

-and-

*/s/ Peter A. Silverman*
**SMITH, GAMBRELL & RUSSELL, LLP**
Peter A. Silverman (Il. ARDC # 6196081)
Rebecca R. Kaiser (Il ARDC # 6306280)

10 S. LaSalle Street, Suite 3600
Chicago, Illinois 60603
Telephone: 312-264-1004
Email: psilverman@sgrlaw.com
       rfournier@sgrlaw.com

*Counsel for Defendants Oak Street, the Officer Defendants, the Sponsor Defendants, and the Director Defendants*


*/s/ Scott D. Musoff*
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Scott D. Musoff (*pro hac vice*)
One Manhattan West
New York, New York 10001
Telephone: (212) 735-7852
Email: scott.musoff@skadden.com

-and-

Marcie L. Lape (Il. ARDC # 6286676])
Clare Lilek (Il. ARDC # 6336261)
155 North Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 407-0700
Email: marcie.lape@skadden.com

*Counsel for the Underwriter Defendants*

**CERTIFICATE OF SERVICE**

    I, Andrew J. Ehrlich, an attorney, certify that on this 19th day of July, 2022, I caused a copy of the foregoing to be filed with the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

                                          */s/ Peter A. Silverman* _____
                                          Peter A. Silverman