## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

REGINALD T. ALLISON, Individually and on
Behalf of All Others Similarly Situated,

               Plaintiff,

     vs.

OAK STREET HEALTH, INC., et al.,

               Defendants.

Case No. 1:22-cv-00149

Hon. Matthew F. Kennelly

## MOTION TO DISMISS LEAD PLAINTIFFS' COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995, U.S.C. § 78u-4, *et seq*., and upon the accompanying memorandum of law and exhibits, Defendants Oak Street Health, Inc., Michael Pykosz, Timothy Cook, General Atlantic LLC,[1] General Atlantic (OSH) Interholdco, L.P., Newlight Partners LP, Newlight Harbour Point SPV LLC,[2] Geoff Price, Griffin Myers, Regina Benjamin, Carl Daley, Cheryl Dorsey, Mohit Kaushal, Kim Keck, Julie Klapstein, Paul Kusserow, Robbert Vorhoff, Srdjan Vukovic, J.P. Morgan Securities LLC, Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC, William Blair & Company L.L.C., and Piper Sandler & Co., respectfully move to dismiss the Lead Plaintiffs' Complaint for Violation of the Federal Securities Laws ("Complaint") dated May 25, 2022 in its entirety and with prejudice.[3]

---

[1] The party named as a Defendant in the Complaint is "General Atlantic LLC," ECF No. 40 at ¶ 31, but this entity converted to General Atlantic, L.P., a Delaware limited partnership, on July 30, 2021.

[2] The party named as a Defendant in the Complaint is "Newlight Harbour Point SPV," *id.* at ¶ 32, but the proper name of this entity is Newlight Harbour Point SPV LLC.

[3] Defendants J.P. Morgan Securities LLC, Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC, William Blair & Company L.L.C., and Piper Sandler & Co. join the motion only with respect to

Dated: July 25, 2022

Respectfully submitted,

*/s/ Andrew J. Ehrlich*
**PAUL, WEISS, RIFKIND, WHARTON &**
   **GARRISON LLP**
Andrew J. Ehrlich (*pro hac vice*)
Daniel S. Sinnreich (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Email: aehrlich@paulweiss.com
        dsinnreich@paulweiss.com

-and-

Peter A. Silverman (Il. ARDC # 6196081)
Rebecca R. Kaiser (Il. ARDC # 6306280)
**Sᴍɪᴛʜ, Gᴀᴍʙʀᴇʟʟ & Rᴜssᴇʟʟ, LLP**
10 S. LaSalle Street, Suite 3600
Chicago, Illinois 60603
Telephone: 312-264-1004
Email: psilverman@sgrlaw.com
        rfournier@sgrlaw.com

***Counsel for Defendants Oak Street Health,
Inc., Michael Pykosz, Timothy Cook,
General Atlantic LLC, General Atlantic
(OSH) Interholdco, L.P., Newlight Partners
LP, Newlight Harbour Point SPV LLC,
Geoff Price, Griffin Myers, Regina
Benjamin, Carl Daley, Cheryl Dorsey, Mohit
Kaushal, Kim Keck, Julie Klapstein, Paul
Kusserow, Robbert Vorhoff, and Srdjan
Vukovic***

Scott D. Musoff (*pro hac vice*)
**SKADDEN, APS, SLATE, MEAGHER, &
FROM LLP**
One Manhattan West
New York, New York 10001
Telephone: (212) 735-7852

---

arguments applicable to claims under Sections 11 and 12(a)(2) of the Securities Act of 1933, made in
Section II of the Argument in the accompanying memorandum of law.

Email: scott.musoff@skadden.com

-and-

Marcie L. Lape (Il. ARDC # 6286676)
Clare Lilek (Il. ARDC # 6336261)
**SKADDEN, ARPS, SLATE, MEAGHER**
**& FLOM LLP**
155 North Wacker Drive
Chicago, Illinois  60606
Telephone: (312) 407-0700
Email: marcie.lape@skadden.com

*Counsel for the Defendants J.P. Morgan*
*Securities LLC, Goldman Sachs & Co. LLC,*
*Morgan Stanley & Co. LLC, William Blair &*
*Company L.L.C., and Piper Sandler & Co.*

## CERTIFICATE OF SERVICE

I, Andrew J. Ehrlich, an attorney, certify that on this 25th day of July, 2022, I caused a copy of the foregoing to be filed with the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.


*/s/ Andrew J. Ehrlich* _____
Andrew J. Ehrlich