**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| REGINALD T. ALLISON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> OAK STREET HEALTH, INC., et al., <br><br> Defendants. | Case No. 1:22-cv-00149 <br><br> Hon. Matthew F. Kennelly |

## DECLARATION OF DANIEL S. SINNREICH IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS LEAD PLAINTIFFS' COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

I, Daniel S. Sinnreich, appearing before the Court *pro hac vice*, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.     I am counsel at the law firm Paul, Weiss, Rifkind, Wharton & Garrison, LLP, attorneys for Defendants Oak Street Health, Inc. ("Oak Street"); Michael Pykosz ("Pykosz"); Timothy Cook ("Cook"); General Atlantic LLC; General Atlantic (OSH) Interholdco, L.P.; Newlight Partners LP; Newlight Harbour Point SPV LLC; and Geoff Price, Griffin Myers, Regina Benjamin, Carl Daley, Cheryl Dorsey, Mohit Kaushal, Kim Keck, Julie Klapstein, Paul Kusserow, Robbert Vorhoff, and Srdjan Vukovic in the above-captioned action.  I respectfully submit this declaration in support of the motion by Defendants to dismiss Lead Plaintiffs' Complaint for Violations of the Federal Securities Laws (the "Complaint").

2.     For the convenience of the Court, I submit this declaration to attach various records referred to in the Complaint or in the memorandum of law in support of Defendants'

1

motion to dismiss the Complaint. Certain exhibits have been excerpted due to length; Defendants will provide complete copies of these exhibits at the Court's request.

3. Attached as Exhibit A are excerpts of Oak Street's 2021 Annual Report, which was filed with the Securities and Exchange Commission (the "SEC") on Form 10-K on February 28, 2022. This document is cited in the Complaint at ¶¶ 139-40, 161.

4. Attached as Exhibit B are excerpts of Oak Street's Registration Statement for its initial public offering, which was filed with the SEC on Form S-1/A on August 5, 2020. This document is cited in the Complaint at ¶¶ 64, 66-67, 70, 101(a)-(h), 102(b), 105, 107(a), 110-11, 113, 115, 119, 207, 210, 213-14, 216, 218-29, 221, 223-24, 226-28, 231-35, 237-40.

5. Attached as Exhibit C is a transcript of Oak Street's 3Q 2020 earnings call that took place on November 10, 2020. This transcript is cited in the Complaint at ¶¶ 106(a)-(c).

6. Attached as Exhibit D is a transcript of Oak Street's 4Q 2020 earnings call that took place on March 10, 2021. This transcript is cited in the Complaint at ¶ 112.

7. Attached as Exhibit E is an Oak Street presentation to insurance agents dated September 24, 2021, about Oak Street's Client Awareness Program. Paragraph 69 of the Complaint discusses an Oak Street presentation to insurance agents about the Client Awareness Program dated September 24, 2021, and several substantially similar presentations to insurance agents discussing the Client Awareness Program.

8. Attached as Exhibit F is the Office of Inspector General's Advisory Opinion No. 00-7, issued November 17, 2000. This document is cited in the Complaint at ¶¶ 55, 58.

9. Attached as Exhibit G is a chart setting forth the statements that lead plaintiffs allege to be "materially false and misleading" in paragraphs 101-122, 240-241, 246-48, 252-53, and 257-58 of the Complaint.

10. Attached as Exhibit H is a transcript of public statements made by Pykosz, Oak Street's CEO, and Cook, Oak Street's CFO, at the JP Morgan 39th Annual Healthcare Virtual Conference, which took place on January 11, 2021. This document is cited in the Complaint at ¶¶ 108(a)-(c).

11. Attached as Exhibit I are excerpts of Oak Street's Final Prospectus for its December 2020 secondary public offering, which was filed with the SEC pursuant to Rule 424(b)(4) on December 4, 2020. This document is cited in the Complaint at ¶¶ 243-47, 259-62, 265.

12. Attached as Exhibit J are excerpts of Oak Street's Final Prospectus for its February 2021 secondary public offering, which was filed with the SEC pursuant to Rule 424(b)(4) on February 12, 2021. This document is cited in the Complaint at ¶¶ 249-52, 259-62, 265.

13. Attached as Exhibit K are excerpts of Oak Street's Final Prospectus for its May 2021 secondary public offering, which was filed with the SEC pursuant to Rule 424(b)(4) on May 28, 2021. This document is cited in the Complaint at ¶¶ 254-62, 265.

14. Attached as Exhibit L are excerpts of Oak Street's Registration Statement for its December 2020 secondary public offering, which was filed with the SEC on Form S-1 on November 30, 2020. This document is cited in the Complaint at ¶¶ 107(a)-(b), 110, 207, 210, 213-14, 216, 218-28, 231-35, 243-47, 259-62, 265.

15. Attached as Exhibit M are excerpts of Oak Street's Registration Statement for its February 2021 secondary public offering, which was filed with the SEC on Form S-1 on February 8, 2021. This document is cited in the Complaint at ¶¶ 110, 210, 213-24, 216, 218-28, 231-35, 249-52, 259-62, 265.

16.     Attached as Exhibit N are excerpts of Oak Street's Registration Statement for its May 2021 secondary public offering, which was filed with the SEC on Form S-1 on May 24, 2021.  This document is cited in the Complaint at ¶¶ 115, 210, 213-14, 216, 218-28, 231-34, 254-62, 265.

17.     Attached as Exhibit O are excerpts of Oak Street's Form 10-Q for the quarterly period ended June 30, 2020, which was filed with the SEC on September 16, 2020.  This document is cited in the Complaint at ¶¶ 102(a)-(b), 105, 113, 115, 119, 126, 128.

18.     Attached as Exhibit P are excerpts of Oak Street's Form 10-Q for the quarterly period ended September 30, 2020, which was filed with the SEC on November 10, 2020.  This document is cited in the Complaint at ¶¶ 105, 126, 128.

19.     Attached as Exhibit Q are excerpts of Oak Street's 2020 Annual Report, which was filed with the SEC on Form 10-K on March 10, 2021.  This document is cited in the Complaint at ¶¶ 111, 115, 125-28, 208-10, 255, 257, 287-88.

20.     Attached as Exhibit R are excerpts of Oak Street's Form 10-Q for the quarterly period ended March 31, 2021, which was filed with the SEC on May 10, 2021.  This document is cited in the Complaint at ¶¶ 113, 115, 126, 128, 255, 257.

21.     Attached as Exhibit S are excerpts of Oak Street's Form 10-Q for the quarterly period ended June 30, 2021, which was filed with the SEC on August 9, 2021.  This document is cited in the Complaint at ¶¶ 119, 126, 128.

22.     Attached as Exhibit T are excerpts of Oak Street's Form 10-Q for the quarterly period ended September 30, 2021, which was filed with the SEC on November 8, 2021.  This document is cited in the Complaint at ¶¶ 129, 194(b).

23. Attached as Exhibit U is a transcript of public statements made by Pykosz, Oak Street's CEO, and Cook, Oak Street's CFO, at the Wolfe Research Virtual Healthcare Conference, which took place on November 18, 2021. This document is cited in the Complaint at ¶ 135.

24. Attached as Exhibit V are charts setting forth the sales of Oak Street stock by Oak Street's CEO Pykosz and CFO Cook between March 1, 2021 and November 8, 2021, based on Exhibits W and X.

25. Attached as Exhibit W are the Forms 4 filed with the SEC for Oak Street's CEO, Pykosz, after the expiration of the 180-day lockup period in February 2021 and through November 8, 2021, the end of the purported class period. The forms are attached in chronological order.

26. Attached as Exhibit X are the Forms 4 filed with the SEC for Oak Street's CFO, Cook, after the expiration of the 180-day lockup period in February 2021 and through November 8, 2021, the end of the purported class period. The forms are attached in chronological order.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: New York, New York
      July 25, 2022

Daniel S. Sinnreich