# Exhibit C

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2020-11-10

# Q3 2020 Earnings Call

## Company Participants

- Mike Pykosz, Chief Executive Officer, Chairman of the Board
- Tim Cook, Chief Financial Officer

## Other Participants

- Gary Taylor, Analyst
- Matthew Gillmor, Analyst
- Ricky Goldwasser, Analyst
- Robert Jones, Analyst
- Ryan Daniels, Analyst
- Sean Wieland, Analyst
- Stephen Tanal, Analyst

## Presentation

### Operator

Good morning and welcome to Oak Street Health Third Quarter 2020 Earnings Call. At this time, all participants are in a listen-only mode. After the speaker's presentation, there will be a Question-and-Answer session. (Operator Instructions) Please be advised that today's conference is being recorded. Hosting today's call are Mike Pykosz, Chief Executive Officer; and Tim Cook, Chief Financial Officer. The Oak Street press release, webcast link and other related materials are available on the Investor Relations section of Oak Streets website.

These statements are made as of November 10, 2020 and reflect management's views and expectations at this time and are subject to various risks, uncertainties and assumptions. This call contains forward-looking statements. That is, statements related to future not past events. In this context, forward-looking statements often address our expected future business and financial performance and financial conditions, and often contain words such as anticipate, believe, contemplate, continue, could, estimate, expect, intend, may, plan potential, predict, project, should, target, will or would or similar expressions.

Forward-looking statements by their nature address matters that are to be different degrees. Uncertain for us, particular uncertainties that could cause our actual results to be materially different than those expressed in our forward-looking statements include our ability to achieve or maintain profitability. Our reliance on limited number of customers for a substantial portion of our revenue, our expectations and management of future growth. Our market opportunity and our ability to estimate the size of our target market. The

FINAL

Bloomberg Transcript

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2020-11-10

effects of increased competition as well as innovations by new and existing competitions in our market, and our ability to retain our existing customers and to increase our number of customers.

Please refer to our quarterly report for the quarter ended September 30, 2020 filed on Form 10-Q with the Securities and Exchange Commission, where you will see a discussion of factors that could cause the company's actual results to differ materially from these statements. This call includes non-GAAP financial measures. These non-GAAP financial measures are in addition to and not as a substitute for or superior to measures of financial performance prepared in accordance with GAAP.

There are number of limitations related to the use of these non-GAAP financial measures. For example, other companies may calculate similar titled non-GAAP financial measures differently. Refer to the appendix of our earnings release for the reconciliation of these non-GAAP financial measures to the most directly comparable GAAP measures.

With that I will now turn the call over to Mike Pykosz, CEO of Oak Street. Mr. Pykosz?

## Mike Pykosz {BIO 20488070 <GO>}

Thank you, operator and thank you to everyone that is joining us this morning. On the call with me is Tim Cook, our Chief Financial Officer. Before we review our operational and financial performance for the quarter. I want to start by once again thanking our Oak Street team for their exceptional dedication to patient care during COVID-19. This starts with our cares teams and center based staff, which worked diligently every day to engage our patients and ensure we are properly executing our care model while maintaining strict safety protocols to minimize any transmission risk to our team, our patients and our communities.

I'm proud to report that our centers have remained open throughout all 2020 and our infection control protocols have proven to be exceptionally effective at preventing the spread of the virus.

Given the effectiveness of our protocols and our performance this year, we are confident that regardless of the duration and the extend of the pandemic, we'll continue be to able to operate successfully to provide outstanding care to our patients. I also want to acknowledge and thank our outreach teams that are working to bring more patients to our platform in these unprecedented times, by engaging patients in their care and ensuring they have access to the care they need, they are making an impact on our communities and chipping away health disparities every day.

Finally, I want to thank our corporate teams, which have now been remote for seven months. Yet still managed to help achieve all that we will discuss today. Over the last several months, either as part of the IPO process have since, we have an opportunity to describe our care model and the success of the investment community, including many on this call.

FINAL

Bloomberg Transcript

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2020-11-10

As some of you've heard me say, what we do is hard. And requires tremendous focus across all of our team members. There is no silver bullet when it comes to improving the health and well-being of our patients. Instead, it's about consistently applying a focused and differentiated approach every day, across all of our centers for all of our patients. I always find the stories from our centers to be helpful in bringing our care model to life.

We have a patient in one of our Chicago centers, who first came to Oak Street about a year ago. Prior to be engaged by our community outreach team, and decided to give Oak Street a chance. He hadn't been to the doctor in over 40 years. As part of our screenings and vaccination program, he was given a fit test and had a positive result. Our provider recommended he get a colonoscopy, but the patient was very resistant to get any one.

However, because of the relationship he had with his provider Oak Street as well as our persistent follow up. He finally completed one. A large malignant mass was found but caught just in time before it spread. The patient is currently cancer free.

This is just one of thousands of stories about our team's ability to provide patients the care they need to improve their overall well-being. Switching gears. We are pleased with our third quarter performance, which demonstrate the financial and operational strength of Oak Street's business model. We generated record revenue of $217.9 million exceeding the top end of the guidance range we had communicated to investors.

This represents an increase of 57% from third quarter of 2019. We cared for roughly 59,500 at-risk patients up 38% from third quarter 2019. We generated this patient growth despite essentially putting a halt on our community outreach and marketing efforts from early spring through mid-summer due to uncertainties around COVID. As I will discuss in more detail, we ramped up these activities over the course of Q3. As we mentioned on our last call, while we temporarily halted new center openings, we restarted our center expansion in August opening 13 centers in the third quarter and finishing the quarter with 57 centers. This represents the greatest number of centers we have opened in the quarter in the company's history.

I'm incredibly proud of our team for delivering this level of center growth amidst both the operational challenges prompted by COVID-19 and the effort required, did our IPO on August 6.

I will now touch briefly upon a few of our key initiatives that will position us for sustainable long-term growth. First, as I mentioned earlier, we continue to look to scale our network of de novo centers. As we discussed, we proactively chose to halt new center openings earlier this year, as we learn more about how to effectively operate during the COVID pandemic. However, in addition to the 16 we opened in the first nine months of 2020, we expect to open additional 6 to 8 standalone centers in the fourth quarter, bringing us to 22 to 24 openings for the year excluding our Walmart centers. In October, we also opened our first center in the state of New York in Brooklyn. And we expect to expand into additional states over the next several months, which will bring our innovative care model to even more communities.

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2020-11-10

Second, I want to provide a brief update on our pilot collaboration with Walmart that we announced in September. I'm pleased to report that we recently opened our first Walmart location and remain on track to open up all 3 pilot locations by year's end. The partnership remains in its early days, but we look forward to communicating our progress as we gain experience with the collaboration. Third, in addition to opening new locations. We are also squarely focused on driving growth within our existing infrastructure. As a reminder, a typical Oak Street center can serve approximately 3500 patients at full capacity.

Implying that our quarter ending portfolio of 67 standalone centers, has the capacity to care for approximately 235,000 patients, which is over 2.5 times the actual patient on our platform in Q3. We are constantly expanding and improving our average properties, embedding lessons learned throughout our history. We've continued to deliver strong patient growth despite being forced by COVID to limit many of our core community event based patient acquisition channels. To do this, we've developed alternative engagement channel that can be effective despite the limitations caused by COVID. We are confident that we continue to be successful and drive strong patient growth in the current environment.

When community events return, we believe we can leverage our broadened portfolio of patient acquisition channel to take our patient growth to yet another level.

Lastly, I'm delighted to announce that in October, we began enrolling patients on traditional Medicare in the Medicare Direct Contracting program, which is a new voluntary risk based program that allow CMS to directly contract with eligible providers for traditional Medicare patients. We are very excited that this program will allows us to capture risk-based economics, similar to what we receive on our Medicare Advantage patients on our traditional Medicare patients, allowing us to benefit financially from the investment we are making in our patient's care. Yesterday evening, we posted an updated investor presentation to our Investor Relations website that includes several slides detailing how we are participating in the program and our initial thoughts on both membership and patient economics. For those less familiar with the Direct Contracting program, it is part of CMS's strategy to use the redesign of primary care to reduce expenditures, and improve quality for Medicare beneficiaries. Through this program, Oak Street and other participants will contract directly with CMS, in a similar fashion to how Oak Street currently contracts with MA clients.

We are currently operating our care model for our traditional Medicare patients in a similar manner to our Medicare Advantage patients. When we move from the fee-for-service payments we are currently receiving for our traditional Medicare patients to an at-risk model, similar to how we are paid for MA patients, we believe we are well positioned to generate similar patient economics for our traditional Medicare patients as we achieve for MA patient today. If this expectation is correct, they will significantly improve patient economics for our traditional Medicare patients.

Besides, what you see [ph] Page 23 of our current investor presentation detail how we're participating in the program. I want to go through over the slides related to membership and patient economics. There are two ways in which CMS can align beneficiaries to direct

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2020-11-10

contracting entities. The first is claims deployment, whereby CMS will sign beneficiaries to providers based on historical claims data.

Second is voluntary alignment, where beneficiaries choose to align with the direct contract entity by designating a specific provider. We've been offering eligible patients the option to voluntarily align with Oak Street over the past month. And the vast majority of patients we have seen have filled out the required paperwork for voluntary alignment.

Historically, and we don't have full visibility to how many of our current traditional Medicare patients will end up choosing Medicare Advantage or how CMS will treat patients that are aligned to multiple CMS programs. Though it remains premature for us to communicate any firm estimates on precisely how many patients will ultimately flow through the program, beginning in April 2021.

Per patient revenue will vary based upon how the patient is enrolled. For voluntarily aligned patients, per patient revenue will be determined by applying the risk adjustment model using Medicare Advantage to county-level benchmark. This methodology is similar to the way per patient revenue is determined for MA patients at Oak Street. For claims aligned patient, the primary business from voluntary aligned patients are one, benchmarks for claims aligned patients incorporate the patient's specific historical costs and risk score. There is only a regional baseline rate for voluntary aligned. And two, there is a cap on the annual growth for risk scores of claims based patients.

Because we do not know which patients will be aligned to the DC at this time, it is not possible to calculate per patient revenue. Based on our understanding the program and our expectations around which patients will be aligned, we would expect per patient revenue for voluntary aligned patients to be greater in direct contracting than it is in MA, assuming the same documented patient risk level. Primarily because there are no supplemental benefits provided, if there aren't MA, and we do not have to share a larger portion of surplus with CMS as we do with MA claims.

For claim aligned patients. We expect the per patient revenue to be lower than voluntary aligned patients, as our historical work with these patients results in lower healthcare expenditures, which are incorporated into their historical benchmark. Due to the lack of traditional health plan functions, (inaudible) network design, prior authorization and utilization management, we expect the medical cost of direct contracting patients to be greater than our average MA patients for both alignment methods.

We expect the net profitability of voluntary aligned patients to be roughly comparable to our MA economics, assuming comparable risk in the populations. We expect claims aligned patients to have worst economics than voluntary aligned patients driven by lower revenue and comparable medical costs, although still significantly better than what we are reimbursing fee for service today to care for our traditional Medicare patients.

I want to stress that we are still working with CMS to make sure we understand the nuance of the program and our economics will ultimately depend upon the underlying factors of the specific patients that enroll with Oak Street. In summary, we are pleased

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2020-11-10

with our third quarter results. As I said in the beginning, I cannot be proud of the way our teams have navigated through incredibly challenging circumstances to make a massive impact on our patients and our communities.

Despite these challenges, our teams continue to provide outstanding care for our patients and therefore drive strong results of the organization. As we navigate through the remainder of the year, we'll continue to focus on positively impacting our patients and communities at a time when they greatly need our support and delivering on our mission to rebuild healthcare as it should be. I will now turn it over to Tim Cook, who will walk you through our financial results in more detail. Tim?

### Tim Cook  {BIO 17987751 <GO>}

Thank you, Mike and good morning, everyone. As Mike mentioned, we delivered record results in the third quarter, despite the challenges of the COVID-19 pandemic highlighted by both our recurring revenue model as well as continued growth in the markets which we serve. As a reminder, we expand our network in two important ways. First, we seek to drive patient growth in our existing centers. And second, we strive to expand our network of centers across both existing and new markets.

In terms of membership, total patients grew roughly 28% year-over-year, while our at-risk patient base which drives most of our financial performance grew by 38%. At the end of the third quarter, we operated 67 centers, an increase of 13 centers from the second quarter 2020 and an increase of 21 centers compared to the third quarter of 2019.

We generated capitated revenue of $211.8 million representing 59% year-over-year growth driven by the aforementioned growth in our at-risk patient base. Total revenue grew 57% year-over-year to $217.9 million, driven entirely by growth in capitated revenue. Our medical claims expense for Q3 2020 of $154.6 million, representing growth at 58% [ph] compared to Q3 2019.

Q3 medical claims expense was not meaningfully impacted by prior period adjustments. We continue to assess the impact on medical claims expense related to COVID. However, it is still too early to determine the net effect particularly as many of our markets are experiencing a surge in cases similar to national trends. Our cost of care, excluding depreciation, amortization was $43.2 million in the third quarter, an increase of 17% versus the prior year due to the growth in number of centers we operated as well as growth in our total patients.

I would note that the recognition of CMS Provider Relief Funds favorably impacted cost of care by $3.9 million in the third quarter. Sales and marketing expense was $15.5 million during the third quarter representing an increase of 29% year-over-year, but slightly below our expectations simply due to timing, which we expect to reverse in Q4. Corporate general and administrative expense was $57.1 million in the third quarter, an increase of 164% year-over-year. The majority of this year-over-year increase is related to an increase in stock-based compensation expense, which was $29.7 million in the third quarter of 2020 compared to $1.4 million in the third quarter of 2019.

FINAL

Bloomberg Transcript

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2020-11-10

FINAL

Bloomberg Transcript

Excluding stock-based compensation. Corporate general and administrative expense was $27.5 million in the third quarter of 2020, an increase of 36% compared to the third quarter of 2019 driven by increases in headcount to support our organizational growth. The increase in stock-based compensation of third quarter 2020 compared to the second quarter of 2020 was related to primarily two items. First, awards granted to employees in June 2020 ahead of our then planned IPO, which represented $5.7 million of stock-based compensation expense in the third quarter of 2020. It was only partially reflected in our second quarter financial results due to the timing of their issuance. And second, the modification of the vesting terms of our equity incentive awards following our IPO, which represented $18.2 million of expense in the third quarter 2020. This incremental expense is not related to new equity award issuances beyond those awards described in our prospectus dated August 5, 2020.

Note that less than $200,000 of our stock-based compensation expense in the third quarter of 2020 related to new equity awards issued since the IPO in August. I will now discuss three non-GAAP financial metrics that we find useful in evaluating our financial performance. Patient contribution, which we define as capitated revenue less medical claims expense grew 63% year-over-year to $57.2 million. We expect at-risk per patient economics to improve the longer than our patients who are on the Oak Street platform. Platform contribution, which we define as total revenue less the sum of medical claims expense and cost of care, excluding depreciation and amortization was $20.1 million an increase of 387% [ph] year-over-year.

As an individual center matures, we would expect both platform contribution dollars and margins to expand as we leverage the fixed cost base associated with our centers, as well as improving patient economics over time. Adjusted EBITDA, which we calculate by adding depreciation and amortization and stock-based compensation, by excluding other income to net loss was a loss of $22.8 million in the third quarter of 2020 compared to a loss of $28.1 million in the third quarter of 2019.

We finished the third quarter with $474.6 million in unrestricted cash. Cash used by operating activities totaled $22.4 million in the first nine months of 2020. Our capital expenditures totaled $12.6 million in the first nine months of 2020. I'd now like to talk about our 2020 financial outlook. We are increasing our expected revenue to a range of $854 million to $858 million, up from our prior outlook of $843 million to $853 million. We are also forecasting an adjusted EBITDA loss of between $93 million and $99 million versus our prior outlook of a loss between $100 million and $110 million.

We anticipate having 73 to 75 standalone centers opened by December 31, 2020, slightly above our prior forecast of 72 to 74 centers. We are also narrowing our expected at-risk patient counts to a range of 61500 to 63,000 patients.

As a reminder, our standalone center outlook for 2020 does not include Walmart pilot locations, which would represent an incremental three centers. In summary, this was a strong quarter financially and operationally and we anticipate a strong fourth quarter as well. While at the same time, continuing to make the necessary investments required to maximize long-term shareholder value.

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2020-11-10

And with that, we will now take any questions you may have. Operator?

## Questions And Answers

## Operator

(Operator Instructions) Your first question is from Robert Jones with Goldman Sachs. Your line is open.

## Q - Robert Jones {BIO 16399605 <GO>}

Great. Good morning. Thanks. Thanks for the questions, I guess just a couple on direct contracting, appreciate the incremental thoughts here on the program and clearly based off the slides, there are still some important elements that seem to -- need to be hammered out, but I was just curious if you could talk a little bit about how you're thinking about prioritizing eligible patients as you consider taking somebody from fee-for-service to either MA or trying to introduce the direct contracting. Just -- given just some of the qualitative considerations that would go into that type of decision would be helpful.

## A - Mike Pykosz {BIO 20488070 <GO>}

Yeah absolutely, this is a Mike Pykosz, just reoriented people. So for us, it's not really around directing people, it's around making sure that we're educating our patients on the choice and know what's right for them. And it's not really an either/or. So today, when any of our patients who are on traditional Medicare shown for visit. Who are having a fill out the paperwork for the -- for voluntary alignment. Some of those people that felt the paperwork may ultimately decide since it is open enrollment that Medicare Advantage is the right program for them.

Historically, we have seen the majority of our traditional Medicare patients in a year end up choosing Medicare Advantage because it's not a perfect switch, right, it's not like you're comparing benefit one side or the other. If you join Medicare Advantage plans, you need to have a lot more supplemental benefits often three Part D program, et cetera.

Now, obviously you have the trade-off of oftentimes being part of a network and some of those different aspects of being on a managed care plan. So it's not a perfect switch for our patients. So our job in the process is really educate people and help them make the best choice for them, so I don't anticipate because of direct contract there is any difference in the amount of patients who are choosing Medicare Advantage because they're choosing it because it's right for them.

And frankly, our economics on them is something they don't know and is relevant to their decision making as it should be. From a practical perspective, what it means though is in the past when patients either come to us on Traditional Medicare and quite a lot of reason don't want to change to Medicare Advantage, we'll keep doing a great job caring of those patients, but -- that have lost money on all of them because we're not compensated the investment we're making in their care.

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2020-11-10

Going forward, with this program. Now for the patients to decide that Traditional Medicare is the best program for them. Those patients will be able to receive at-risk economics which make a [ph] big difference for us. But I don't look at this as a choice (inaudible). I look at it as, our goal is to make sure all of our programs are one of the two -- as out of -- all of our patients are one of the two programs.

## Q - Robert Jones {BIO 16399605 <GO>}

Got it. No, that's helpful, Mike. I appreciate it. I guess just maybe on the specific financial options. I know in the slide, you have the risk sharing option. And then you have the capitation mechanism, obviously that's a big decision, I would imagine around the economics back to Oak Street. Could you maybe just talk a bit about those two options? And then on the capitation mechanism, specifically the TBD. I guess, what exactly are the factors that would determine that economic model versus the risk sharing option?

## A - Mike Pykosz {BIO 20488070 <GO>}

Yeah. So two things about that. One on the former, how much risk we're taking, that will be the key decision. Right. We invest a lot of money upfront in our patient's care. We have a huge amount of confidence that we are keeping our patients healthy, lowering hospitalizations and ultimately saving a lot of money by keeping our patients healthy. And that -- those interventions are expensive. So we want to make sure we're sharing in all the savings we're generating. So being 100% up and down wasn't easy decision for us. On the second one, around the capitation, that's all about cash flow, now and that's more technical about kind of how we fit into the system. And so one of the options that gives you kind of a monthly small payment and then you get a settlement in January or in July, to come into the next year, right. So a delay to get your savings, so you get all of it, but it's a cash flow delay. The other option has more upfront payments, but you also too kind of have kind of side agreements with all your specialists and other providers to kind of pay the claims to them.

So that's why -- that was TBD. I think we're leaning towards the former. I talk through, haven't made a final decision nor we need to, But again, that's not good [ph] economics for patient. It's just a question of kind of when do you get the settlements and how the money flows as opposed to actually changing the economics.

## A - Tim Cook {BIO 17987751 <GO>}

Awesome. No. That's really helpful. I guess maybe just if I could sneak in one more. And I know the COVID obviously situation has impacted the ramp of enrollment in certain centers, it sounds like things in some areas were back on track. I know some of Oak Street's geographies might be being impacted by current spikes in COVID. Just curious how you're thinking about the general ramp in patients in the centers as we look at 4Q, and then, even just qualitatively, as we look out to next year?

## A - Mike Pykosz {BIO 20488070 <GO>}

Yeah, I mean if you would have -- if we would have been sitting here a year ago talking, I'll be talking about how many community events we're doing and how we're leveraging our community centers, a great way to introduce people to Oak Street and form relationships.

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2020-11-10

And that was a real core part of our model and a lot of with real face to face, handshakes form a relationship in the community. Obviously in kind of mid-March, we had to shut all that down. And so what we did -- made a decision. Again if you go back to mid March and remember where are we as a country as far as understanding the virus and all the different projections. We obviously want to air on the side of caution. So we really essentially shut down all of our outreach activities both central marketing and community marketing in order to kind of get a better sense operationally, how to operate within COVID, understand more about the virus, how it transmitted, et cetera, et cetera, et cetera. And then many, many things that society did at that time period. Over the last 8 months, we've certainly learned a huge amount about how to effectively navigate the pandemic and how to operate successfully. And so we just, we ramped up our care model and made transition most obviously back to in-person.

We really made a lot of changes on our outreach model to let us be successful bringing in new patients in a world where some of our core channels, we can't do right now. And so it's more digital marketing, a lot more kind of relationship based on with aggregators. We're not spending eventually [ph] with aggregators, we are actually just asking them for referrals and introduces people that need our care. There is a huge amount of need out there. I think most of our patient story I have shared kind of illustrates how important is to engage people in their healthcare, get them the care they need and how that can really -- literally save lives.

But, so I think we feel really good about the channels we ramped up and we're seeing results from them. We're seeing about a favorable LTV to cap ratio. So we feel really good about where we're at. Overall, it's been a lot of work to get to where we're at now and it's been a lot of trial and error over the last 3, 4 months, and since you're ramping these back up again, they kind of keep going. And so the good news is we generally improve every week and we have improved every week for the last couple of months on our average performance, and I think we can just continue to do that going forward. We are incredibly excited. And I know, it's not going to come till sometime probably mid next year. But we are incredibly excited for the day that we can start the community events again because the great news is all of the things we learned to do during COVID, will keep these things, keeping the channels, keeping the levers, we can do, but we can add back the community base and I think take it to the next level.

So again, it has -- there are some businesses out there that I think COVID really became an accelerant for those businesses that we are not one of them. It's been a huge challenge. And we -- everyone here just cannot wait until we're back to normal operations. But I think, the team has done an amazing job putting us in position where regardless of the relative spread in the community, we can really effectively, safely operate our model and we're seeing that in places like Illinois right now, in Indiana, which are obviously struggling with regards to pandemic, but we're still operating. I think at a high level and I'm proud of our teams for that.

## Q - Robert Jones {BIO 16399605 <GO>}

Great. Thanks, Mike. I appreciate it.

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2020-11-10

FINAL

Bloomberg Transcript

## Operator

Your next question is from Gary Taylor with JPMorgan. Your line is open.

## Q - Gary Taylor {BIO 3571633 <GO>}

Hi, good morning, guys. Just a couple of questions on direct contracting. The first is on the claims aligned patients, you talked about the profitability being below traditional MA patient and above current fee for service. But to be fair, that gap, you could drive a truck through that gap, it's so wide. So have you come to the determination or thought that those patients would be profitable? Or still (multiple speakers)

## A - Mike Pykosz {BIO 20488070 <GO>}

Look, Gary, when you're talking about individual patients and individual risk course, individual medical costs, as I said in kind of my prepared remarks, we won't know exactly what the medical cost are until we know in the revenues, so we know, medical cost we won't know until hindsight, revenue we don't know, so actually know who the individual people are which we don't know yet.

That said, I fully expect that the economics on claims like business where we much superior to what we're being paid in traditional Medicare, and it just -- 35% of the benchmark is still by set by regional benchmark, 65% is based on historical expenditures and it's also -- but it also is risk adjusted historically.

And while there is a cap on risk adjustment going forward. Again this is where I think Oak Street is pretty unique. We have not -- this is not a situation where it's the only thing. Oh, great. We're going to be in this program, where we can benefit from savings, let's change our care model and take better care people.

Right. We've been running our care model for years, which both means that we've done a nice job of controlling their medical costs to keeping our patients healthier regardless of how they're getting their Medicare. But we've also run all of our diagnostic processes. We do those because it's a way to understand our patients' conditions and make sure we are aligning them with great programs, and caring for the right way, byproduct that is accurately documenting risk for.

And so again, I don't think, we're not worried about the cap on our claims aligned patients because they can -- because by definition it's a claims lines, we've had been for a while, we've seen them for a while. We still like the risk force is going to be -- and looks like it should be relatively close to that.

So I don't think, they will have the same revenue as our voluntary aligned patients. I do feel like we should have strong economics from them.

## Q - Gary Taylor {BIO 3571633 <GO>}

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2020-11-10

Okay. My follow-up would be, what's the pitch to assess for voluntary enrollment. So like what would be the example of a senior where MA with the supplemental benefit offering isn't a better option or is voluntarily enrollment primarily going to be for seniors who for whatever reason, just aren't willing to go into a private plan, don't want to do MA and then this is something that you're offering to them, but even as you do what's the pitch to get them to sign up for?

## A - Mike Pykosz {BIO 20488070 <GO>}

Yeah. One thing and one thing to be clear about is I don't look at these as a trade-off. And operationally, how we put these products into play, it's not that we're saying to someone, okay, here is Medicare Advantage, you can do that. Here's how it's working, here is voluntary alignment for direct contracting, you can do that, which is you want. Like that is 100% not the way the conversation goes. When we are talking about direct contracting, regardless or an ADP, SAP [ph], one of the time of the year, if a patient on traditional Medicare walks through the door, who has not signed the paperwork, we're going to talk them about it, right. We're going to talk to them about it kind of when they're checking in, and say, here is the new government program we're part of, where your PCP, we'd like you to sign this form that says, yes, Oak Street Health is my primary care provider, right, that's what the form says. It is -- Oak Street your primary care doctor and there is no downside for the patient to sign that. Right. They can change their primary doctor the next day. They can still keep Oak Street as their primary care doctor and go see a different doctor if they want to, they don't need prior authorization, there is no network pressure, zero downside for patient to sign up for.

And so what our goal is and we're talking to patient about it to make sure they understand that. Like this will help us get more data on you, it will help us take better care of you. But there is no limitation that you please sign this form. The same patient may sign the form when they walk in the door and the check in and then later in the visit, they may hear about Medicare Advantage and decide they want to explore that option and meet with the broker and sign up for Medicare Advantage, right. And the Medicare Advantage conversation is all about trade-off between benefits, here's what I have in traditional Medicare. Here is what Medicare Advantage can offer me. What's right for me. The direct contracting alignment is just something that you should do, right. And if you align -- for in the beginning visit for direct contracting and then later in the day chose Medicare Advantage, you still just join Medicare Advantage and the alignment will be -- will matter, right. So I just want to make sure it's very clearly. When we think about this, it's not a trade-off. Our economics don't play into this at all. It's really all about everyone who is on traditional Medicare should sign the alignment form because there's no downside to them. And obviously that means we can take better care of them. And then on the MA front, that we got to -- we want to educate our patients, so they make right decision for them.

## Q - Gary Taylor {BIO 3571633 <GO>}

I appreciate that. Thank you.

## Operator

Company Name: Oak Street Health Inc

Company Ticker: OSH US Equity

Date: 2020-11-10

(Operator Instructions) Your next question is from Ricky Goldwasser with Morgan Stanley, your line is open.

### Q - Ricky Goldwasser  {BIO 1977392 <GO>}

Yeah. Thank you and good morning, you exclude from your guidance the three centers to be opened as part of the Walmart collaboration. How should we think about the top line and margin trajectory opportunity for Walmart side versus the de novo Oak Street center?

### A - Tim Cook  {BIO 17987751 <GO>}

Hi, Ricky. This is Tim. Thanks for the question. It -- with respect to Walmart. As we've -- we may have discussed this on the -- in the last quarterly call, but what we would expect generally speaking, given the footprint of the Walmart center, which is about a third of the size of our traditional standalone centers, we'd expect the ultimate economics at least from a revenue top line perspective to be smaller than what we currently generate on our standalone centers. The ultimate contribution of those centers is a different equation, so at this point, one of the purposes of the pilot is really to better assess what those numbers could be. And therefore, how aggressively we want to expand that partnership or not candidly. And so at this point, it's too early for us to know. I'd say at three centers, it's relatively, it's a very small part of our business and we'll share more information as we have at this point, still teasing out. What I wouldn't say though is the economics for a patient in a Walmart center, for an at-risk patient in Walmart center are going to be the same economics that we'd see in the standalone center. So from that perspective, if you were thinking about it.

It would just be a -- from a revenue perspective, I'd say, look, we'll have -- we'll be able to manage fewer patients because we just have less space to do it, but the economics we'd expect to generate on those patients would be the same as we otherwise would.

### Q - Ricky Goldwasser  {BIO 1977392 <GO>}

And then my follow-up question is around the COVID vaccine. Clearly, we heard some really good news yesterday from Pfizer. As we think about the potential contribution to your P&L next year, should we think about it as kind of like limited to your fee for service patients and just kind of like apply the CMS established reimbursement. I think reimbursement is $28 to $44 depending on the dosing. And then given that the government is paying for the cost of the vaccine. How should we think about the flow through to P&L? Thank you.

### A - Mike Pykosz  {BIO 20488070 <GO>}

Yeah, so one, we were all thrilled with the news of the vaccines being very effective on early results. We know it's all early, but I think like everyone, we were -- we're really excited about that at Oak Street Health. When we think about the economics of the vaccine, honestly is de minimis for us. Yes, we will get paid for administering the vaccine to our patients, in theory, but as you, I think rightly noted, not for at-risk patients right. And for our traditional Medicare patients, depending on the timing of that, they may be in the direct contracting entity by then. And if they apply for whoever [ph] in which case, it

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2020-11-10

doesn't matter either to them. Right. Hopefully by the way it's (inaudible) patients as they are generally at risk demographics and hopefully, can get it earlier.

But again, I don't think the relative economics of administering the vaccine will I guess could be rounding in our overall P&L for the end of 2020 and 2021. Where I think it makes much much, much more of a difference for Oak Street is allowing us to open up some of the channels, whether it's from a growth perspective or patient engagement perspective, our patients love the community events. So I think, if and when those things come back, I think that will help both our outreach model. I think also help our care model because it will increase engagement for our patients. And probably look, it is also, as I think, we know it's difficult to operate safely in a COVID environment.

So that causes inefficiencies, whether it's our teams in the centers, or call centers -- is our team has done an amazing job managing through it. On the plus side, everything get easier. So again, we are very excited for that day, but I think the impact on Oak Street Health will not be from the economics of the vaccine. I think that is de minimis and frankly that's the last thing on our mind. I think that what the impact will be is really allowing us to kind of add additional channels of patient acquisition and add additional levers to engage patients, which should drive even more positive results from Oak Street.

## Q - Ricky Goldwasser  {BIO 1977392 <GO>}

Thank you.

## Operator

Your next question is from Ryan Daniels of William Blair. Your line is open.

## Q - Ryan Daniels  {BIO 5606975 <GO>}

Yeah, good morning, guys. Thanks for the question and other one on direct contracting. Mike, you mentioned the need to build out claims processing capabilities in the network for some of those individuals. Can you speak to what investments that might require and if you use TPA or one of your existing plan partners for claims administration in network management. Thanks.

## A - Mike Pykosz  {BIO 20488070 <GO>}

Yeah. Ryan. That would only be relevant if we choose the -- I think, I'm pointing [ph] on the term now. But if we choose the offer we get kind of the majority of the premium upfront and then have to go pay the claims and set the network up ourselves. Total cares. That is the negative [ph]. I think that if we go that option there is some cash flow benefits to it. It's often do we need to change over time. My suspicion right now, like I said, we don't make decision yet, nor have we. But my suspicion is we will not go that direction. Actually for exactly the reasons you talked about, which is it just creates more administrative challenges and more complexity. I just don't know if that trade-offs worth it.

So my suspicion today are if you said, I had to chose right now, which again, I don't. And I reserve the right to change this. But it is, I think, we will go with the former becasue then

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2020-11-10

we don't have to worry about any of that stuff.

### Q - Ryan Daniels  {BIO 5606975 <GO>}

Okay. Helpful. And then a different topic, can you just speak to kind of center expansions, I'm curious what your philosophy is in regards to building out existing markets where you kind of already have a brand and your customer acquisition costs, maybe a bit cheaper versus entering new markets like New York and Mississippi. How do you internally kind of balance those two from a growth standpoint and an investment standpoint? Thanks.

### A - Mike Pykosz  {BIO 20488070 <GO>}

Yeah, I think balance is the right word. And I think you have -- I think you said it. As you open up new centers in existing markets obviously it has lots of operational complexity. You do benefit from the brand, you benefit from relationships, et cetera, et cetera. On the flip side, you obviously need to be growing into new markets to create those beachhead, so that you get more places (inaudible) to grow.

So when you think about whether it's -- how we grew in 2020 or how we're planning to grow in 2021 et cetera, it will be a combination of both for sure. When we first go to market, one thing we want to do in the call it year or two, have in the market is get good coverage over the neighbors, who want to serve. Primary care is local and so if you're more than call it 15 minute drive time, you're probably not going to get someone to join your center.

So when we look at our algorithms that predict where we'll be successful, and we look at where there is need in the community. We try to essentially draw 15-minute drive time circles around a portfolio of centers to get a straight coverage. And that's kind of step one when you go to a market and getting that coverage. What we've seen in our more mature market, whether it be Chicago, Indianapolis, Detroit et cetera you see that demand in any 15 minute drive time testament is larger than any center can serve by itself. And so over time, when you have centers that are deploying quickly, then you put more centers around there to make sure you have enough capacity to meet that demand. That's what we've done in Chicago. We added a couple more in Detroit. Just recently, we've added more in Indianapolis over time, et cetera. So that's how we think about the growth is. Go to new markets, get that beachhead, then create -- get good coverage over the market, so we can serve all the older adults that need our help in the market. And then over time as the centers going up, keep looking for more infills.

### Operator

Your next question is from Stephen Tanal with SVB Leerink. Your line is open.

### Q - Stephen Tanal  {BIO 17633334 <GO>}

Hey, good morning, guys. Thanks for taking the question. I'm going to ask a couple on direct contracting as well. A lot of really helpful color today as I appreciate that. I guess in the deck, we noticed that there is a 5,000 patient minimum to participate in performance year one. And I wasn't aware of that and I guess, you'd written there that you expect

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2020-11-10

slightly more voluntary aligned patients than claims based aligned. So, I guess first question, and this is -- is it reasonable to assume that that comment is relative to, say, 2500 of each kind of patient to start. And then just doing some math on that. With capitated PPPM revenue around 1200 today, and you mentioned voluntary alignment should be above that threshold.

I guess, it's probably safe to assume about 1,000 for the blended PPPM revenue on the program, which would imply potentially high $800 to $900 above the current fee for service revenue PPPM, which comes out to about 10,000 patients per year. That math suggests sort of the bare minimum to start with 5,000 patients would produce over $50 million of incremental revenue annually. So is that reasonable to start? And the way we're thinking about that?

## A - Mike Pykosz  {BIO 20488070 <GO>}

Well, on the 5,000 number, I mean that's a floor from CMS on the program. We're confident we'll see if it work. So I wouldn't look at that as -- I mean if you want to start a math around the floor that is the floor. But I don't think that has any direct relation to how many patients we do expect. On the question of voluntary reverse claims aligned patients. The reason why we expect more voluntary aligned patients is twofold, one because we do see the majority of our patients that are on traditional Medicare eventually move to Medicare Advantage. You don't have as many tenured traditional Medicare patients that will be claims aligned. If you remember, claims alignment looked at multiple years of claims. Right, if I think about the rate of Oak Street growth and how many markets and how many patients are relatively new to Oak Street, anything about the time period in which they're looking for claims alignment, we will get claims aligned patients, but our models won't predicate that growth and people kind of proactively choosing Oak Street, which is very different than more of your traditional hospital system or doctor who has been -- had patients for longer period of time.

And then going forward, right. Every patient we sign up. Right. Every patient kind of start kind of complete visits in new patient Oak Street Health. We will introduce the voluntary alignment. We will have voluntary [ph] forms and so they will be voluntary aligned before they can be claims aligned. Right. If the patient walks in today for their visit, right their first visit. And we -- they thought the voluntary alignment forms will be voluntary aligned, they may take two years for them to be claims aligned. Right. And so for that reason, we just expect a lot of voluntary alignment patients and obviously two years from now, when all the patients we're signing today starts becoming -- to be [ph] claims aligned, we hope, we'll have grown a lot more, right. And there'll be a lot more voluntary aligned patients.

So that's why we expect voluntary aligned to be higher. It's much more around kind of that flow of new patients coming in and voluntary alignment happens a lot faster than claims alignment. And so I think what you'll see is a mix on April 1 of claims aligned and voluntary aligned and then the mix of every single quarter as more patients are enrolled, we'll go more and more towards voluntary alignment over time.

## Q - Stephen Tanal  {BIO 17633334 <GO>}

(multiple speakers)

FINAL

Bloomberg Transcript

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2020-11-10

### A - Mike Pykosz {BIO 20488070 <GO>}

Yeah. As far as the revenue, again, I would kind of just kind of point you towards our PMPM MA revenue and I think as I said in my remarks, we expect just based on some of what the risk or probably higher for voluntary aligned revenue per patient. For voluntary aligned, probably lower than voluntary aligned per claims aligned patients. So again, I think directionally, you can probably look at the -- and again, we don't know which patients want the risk more. So I can't give you any exact numbers, but I think probably. Tim, can you tell me directionally around MA if you kind of look, that's probably getting pretty close.

### A - Tim Cook {BIO 17987751 <GO>}

Yes, Stephen, I know your -- I think the logic of your math was -- is obviously accurate. I think from a PMPM revenue perspective. My guess it's 1,000, it's probably conservative, but either way. That would be the revenue upside on 5,000 patients. And to Mike's point, the 50-50 split is probably conservative as well, just given the amount of new patients we have joining the industry platform -- that have joined the platform over the last year.

### A - Mike Pykosz {BIO 20488070 <GO>}

And the one thing I'd add Stephen. There's this April 1, which is the first time patients can be in there. But that's not the extent of the program right because you can -- there is every quarter you get more people aligned. So I certainly expect more to me relying on July 1, and April 1 and more on October 1 and more on January 1 the next year.

So I think, again, I'm excited about the program, but I think I'm mostly excited about as a really a long-term opportunity to get the vast majority of our patients to risk-based economics. I'm also trying to temper my expectations on the -- it's a new program and so therefore there's probably going to be some pick ups, just as we -- we figure out or to maybe CMS also figures out how to administer it, so very excited about it for the medium and long-term also in the short term, but it's not just a one-shot deal.

### Q - Stephen Tanal {BIO 17633334 <GO>}

Yeah. They're all really helpful color. And I guess just in follow up. I mean, I think at this stage, there is nothing in the model. There's nothing in my model, I don't think there's anything in consensus. And we're five months away from this thing kicking off, and so I think it would probably make sense to take a more conservative step, given there probably will be hiccups. But to follow up on sort of your comments. Mike, you also mentioned sort of the large majority of Medicare patients aligning on the voluntary side. Obviously you have over 30,000 fee for service patients today. But the program minimum is 5,000. But I don't want to visit, to put you in a corner and give us a number you're not comfortable with, but you did mention 5,000 is probably very conservative relative to that 30 and the 5,000 were at 50 million like a good runway with this and getting the upside case.

So maybe a little bit of context, just on something in the order of how many patients are actually or what percentage are actually aligning on that side. And whether you think that 30,000 is possible in year one at all? Or maybe half of that possible. Any context there would be pretty helpful to just to keep you full of check.

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2020-11-10

FINAL

Bloomberg Transcript

### A - Mike Pykosz {BIO 20488070 <GO>}

Steve, it's just hard to give. I understand the question, I understand why you're asking the question. Just I'm asking the same question. What is really challenging is not just like how many people were signing up. But how many of those people actually will choose Medicare Advantage, right? And how many of those people may get crossed into a different CMS program and not flow through. And so we got -- we just. And the reality is, we just don't know. Right. And if the patient is on Medicare Advantage for one month of the year, then they are not eligible beyond direct contracting. Right. We may have traditional Medicare patients who try in a -- try for two months, don't like, they drop back to traditional Medicare. So there aren't traditional Medicare, but they are not going to be not eligible for the program. And that does happen. Right. We will have patients who get aligned to a next gen ACO for example, and -- well until it's voluntary alignment we will trump kind of pass alignment to a different program over time. But went over time means and how exactly that works. Just we don't know.

I think CMS frankly still determining all those details. And so again, it's not the question like what is the aggregate number of patients who are claims aligned, what is the aggregate number of patients who signed the voluntary enrollment form. And then of that group, how many chose MA and then not moving to MA, that -- which probably is a great outcome for us if they chose MA. And then how many of the ones that don't chose MA end up probably flowing through our rosters. And there's just. Like there is without more experience, and probably -- we just -- there's no way to know it. So like I don't want to give tighter ranges or imply everything, I would say 5,000 to 30,000 is probably a fair range, (multiple speakers) closer than that.

### A - Tim Cook {BIO 17987751 <GO>}

Yeah. And Steve, just one thing. On that 30,000 at risk or excuse me fee for service patient base today, some portion of that fee for service patient base is they are on MA just for whatever reason that MA plan is not at risk for us. There are some rare instances where that's the case. And also that 30,000 is comprised of a fluid number of traditional Medicare patients. Many of them are on -- they're traditional Medicare patients for a month or two month and ultimately enroll in MA.

So it is that the same patients period to period, necessarily. So I just. I think that denominator, at least as we sit here today is probably not the most appropriate one. Now -- between now and April 1 as we continue to grow our patient panel, maybe 30,000 becomes more ultimate, I don't know. But just to make sure we're kind of talking -- we're seeing it eye to eye kind of what was really in that number today.

### Q - Stephen Tanal {BIO 17633334 <GO>}

That's helpful. All right, thanks a lot Tim. And thanks Mike as well. Appreciate the color.

### Operator

Your next question is from Sean Wieland with Piper Sandler. Your line is open.

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2020-11-10

FINAL

Bloomberg Transcript

### Q - Sean Wieland {BIO 3270167 <GO>}

Hi, thank you. And good morning. I also was looking to get a realistic assumption on the percent of patients going into the direct contracting program, but maybe in a quarter from now when we're guiding on -- when you're guiding on 2021, what are the factors that you're going to include in your '21 guidance as it relates to the direct contracting program?

### A - Tim Cook {BIO 17987751 <GO>}

Thanks, Sean. We are -- well as we get closer to when we would issue our 2020 results, we will probably be a bit better able to answer that. I'd say, we would love to be able to provide (technical difficulty) We feel better about the economics based upon the math that's been outlined by CMS. The patient number is just -- is a challenge, now come Q1 of next year, we'll have better alignment. So I'd say, if we had our druthers, we'd be able to provide better specificity around what membership will look like on our next call.

I say that with the caveat, that I don't know what we will learn from CMS between now and then. And some -- what the moving pieces will be. So I think, we spoke about 7 or 8 weeks ago. I know this is a bit of a topic, but obviously, the market didn't have as much information as we have today. So we will continually provide more information as we learn it and are confident in sharing -- committing to I think from our perspective while we obviously love the opportunity in direct contracting. Want to just make sure that we're giving folks our best look and not bias [ph] as we continue to learn more.

### Q - Sean Wieland {BIO 3270167 <GO>}

Okay. Do you see any risk of any channel conflict with your existing MA partners as you migrate some of your fee for service patients over to direct contracting?

### A - Mike Pykosz {BIO 20488070 <GO>}

I don't see any risk at all of channel conflict. Like I said before, this is not a us advising patients to join one of the other. We are on the same processes, we have always run on educating people how Medicare works. And we're going to do that because having the right benefits and the right support and maximizing what you get for Medicare is critical to our patients actually increasing their well-being and staying healthy, right. And the reality for the patient demographic, we serve the vast majority cannot afford the Medsup [ph] plan. It's around hundreds of dollars a month.

And so for a lot of our patient, Medicare Advantage is the right program for them to join and we are going to keep educating people on how the program works. And then if they want to learn more they have to view [ph] their insurance advisory. We can't sell insurance. We don't talk, it's just the benefits, et cetera. So I don't think that's going to change. And if the patient wants to stay interest on Medicare. That's right for them, then obviously we hope they aligns the direct contracting program. And I do expect a lot of movement in and out of the program as I alluded to earlier based on what patients want.

So again, it's -- from our perspective, I don't see the mix changing at all across our patient's point, it has been historically. We didn't have the program.

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2020-11-10

FINAL

Bloomberg Transcript

## Q - Sean Wieland {BIO 3270167 <GO>}

Okay, thank you.

## Operator

Your next question is from Matthew Gillmor with Baird. Your line is open.

## Q - Matthew Gillmor {BIO 19086765 <GO>}

Hey, thanks. Let me try one follow-up on direct contracting. Is it just given kind of the natural flow of patients that get introduced to Oak Street and then eventually shift over to Medicare Advantage because it tends to be a better deal for them. Is it fair to think about direct contracting as improving the patient economics for patients that you may see in the first one to two years. And then they naturally shift over to Medicare Advantage and then you capture that economics, or do you have a portion of fee for service patients that are longer term in nature. Just wanted to -- if you could sort of help us think through that?

## A - Mike Pykosz {BIO 20488070 <GO>}

Yeah, it's both. So I think you're absolutely right on kind of that flow of patients. I mean that's very real. But I think on the flip side, there are a set of patients. Think about someone who's got is a retired union member and the union -- the retiree benefits pays for their Medsup program.

So that person may be really in our core target demographic, yet. In this case, actually they can afford their Medsup plan. It's safe for them. Right. And so if that patient if they have a pretty Medsup plan, that probably will be the right option for them, and we're going be very supportive of that. Right. And so this program and for that person allows us to also get kind of at-risk economic to benefit from the investment we're making, keeping how they were prior to direct contracting, we just -- lose money on that in patient in perpetuity.

And we're obviously not going to differentiate our model or offer high what quality care, and so that's where the program is also really powerful is that that profile of patient. And again, and there's also obviously rare instances where children are paying for the Medsup, or some of the patients who are higher income, right. Now like all them can't afford it. So again there is a tail of people for a variety of reasons, who actually don't want to move to Medicare Advantage and sometimes for good reason. And in that case, this program will allow them to be successful.

I do think there will be a fair number of -- how would you [ph] describe to kind of migrate through the program.

## Q - Matthew Gillmor {BIO 19086765 <GO>}

Got it. That's helpful. And then Mike, you talked about some of the alternative engagement channels, digital, and then with brokers, I mean you could unpack that a little in terms of what you're doing different today versus a year ago. And as you're thinking

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2020-11-10

about that week over week improvement are either one of those approaches, yielding more benefit than the other?

## A - Mike Pykosz {BIO 20488070 <GO>}

Yes. So one thing to always keep in mind at Oak Street Health is, we're not a static organization. Our care model is not static. Our average model is not static. Well, I think, I can't remember life before Oak Street. We've only been around for -- we only have operating centers for seven years and obviously have grown a lot and improved along the way. That's the reason I say that, it's something like digital marketing. 10 years ago, we did 0. Why didn't we do it? We hadn't built that capability yet, we hadn't invested yet. And so when these channels come on, right, you could argue, we should be doing digital marketing 4 or 5 years ago, we think, you're right. We should have. But then only so much you can do, and so much you can add over time, and so much investments you can make, as you grow.

One of the great things about having the level of scale we have. And frankly having level of scale. We're going to have over next couple of years to achieve grow, and they gives us more and more resources to build out additional channels, build out additional care model programs et cetera. And so some of the channels we're doing whether -- since you talked about digital or working more on the insurance life and trying more programs there. It's not a question of like, something have changed, how this works. I mean obviously, more people are engaging digitally and as (inaudible) helping but generally the answer is, hey, like there is just, there is lot of opportunity out there, right, and we'll keep experimenting, we will keep innovating, we'll keep trying new things. And keep investing to improve and a lot of those improvements will pay off, and I think digital is an example of that where we're really happy with the results so far. And I think, we'll continue to do better as we try more and learn more.

## Q - Matthew Gillmor {BIO 19086765 <GO>}

Okay, thanks a lot.

## Operator

Your final question is from Gary Taylor with JPMorgan. Your line is open.

## Q - Gary Taylor {BIO 3571633 <GO>}

Sorry guys, thanks for just a quick follow-up. I was just going to ask on just back to the topic of day -- direct contracting. On the voluntary enrollment. Do you expect that to have the above average or above national average skewed towards dual eligibles like you have in your in MA patients, just because of your physical locations, is that also part of how you've kind of given us the revenue guidance for voluntary versus your average MA per member per month.

## A - Mike Pykosz {BIO 20488070 <GO>}

Yeah, so I don't. With what I know today. I don't know it will be higher or lower dual penetration in direct contracting versus MA. But I think, it will be similar from what I know

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2020-11-10

today. And it's just not to -- Gary, you asked the question. So you're going to take -- you guys want to go down direct contract or rather full time. We're happy to happy to talk about it because they're really exciting program. If you remember for a dual eligible patient, they're a little different than what I described around the economics because for dual eligible patient, Medicaid -- there's a Medicaid wrap that generally covers their co-pay and their out-of-pocket costs, right, it covers our Part-D.

So in their case it was actually -- there's so many reasons to join Medicare Advantage around supplemental benefits but for them actually economically, in some cases, they can stay in traditional Medicare. So there's also that aspect of it as well for people who really are dual eligible and just don't want to be part of managed care plan, you can, I think intensely do benefit managed-care plans for the supplementals, but I think direct contracting will be valuable for those patients as well.

## Q - Gary Taylor {BIO 3571633 <GO>}

Right. They're just -- they're insulated from the fee-for-service cost sharing already.

## A - Mike Pykosz {BIO 20488070 <GO>}

Exactly, yeah.

## Q - Gary Taylor {BIO 3571633 <GO>}

Okay, thank you.

## Operator

There are no further questions. I turn the call back to presenters for closing remarks.

## A - Mike Pykosz {BIO 20488070 <GO>}

Look I appreciate all the question. And hopefully, it was helpful. I know there is a -- and I appreciate the desire to learn more and to continue to understand the opportunity for these programs. What I'll probably end with is little bit where I started which is I could not be prouder of our team for really executing incredibly high level and what that means is being there for our patients, being there for our communities, and making huge impacts. And regardless of what happens with vaccines, although we're obviously where as members of the society and we are very excited about them. And with regards, obviously like direct contracting, we feel really great about our future.

I mean, I think it shows the resiliency and effectiveness of the model that kind of regardless of different trajectories and different government programs and different features, we feel really great about our ability to continue to grow, and continue to provide great care and really make an impact. And that is testament to our team. And so we appreciate all the interest in Oak Street and thank you.

## Operator

FINAL

Bloomberg Transcript

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2020-11-10

This concludes today's conference. You may now disconnect.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2022, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

FINAL

Bloomberg Transcript