# Exhibit E

# Client Awareness Program (CAP)

Independent Medicare Agents (Brokers)
2021-2022



*Confidential: Do Not Distribute*

# Our Neighborhoods Need Value-based Primary Care

- **Anecdotally, 25-30% of Medicare recipients in Oak Street Health neighborhoods do not have a primary care provider, or PCP; <u>~60% do not have a PCP or have not been to their plan designated PCP in >12 months</u>**
- Of those with a PCP, many report high dissatisfaction with service and access:
  - No appointments available when needed ---> Emergency Room visits
  - Many have not been to a PCP in over a year
  - Long wait times (up to 2 hours)
  - Average PCP has a Net Promoter Score of 3% vs. 90% for Oak Street Health
- 83% of Medicare recipients in the neighborhoods Oak Street Health serves have 2 or more chronic conditions and often have unmet social and healthcare needs

Yet, discussing value based care models with the client often does not happen, despite these statistics?

*Confidential: Do Not Distribute*

2

# Client Awareness Program Overview

- Participants in the CAP program are eligible to receive a remittance for educating their clients with unmet social and healthcare needs about value-based care by introducing them to Oak Street Health's (OSH) innovative model of care and warmly connecting them to OSH designated personnel with the client's fully aware consent

- OSH will provide $200 for each Qualified (or eligible) Lead, which meets certain criteria (see next page for eligibility requirements)

- The introduction must be made by warm transfer or eligible voicemail to the agent's designated primary or secondary representative at OSH (**Warm Transfer**: Live 3-way connection - Agent, Client & OSH Representative; **Eligible Voicemail**: client provides full name, phone #, and zip code)

- The Lead information must also be entered in OSH's online client lead form for accurate reporting, payment, and lead source capture *(note: if calling the DART team (see next slide), they will fill it out for you)*

- Please note: OSH may terminate the program or an agent's participation in the program at any time

*Confidential: Do Not Distribute*

3

# Dedicated Agent Resource Team (DART 800 Agent Support)

**To improve your experience in working with Oak Street Health, we have invested in a dedicated team and phone line for Agents and their clients. The benefits of using this line include:**

- **One easy phone number** to use no matter which center is closest to your client
- Strengthened **AOR protection** and **CAP payment and tracking integrity**
- **No online form required** (the DART team will do it for you!)
- **Quick follow up** for your client if the line is busy and you leave an eligible voicemail* (usually <30 min, at minimum within 1 business day)

**Save this toll-free, dedicated insurance agent number in your phone** for easy access:

# (844) 923-2369

**Additional details include:**
- **Open hours**: Mon-Fri 9am-5pm CT, excluding holidays *(Note: eligible voicemails* can be left outside of open hours)*
- **For any questions or feedback** regarding the Insurance Agent Dedicated phone line, please call or text **Elizabeth Garvin**, the team's lead, at **314-603-0301** (we want to keep getting better in our partnership with you, so please let us know how we can improve!)

*An eligible voicemail is defined as a voicemail in which the insurance agent's client shares, in their own voice, their full name, phone number, zip code, and a good time to be called back.*

*Confidential: Do Not Distribute*

4

# Eligible or "Qualified" Leads

We have developed the standards below because OSH is dedicated to serving our communities and those who need it most. As a result, we're only interested in speaking with people who genuinely want to learn more about our unique value-based healthcare offering and have unmet social/healthcare needs that we can help support. These standards support our ability to connect with those who we can serve best.

As outlined in program agreements, a Lead is Qualified, if it:

- Resides within an Oak Street Health service area
- Is eligible for Medicare Part B
- Is not a pre-existing patient of OSH (has utilized OSH physician services within the last year)
- Has a valid phone number, used for OSH follow-up calls
- Is **fully consenting** and **cognizant of the purpose** they are being connected to OSH[1]
- Demonstrates **genuine or sincere interest** in learning more about Oak Street's services and care model as a prospective patient (Client has one or more **unmet** social or primary healthcare need)[1]
- Is introduced to OSH as a **warm transfer** or **eligible voicemail,**[2] either by phone or in person AND the Lead information is submitted to OSH via the **online client lead form**

**(1)** It must be clear to the Oak Street representative that the Lead is interested in learning more about Oak Street and understands the purpose of the call, which is to schedule a Welcome Visit with Oak Street Health, provide more information, or answer questions after the agent has introduced the Oak Street care model to the client.

**(2)** Eligible voicemail requires the following elements to be present: (1) client full name (2) client valid phone number (3) client zip code (4) while the agent can introduce the client, the client themselves needs to provide their information in their own voice on the voicemail.

*Confidential: Do Not Distribute*

# Eligible or "Qualified" Leads (continued)

*Note: A "Qualified Lead" precedes the outcome of a client consenting to a warm transfer and is in no way contingent on completion of a Welcome Visit or patient conversion. Warm transfers are only appropriate for those clients who have communicated unmet medical and/or social needs and also consent to being connected to OSH. A client warm transferred to OSH is not required to change their current Provider in order to be seen by an OSH Provider or to tour an OSH center; nor should an agent consider those as requirements for connecting a client to OSH.*

*Confidential: Do Not Distribute*

# 2021 Program Logistics

To enroll in the program:

- Your OSH Program Contact (Regional Partnership Manager or other leader) will send you the required documents and steps to enroll

- Review, sign, and return 1) **The Marketing Participation Agreement**, and 2) **The Statement of No Limitation or Conflict**

- Also provide a **completed W9 and Direct Deposit/Bank Account Form**

Once enrolled:

- **Warmly connect** interested clients to OSH

- **Payment reconciliation reports** will be sent out 2-4 weeks after the end of the eligibility period for agent feedback and alignment (for example: February reconciliation report will be sent in March)

- **Payments will be made monthly** for eligible leads via direct deposit to your account. They will be made within approximately 30-45 days of the end of the eligibility period (for example: February eligible leads will be paid in the ~1st half of April).

- Note: The Marketing Participation Agreement is effective for 1 year, from 2/1/21 to 1/31/22, unless terminated sooner by OSH

*Confidential: Do Not Distribute*

7

# Client Awareness Program: Guidelines

| Do | Don't |
|---|---|
| <ul><li>Speak with your clients about value-based care and the services Oak Street Health provides.</li><li>Ask for digital and physical marketing collateral from your OSH contacts.</li><li>Provide a warm transfer to your designated local contact (Outreach Executive or Director) or the DART team (844-923-2369).</li><li>Understand that this program involves providing compensation for warm leads to Oak Street Health.</li><li>If possible, drop off the call with the client if they are sharing Personal Health Information (PHI) not already disclosed to you during the Medicare consultation and/or enrollment.</li></ul> | <ul><li>Represent that you work for Oak Street Health. You may not wear any OSH apparel or use any signage that suggests you work for OSH (e.g. table cloth, banner behind a table).</li><li>Say that you are receiving compensation for bringing patients to Oak Street Health.  OSH is compensating for qualified leads, **regardless of whether they visit or become a patient at one of our centers**.</li><li>Connect any patient by live transfer or referral who has not explicitly consented to speak with OSH about value-based care services.</li><li>Make the client feel as though they have to select OSH or coerce/pressure them into selecting any PCP.</li></ul> |

# Oak Street Health - Program Leads

| Market / Program Type | Contact | Email | Phone |
|---|---|---|---|
| Alabama | Krystal Perelion | krystal.perelion@oakstreethealth.com | 917-536-7773 |
| Georgia | Krystal Perelion | krystal.perelion@oakstreethealth.com | 917-536-7773 |
| Illinois North*<br>Illinois South* | Jim Berkhout<br>Tracy Wilson | james.berkhout@oakstreethealth.com<br>tracy.wilson@oakstreethealth.com | 847-612-6743<br>708-800-5447 |
| Indiana | Rachel Brown | rachel.brown@oakstreethealth.com | 317-270-3270 |
| Kentucky | Rachel Brown | rachel.brown@oakstreethealth.com | 317-270-3270 |
| Louisiana | Vernon Motlow | vernon.motlow@oakstreethealth.com | 901-921-5445 |
| Michigan | Tom Xu<br>Elizabeth Garvin | tom.xu@oakstreethealth.com<br>elizabeth.garvin@oakstreethealth.com | 312-241-5705<br>314-603-0301 |
| Mississippi | Vernon Motlow | vernon.motlow@oakstreethealth.com | 901-921-5445 |
| Missouri | Elisa Woodward | elisa.woodward@oakstreethealth.com | 405-219-5985 |
| North Carolina | Josh Nadeau | josh.nadeau@oakstreethealth.com | 980-352-0088 |
| New York | Humberto Trimino | humberto.trimino@oakstreethealth.com | 917-547-1607 |
| Ohio | Tim Corrigan | timothy.corrigan@oakstreethealth.com | 440-476-1286 |
| Oklahoma | Elisa Woodward | elisa.woodward@oakstreethealth.com | 405-219-5985 |
| Pennsylvania | Renee Williams | renee.williams@oakstreethealth.com | 267-236-3168 |
| Rhode Island | Rachel McGuire | rachel.mcguire@oakstreethealth.com | 401-424-1052 |
| South Carolina | Josh Nadeau | josh.nadeau@oakstreethealth.com | 980-352-0088 |
| Tennessee | Vernon Motlow | vernon.motlow@oakstreethealth.com | 901-921-5445 |
| Texas | Ron Henry | ronald.henry@oakstreethealth.com | 281-804-0173 |
| FMO/agency programs | Scott Handlon | scott.handlon@oakstreethealth.com | 317-374-8626 |

*Confidential: Do Not Distribute*

9

# Appendix

Talking Points on Value-Based Care and
Oak Street Health

*Confidential: Do Not Distribute*

# Educating your clients about value-based care

Article: What is Value-Based Healthcare? NEJM Catalyst, January 2017

Highlights:  Value-Based Primary Care vs. Traditional Volume-Based FFS Care

- VBC Providers are held **accountable** to how well they help patients improve their health, reduce the effects and incidence of chronic disease, and live healthier lives

  - VBC Providers are rewarded for improving patients' health, not the number of services they provide

  - VBC Providers are far more likely to see their patients more often, offer immediate access and invest in innovative and preventative care approaches that will keep their patients healthy and out of the hospital.

- Value-Based Primary Care Providers are invested in their patients' health

  - *Quality and patient engagement measures increase when the focus is on value instead of volume*[1]

  - VBC providers have significantly higher patient satisfaction scores (90% Net Promoter Score for OSH vs 3% for the average PCP)[2]

1. Article: What is Value-Based Healthcare? NEJM Catalyst, January 2017
2. Net Promoter Score of 90 across our patients based on survey data we gathered from patients after their physician visits from June 2018 until March 2020.

*Confidential: Do Not Distribute*

11

# Educating your clients about the elevated primary care experience at Oak Street Health


Transportation to and from Oak Street Health appointments when needed*


Help with your Medicare questions and access to insurance agents


Same-day and next-day appointments


24/7 patient support line


Telehealth video and phone visits


Mail-order pharmacy support and access to basic amenities when needed

\* Transportation to and from Oak Street Health appointments available for eligible individuals

*Confidential: Do Not Distribute*

12

# Key Talking Points to Use with Clients

01. **Oak Street Health is an innovative network of primary care centers designed exclusively for adults on Medicare**

02. **Through Oak Street's integrated, value-based care model, we help keep patients healthy, happy, and out of the hospital**
   - Integrated care model that goes beyond the traditional primary care experience

03. **Oak Street invests heavily in the primary care experience for our patients**
   - Same day and next day appointments, 24/7 patient support line
   - Transportation is available for eligible patients to appointments at an Oak Street Health center
   - High touch support for insurance-related questions

04. **With the ongoing COVID-19 crisis, it's more important than ever for patients to have access to our model of care**
   - Choice of in-person, phone or video telehealth visits
   - **We are continuing to accept new patients**

*Confidential: Do Not Distribute*

# Materials for you and your clients

| | |
|---|---|
| Video | **The Oak Street Health Difference**<br><br>Oak Street Health model & value proposition; hear from our Providers, Patient Relations Managers and patients. |
| Website | **Oak Street Health**<br>**COVID-19 Updates**<br>**Insurance Agent Resources** |
| Mae | **Our insurance agent chatbot**<br><br>Simply text "hi" to **(844) 496-8741** to sign up and automatically receive OSH updates to your phone. Mae is an interactive chatbot for both telephonic and field agents and will answer questions you may have. Feel free to give it a try! |
| Print | **Patient Trifold**<br><br>Downloadable PDF. |
| Digital | **Digital Agent Toolkit**<br><br>Downloadable PDF. |



*Confidential: Do Not Distribute*