# Exhibit G

*Allison* **v.** *Oak Street Health, Inc., et al.: Lead Plaintiffs' Complaint for Violations of the Federal Securities Laws, ECF No. 40*
*Alleged Misstatements*

| Row | Complaint Paragraph Number(s) | Speaker | Date/Source | Alleged Misstatements[1] |
|---|---|---|---|---|
| | | | **General Statements About Patient Acquisition And Marketing Strategies** | |
| **1** | 101(a), 107(a), 110, 111, 115, 240(a), 246, 252, 257 | Oak Street Health SEC Filings | 101(a), 240(a): August 2020 IPO Registration Statement & Prospectus<br><br>107(a), 246: December 2020 SPO Registration Statement & Prospectus<br><br>110, 252: February 2021 SPO Registration Statement & Prospectus<br><br>111: March 10, 2021 – 2020 10-K<br><br>115, 257: May 2021 SPO Registration Statement & Prospectus | *[W]e employ a multichannel marketing strategy that goes directly to our target consumer. We fundamentally control our own destiny and can scale the number of centers on our platform rapidly and fill them with any interested patients we attract*. |
| **2** | 101(b), 107(a), 110, 240(b), 246, 252 | Oak Street Health SEC Filings | 101(b), 240(b): August 2020 IPO Registration Statement & Prospectus<br><br>107(a), 246: December 2020 SPO | We utilize a proactive strategy to drive growth to our centers. *We employ a grassroots approach to patient engagement* led by our Outreach team and *supplemented by more traditional marketing, including television, digital and social media, print, mail and telemarketing. . . . We are continuing to leverage our community-based marketing approach with* less focus on in-person interactions |

---

[1] All language in the "Alleged Misstatements" column is quoted directly from the Complaint, ECF No. 40. All emphases in this chart are as in original. Specifically, Lead Plaintiffs "allege that the statements highlighted in **bold and italics** were materially false, misleading, and omitted to disclose material information." ¶ 101(a) n.9.

*Allison v. Oak Street Health, Inc., et al.: Lead Plaintiffs' Complaint for Violations of the Federal Securities Laws, ECF No. 40*
*Alleged Misstatements*

| Row | Complaint Paragraph Number(s) | Speaker | Date/Source | Alleged Misstatements[1] |
|---|---|---|---|---|
| | | | Registration Statement & Prospectus<br><br>110, 252: February 2021 SPO Registration Statement & Prospectus | and ***more focus on working with our community partners to identify older adults who need our services***. |
| 3 | 101(d), 240(d) | Oak Street Health SEC Filings | 101(d), 240(d): August 2020 IPO Registration Statement & Prospectus | [T]he Company "[t]emporarily halted community outreach and other marketing initiatives which drive new patients to our platform," but assured investors that "***we have developed, and continue to develop, new methods of outreach that we believe will be effective in the current environment***. For example, ***we are engaging community partners, such as senior living facilities and faith-based organizations, to obtain referrals of older adults who could benefit from our services and care model***." |
| 4 | 101(e), 107(a), 110, 240(e), 246, 252 | Oak Street Health SEC Filings | 101(e), 240(e): August 2020 IPO Registration Statement & Prospectus<br><br>107(a), 246: December 2020 SPO Registration Statement & Prospectus<br><br>110, 252: February 2021 SPO Registration Statement & Prospectus | ***Each of our centers employs a community outreach team focused on engaging and educating Medicare eligible individuals on the importance of primary care and why Oak Street is a great place to receive that care.*** |

2

*Allison v. Oak Street Health, Inc., et al.: Lead Plaintiffs' Complaint for Violations of the Federal Securities Laws, ECF No. 40*
*Alleged Misstatements*

| Row | Complaint Paragraph Number(s) | Speaker | Date/Source | Alleged Misstatements[1] |
|---|---|---|---|---|
| 5 | 103(b) | Pykosz | September 17, 2020 – 2Q 2020 Earnings Call | Responding to an analyst question about the Company's "marketing efforts" and specifically about "new approaches" being taken in light of the COVID-19 pandemic, Defendant Pykosz emphasized Oak Street's "***multichannel marketing approach***" and stated that "***what we're [turning toward is] central marketing channels, such as digital, direct response TV, et cetera***. ***We also have our community-based field marketing channels***." |
| 6 | 103(c) | Pykosz | September 17, 2020 – 2Q 2020 Earnings Call | Defendant Pykosz described Oak Street's communications with prospective clients as, "***we educate people about the importance of primary care in why Oak Street Health is a great place to get that primary care***." |
| 7 | 103(d) | Pykosz | September 17, 2020 – 2Q 2020 Earnings Call | When again asked about Oak Street's community outreach efforts and "how much of an impact COVID is having on those outreach efforts," Defendant Pykosz responded, in part, that even if "the world returns to more normalcy" with a COVID-19 vaccine, Oak Street could add community outreach "back in, ***while also keeping all the things we've expanded, such as our digital marketing, direct response TV, some of the account-based deals – fields***," adding that "***we've innovated and tried new things that are showing good results***." |
| 8 | 106(a) | Pykosz | November 10, 2020 – 3Q 2020 Earnings Call | We have continued to deliver strong patient growth despite being forced by COVID to limit many of our core community events-based patient acquisition channels. Due to this, ***we have developed alternative engagement channels that can be effective despite the limitations caused by COVID***. |

*Allison v. Oak Street Health, Inc., et al.: Lead Plaintiffs' Complaint for Violations of the Federal Securities Laws, ECF No. 40*
*Alleged Misstatements*

| Row | Complaint Paragraph Number(s) | Speaker | Date/Source | Alleged Misstatements[1] |
|---|---|---|---|---|
| 9 | 106(c) | Pykosz | November 10, 2020 – 3Q 2020 Earnings Call | An analyst referenced "some of the alternative engagement channels" including "brokers" discussed earlier in the call, and asked defendants to "unpack that a little in terms of what you're doing different today versus a year ago?" Defendant Pykosz responded, in part:<br><br>"One of the great things about having the level of scale we have and frankly, having the level of scale we're going to have over the next couple of years as we continue to grow is it gives us more and more resources to build out additional channels, build out additional care model programs, et cetera. ***And so some of the channels we're doing, whether, as we talked about, digital or working more with insurance and trying more programs there, it's not a question of like, 'Oh, something has changed. Now this works*.**' I mean obviously, more people are engaging digitally. And that's [bringing more patients], and that's helping." |
| 10 | 107(b), 110, 247, 252 | Oak Street Health SEC Filings | 107(b), 247: December 2020 SPO Registration Statement & Prospectus<br><br>110, 252: February 2021 SPO Registration Statement & Prospectus | The [filing] also stated that after Oak Street had "made the decision to suspend community-based outreach events and scale back our central marketing" at the end of March 2020, Oak Street "***used this pause*** in our traditional marketing efforts to reassess and realign our marketing strategy ***to focus on other growth channels***. For example, ***we are engaging community partners, such as senior living facilities and faith-based organizations, through an account management model to gain referrals of older adults who could benefit from our services and care model***." |
| 11 | 108(a) | Pykosz | January 11, 2021 – J.P. Morgan Healthcare Conference | During prepared remarks, Defendant Pykosz emphasized that "we do need to fill the centers up with patients," and claimed, "***that's where our B2C [business to consumer] community marketing approach*** |

*Allison v. Oak Street Health, Inc., et al.: Lead Plaintiffs' Complaint for Violations of the Federal Securities Laws, ECF No. 40*
*Alleged Misstatements*

| Row | Complaint Paragraph Number(s) | Speaker | Date/Source | Alleged Misstatements[1] |
|---|---|---|---|---|
| | | | | *comes in. And so what we do is we really spend our time pre COVID in the communities, and now a lot of it is online and telephonic, but really educating older adults on the importance of primary care*." |
| 12 | 108(b) | Pykosz | January 11, 2021 – J.P. Morgan Healthcare Conference | Defendant Pykosz later again emphasized that "[i]t's all about patient acquisition," adding: "*And so we're going to continue the expansion of the channels that we've used over the last 6 months. We really went from very little digital and central growth to that being really the main driver of growth today, things like digital marketing, direct response TV and then kind of referral-based telephonic sales from both our central and community-based salespeople*. If I would talk to you a year ago, I would have told you that the vast majority of our patients were coming from community events and kind of in-person interactions in the community, which has basically gone to 0 today." |
| 13 | 112 | Pykosz | March 10, 2021 – 4Q 2020 Earnings Call | After reporting increased revenue growth for full year 2020, Defendant Pykosz stated that "*[w]e achieved this growth despite essentially turning off our sales and marketing function for much of the spring and summer and needed to replace our community event-based marketing approach with new essential channels*." He later added that, regarding new patient outreach efforts, "2020 was a little bit of a strange year on that front because as we talk about a lot, *we had to* stop a lot of the things that worked really well and *develop a whole lot of new things*." |
| 14 | 114 | Pykosz | May 11, 2021 – 1Q 2021 Earnings Call | The next day, May 11, 2021, Defendants Pykosz and Cook held a conference call to discuss the 1Q 2021 results, and, when asked about whether Oak Street, following the larger roll-out of COVID-19 vaccines, would "reallocate dollars more towards community |

*Allison* **v.** *Oak Street Health, Inc., et al.: Lead Plaintiffs' Complaint for Violations of the Federal Securities Laws, ECF No. 40*
*Alleged Misstatements*

| Row | Complaint Paragraph Number(s) | Speaker | Date/Source | Alleged Misstatements[1] |
|---|---|---|---|---|
| | | | | marketing" or "continue with some of the digital initiatives you did last year along with the community [marketing]," Defendant Pykosz responded: "Definitely the latter. ***The channel is working***. It's bringing in patients below kind of our cost of acquisition ["CAC"] threshold," and added, "***I guess we can get the best of both worlds having our central and – digital and other central channels up and running and*** have our field base up and running without having actually a significant increase to our sales and marketing." |
| 15 | 117(a) | Pykosz | June 1, 2021 – William Blair Growth Stock Conference | In response to an analyst request that Defendants "share with the audience how you drive that member acquisition and really drive the growth, both at ramping new centers and then continuing to grow your existing patient base," Defendant Pykosz stated, in part, "***Oak Street's growth engine from a patient perspective is . . . very consumer-driven. And it's us meeting individual people, whether that's online or in the community, and helping to educate them why Oak Street is a great place to get primary care***," adding that Oak Street had "***really scaled our digital up in a big way***," "***built on our telesales capabilities***," and "***done other things like a little bit of DRTV and things like that***," and that Oak Street would "***keep doing the central channels [because] [t]hey work***." |
| 16 | 118 | Pykosz | June 9, 2021 – Goldman Sachs Global Healthcare Conference | On June 9, 2021, Defendants Pykosz and Cook presented at the Goldman Sachs Global Healthcare Conference on behalf of Oak Street, during which Defendant Pykosz stated that "***the vast majority of Oak Street growth comes from us meeting people in the community, comes from our own digital marketing efforts. It comes from our call centers. It comes from our own marketing efforts***. And |

*Allison v. Oak Street Health, Inc., et al.: Lead Plaintiffs' Complaint for Violations of the Federal Securities Laws, ECF No. 40*
*Alleged Misstatements*

| Row | Complaint Paragraph Number(s) | Speaker | Date/Source | Alleged Misstatements[1] |
|---|---|---|---|---|
| | | | | as individual consumers joining Oak Street Health as their doctors offer because they feel like we provide a better experience." |
| 17 | 121 | Pykosz | September 9, 2021 – Morgan Stanley Global Healthcare Conference | On September 9, 2021, Defendants Pykosz and Cook presented at the Morgan Stanley Global Healthcare Conference on behalf of Oak Street. When asked "[h]ow should we think about membership growth going forward," Defendant Pykosz stated:<br><br>"And our model is very consumer-focused when we talk about kind of acquiring patients. *We're not a B2B business*. We're not buying or partnering with existing physician groups. We are opening up centers, which we are focused on older adults on Medicare. And we feel like those centers and -- have the results to show those centers offer much higher quality of care, much better patient outcomes and a much better patient experience.<br><br>* * *<br><br>Every day, our team of -- we call them outreach executives, but essentially think of a cross between a salesperson and a community health worker. *Every day, they're out there, they're meeting new older adults, they're working with community groups to get in front of older adults in the community and then really educating them on why Oak Street is a great place to get care*. And when people are ready to make the choice to try Oak Street Health out, we do a kind of intro visit with our doctor, and the vast majority stay and become patients for hopefully life.<br><br>So that's really the driver of the model. So it really is kind of -- it's not like there's an open enrollment season or *it's not like we're trying to* |

*Allison v. Oak Street Health, Inc., et al.: Lead Plaintiffs' Complaint for Violations of the Federal Securities Laws, ECF No. 40*
*Alleged Misstatements*

| Row | Complaint Paragraph Number(s) | Speaker | Date/Source | Alleged Misstatements[1] |
|---|---|---|---|---|
| | | | | *sign key account contracts. It's really about individually educating people why Oak Street Health is the best place to get their care*. And the great news is the bigger we get and the longer we've been in communities, the more people have already heard about us and the kind of the easier that sale is going to be." |

8

*Allison v. Oak Street Health, Inc., et al.: Lead Plaintiffs' Complaint for Violations of the Federal Securities Laws, ECF No. 40*
*Alleged Misstatements*

| Row | Complaint Paragraph Numbers(s) | Speaker | Date/Source | Alleged Misstatements[1] |
|---|---|---|---|---|
| | | | **General Statements About Patient Transportation** | |
| 18 | 101(f), 102(b), 105, 107(a), 110, 111, 113, 115, 119, 240(f), 246, 252, 257 | Oak Street Health SEC Filings | 101(f), 240(f): August 2020 IPO Registration Statement & Prospectus<br><br>102(b): September 16, 2020 – 2Q 2020 10-Q<br><br>105: November 10, 2020 – 3Q 2020 10-Q<br><br>107(a), 246: December 2020 SPO Registration Statement & Prospectus<br><br>110, 252: February 2021 SPO Registration Statement & Prospectus<br><br>111: March 10, 2021 – FY 2020 10-K<br><br>113: May 10, 2021 – 1Q 2021 10-Q<br><br>115, 257: May 2021 SPO Registration Statement & Prospectus<br><br>119: August 9, 2021 – 2Q 2021 10-Q | *[O]ur contracted and employed drivers . . . typically transport patients to our centers*. |

*Allison* **v.** *Oak Street Health, Inc., et al.: Lead Plaintiffs' Complaint for Violations of the Federal Securities Laws, ECF No. 40*
**Alleged Misstatements**

| Row | Complaint Paragraph Numbers(s) | Speaker | Date/Source | Alleged Misstatements[1] |
|---|---|---|---|---|
| 19 | 101(g), 107(a), 110, 111, 115, 240(g), 246, 252, 257 | Oak Street Health SEC Filings | 101(g), 240(g): August 2020 IPO Registration Statement & Prospectus <br><br> 107(a), 246: December 2020 SPO Registration Statement & Prospectus <br><br> 110, 252: February 2021 SPO Registration Statement & Prospectus <br><br> 111: March 10, 2021 – FY 2020 10-K <br><br> 115, 257: May 2021 SPO Registration Statement & Prospectus | In describing the Company's "Cost of Care" financial metric, the [filing(s)] stated that it: "***includes the costs we incur to operate our centers, including*** care team and patient support employee-related costs, occupancy costs, ***patient transportation***, medical supplies, insurance and other operating costs. ***These costs exclude any expenses associated with sales and marketing activities incurred at the local level to support our patient growth strategies*** . . . ." |
| 20 | 103(a) | Pykosz | September 17, 2020 – 2Q 2020 Earnings Call | In discussing events that occurred in 2Q 2020, Defendant Pykosz noted that Oak Street's "fleet of over 100 green vans . . . ***typically provide patient transportation for our patients to get to and from our centers***." |

10

*Allison v. Oak Street Health, Inc., et al.: Lead Plaintiffs' Complaint for Violations of the Federal Securities Laws, ECF No. 40*
*Alleged Misstatements*

| Row | Complaint Paragraph Number(s) | Speaker | Date/Source | Alleged Misstatements[1] |
|---|---|---|---|---|
| | | | **Statements About The Role Of Third Parties In Patient Acquisition** | |
| 21 | 101(c), 107(a), 110, 240(c), 246, 252 | Oak Street Health SEC Filings | 101(c), 240(c): August 2020 IPO Registration Statement & Prospectus<br><br>107(a), 246: December 2020 SPO Registration Statement & Prospectus<br><br>110, 252: February 2021 SPO Registration Statement & Prospectus | *Our payor partners will also direct patients to Oak Street. They do this either by assigning patients who have not yet selected a primary care provider to Oak Street Health or through insurance agents who will tell their clients about Oak Street Health, which we believe results in the patient selecting us as their primary care provider when they select an MA plan.* Payors dedicate a large share of their internal efforts to reducing medical costs and they have a nearly unlimited desire to engage with solutions proven to achieve that goal. . . . We believe that we represent an attractive opportunity for payors to meaningfully improve their overall membership growth in a given market without assuming any financial downside. |
| 22 | 102(a), 105, 113, 115, 119, 257 | Oak Street Health SEC Filings | 102(a): September 16, 2020 – 2Q 2020 10-Q<br><br>105: November 10, 2020 – 3Q 2020 10-Q<br><br>113: May 10, 2021 – 1Q 2021 10-Q<br><br>115, 257: May 2021 SPO Registration Statement & Prospectus<br><br>119: August 9, 2021 – 2Q 2021 10-Q | *We grow our patient base through our own internal sales and marketing efforts, which drives most of our new patient growth, as well as assignments from our MA plan partners.* |

11

*Allison v. Oak Street Health, Inc., et al.: Lead Plaintiffs' Complaint for Violations of the Federal Securities Laws, ECF No. 40*
*Alleged Misstatements*

| Row | Complaint Paragraph Number(s) | Speaker | Date/Source | Alleged Misstatements[1] |
|---|---|---|---|---|
| 23 | 108(c) | Pykosz | January 11, 2021 – J.P. Morgan Healthcare Conference | During the question and answer portion, an analyst noted that he "get[s] this question from investors a lot" and asked, "How does Oak Street acquire new patients." Defendant Pykosz responded, in part:<br><br>"***It is a B2C sale. We are selling individuals on becoming a patient on Oak Street Health. We're not getting push[ed] patients from someone else, et cetera. Is not a B2B contract with a plan. And we're educating people on why they need to get primary care***. . . .<br><br>***And so we're really educating people, look, you have to come in for longitudinal primary, come in when you're healthy and keep coming in***." |
| 24 | 117(b) | Pykosz | June 1, 2021 – William Blair Growth Stock Conference | When specifically asked about how much "recruiting of the MA plan members" is "driven internally by your digital marketing, your marketing and your social initiatives, versus given to you by intermediaries like the MA plans or brokers," Defendant Pykosz responded:<br><br>"Yes. I think the -- on the first one, look, ***the vast majority of our patients come through our efforts. We love when insurance advisers or health plan is going to -- we call it push those patients. And we'll take as many as we can get. But there's a limit -- there's a lot of limits on what they can actually do, right? There's a lot of rules that Medicare has around [steering] and kind of inducement and things like that where they can't -- health plan can't stand up and say Oak Street has the best doctor [in my network]***. We should go to Oak Street. Because that would be to be steerage. And I think it's kind of an old-fashioned rule, but it is the rule. So it is what it is. |

*Allison v. Oak Street Health, Inc., et al.: Lead Plaintiffs' Complaint for Violations of the Federal Securities Laws, ECF No. 40*
*Alleged Misstatements*

| Row | Complaint Paragraph Number(s) | Speaker | Date/Source | Alleged Misstatements[1] |
|---|---|---|---|---|
| | | | | *So we get most of our patients from meeting people in the community one by one, not through kind of the -- and we get some from the health plans and we'll obviously work to get more, but I think that's -- their hands are kind of tied* (inaudible) not to mention." |
| 25 | 106(b) | Pykosz | November 10, 2020 – 3Q 2020 Earnings Call | When asked about "the general ramp" in adding patients going forward, Defendant Pykosz highlighted the "*changes on our outreach model [Oak Street made] to let us be successful in bringing in new patients in a world where some of our core channels, we can't do right now*" including "*more digital marketing, a lot more kind of relationship-based selling with aggregators,*" adding that "*[w]e're not setting up events with aggregators. We're actually just asking them for referrals, making them introduce us to people that need our care.*" |
| 26 | 120 | Pykosz | August 10, 2021 – 2Q 2021 Earnings Call | During the call, in trying to explain away higher medical costs for the quarter, Defendant Pykosz stated that in 2020: "*we met patients in a lot of other ways* [and] . . . I do wonder if part of the reason we're seeing kind of a higher disease burden of incoming patients is you're meeting less of the people who are coming to a Zumba class, and *you're meeting more people who you are meeting at different places that are kind of referrals from health – case managers, those types of things*." |

13

*Allison v. Oak Street Health, Inc., et al.: Lead Plaintiffs' Complaint for Violations of the Federal Securities Laws, ECF No. 40*
*Alleged Misstatements*

| Row | Complaint Paragraph Number(s) | Speaker | Date/Source | Alleged Misstatements[1] |
|---|---|---|---|---|
| | | | **Statements About Regulatory Compliance** | |
| 27 | 101(h), 107(a), 110, 111, 115, 240(h), 246, 252, 257 | Oak Street Health SEC Filings | 101(h), 240(h): August 2020 IPO Registration Statement & Prospectus<br><br>107(a), 246: December 2020 SPO Registration Statement & Prospectus<br><br>110, 252: February 2021 SPO Registration Statement & Prospectus<br><br>111: March 10, 2021 – FY 2020 10-K<br><br>115, 257: May 2021 SPO Registration Statement & Prospectus | The [filing] acknowledged that [Oak Street] "enter[s] into several arrangements that could potentially implicate the Anti-Kickback Statute," adding that: "***The OIG has expressed concern regarding the use of non-employed sales forces to recruit or facilitate the recruiting of patients or referrals, especially when the sales agent is compensated in a manner that provides rewards or incentives on a volume or value basis. Accordingly, commissions or per-patient based compensation methodologies are closely scrutinized by federal agencies***. We employ our own sales force and attempt to meet the Anti-Kickback Safe Harbor for Bona Fide Employment; ***however, in limited instances we use external companies to assist with certain aspects of these efforts, but only in arrangements that we believe do not violate the Anti-Kickback Statute or other applicable laws***." |

14