# Exhibit H

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2021-01-11

# JP Morgan 39th Annual Healthcare Virtual Conference

## Company Participants

- Gary Taylor, Analyst
- Michael Pykosz, CEO & Director
- Timothy Cook, CFO

## Presentation

### Gary Taylor {BIO 3571633 <GO>}

Okay. Great. Thanks for joining us this afternoon at JPMorgan Healthcare Conference.

My pleasure to introduce Oak Street Health.

Oak Street is an integrated network of primary care centers, providing high-touch, clinically differentiated care to Medicare-eligible seniors across the U.S.

As of the Third Quarter, the company operates 67 primary care locations and cares for 90,000 patients.

My pleasure this afternoon to introduce CEO, Mike Pykosz. Also we'll have Tim Cook, Chief Financial Officer, joining us for the Q&A.

So all here in one continuous Zoom session.

Mike is going to lead off, walk through the presentation. Then we'll bring Tim in. We'll move to some of my questions and some investor Q&A as well.

So Mike, welcome, and I'll let you take it away.

### Michael Pykosz

Okay. Thanks, Gary. Appreciate it. Good to see everyone virtually.

For those of you who I haven't had the chance to talk to you. I'm Mike Pykosz, CEO of Oak Street Health, one of the three co-founders of the company back in 2012.

So been here since the beginning.

FINAL

Bloomberg Transcript

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2021-01-11

FINAL

Bloomberg Transcript

Kind of moving on to Slide three -- I'll try to call out what slide I'm on in the presentation is so people can follow along.

I know there's probably a variety of familiarity with the Oak Street model amongst the participants.

So for those of you who are less familiar with our story, at the highest level is pretty simple.

We operate primary care centers, as Gary said, focused on older adults on Medicare.

We really focus on moderate-to-lower income seniors in urban and suburban areas.

What we do is we invest a lot more upfront in primary care and preventive medicine.

We really make sure our patients have the services they need to stay healthy, make sure none of our patients drop with their cracks. And by doing that and by investing more upfront, we can really improve our patients' health outcomes by improving their health outcomes. By improving their health outcomes, we can keep them healthier, keep them out of the hospital.

Then in turn save a lot of money.

We will contract with managed care plans and value-based ways to really keep the savings were generated from keeping our patients healthier.

So that was the thesis behind starting Oak Street Health back in 2012 and when we first launched our first center in 2014, that's what we tried to do. Still what we do today. Today we have actually 79 centers as of now across 16 different markets. A little over 90,000 patients are receiving care from Oak Street Health.

Over the last 12 months -- or I guess the 12 months ending September 30, actually, the last 12 months, we've had over $800 million of revenue, and that's grown at 72%. 2,700 team members, of which over 300 of them are providers.

So moving on to Slide 4. Look, the problems with the U.S. healthcare system are well documented.

We have unsustainable costs.

We spend twice as much per capita as really any other industrialized country does. Yet despite that massive investment, we have poor health outcomes.

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2021-01-11

We have generally worse health outcomes across multiple metrics than those same countries. At the same time, we have a really poor patient experience. The Net Promoter Score of the average primary care provider is at 3.

So we have a costly system with poor quality and poor experience.

And we believe, at Oak Street, a lot of the reasons for those challenges, especially when you're talking about an older adult Medicare population, which is the most expensive per capital population, we believe a lot of the challenges really is driven by the existing primary care infrastructure.

We believe bad primary infrastructure is unable to provide the level and quality of care that older adults need to stay healthy. There's not enough time with patients. There's limited patient coordination in between visits. It's not integrated.

There's a lot of services outside of kind of traditional primary care that patients need that are not available, things like behavioral health, medication management, home-based primary care.

So these ideas aren't new. Since we started Oak Street Health before then, people have talked about value-based care and investing in primary care, some of these concepts.

But I think what we saw and certainly believe now after doing it for eight years is that there's a set of structural impediments that really make it hard for the traditional primary care practices to evolve their operations and meet the needs of older adult patients.

You kind of takes a step back and think about your average doctor's office, your average doctor with close to 2,000 patients on their panel, short visits seeing 20 patients plus a day. That doctor is going to see patients of all different ages and all different clinical needs.

So they may have a visit with a healthy 22-year-old who's paid on commercial insurance, and the next is maybe a polychronic 80-year-old who's too eligible with Medicare Medicaid.

They're going to see those 2 patients with the same system, the same visit types, the same staffing, et cetera, et cetera. And for most doctors, actually going to pay more for the healthy 22-year-old and they will for the visit with the polychronic 80-year-old.

What that means is if you're going to have suboptimal care for really all populations.

It's just impossible to differentiate and provide the level of care that, that patient needs to stay healthy.

So that's why you have some of the challenges with the system today.

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2021-01-11

FINAL

Bloomberg Transcript

So when we set up to build Oak Street, we set out to really tackle those challenges and build a model that was designed from the ground up to be optimized for an older volt population.

So moving on to Slide 5.

We really try to address all those different structural barriers and all those challenges.

So we spend significantly more time with our patients because we see a lot less patients, our doctors panel sizes are about 1/3 of the size of the normal primary care doctors. That means we can have longer visits, more frequent visits.

We can carve time out of all of our providers' days to make sure that they're reviewing the care gaps of the patients coming in that day making sure they're reviewing our safest patients and what may cause them to hospital and proactively planning and getting ahead of challenges as opposed to waiting to see who's on the schedule that day.

Then finally, at Oak Street, we built in a number of additional services like behavioral health.

We deliver care in the home.

We deliver telehealth.

We have social support programs, et cetera, et cetera.

So really have an integrated model where the whole is much greater than sum of the parts.

We're able to do that because we focus on one population.

Our model would be ineffective and incredibly inefficient for a younger, healthier population because it just would be spending way too much money for the level of care they need, but for our population, it works really well. And because we're contracted for the majority of our patients in value-based arrangements, we're able to keep the savings we generate, and that's what that allows us to spend so much on primary care because we never work in a fee-for-service contract.

And finally, because of that focus, because of the small panel size and because of the consistency of our operations, we can build a technology platform that really enables that care to be delivered in a consistent, effective manner in all of our locations every time.

Our technology system can really make sure we're getting information to the proverbial bedside and no patients are dropped through the cracks.

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2021-01-11

So moving on to Slide 6. There is a massive market opportunity for what we do at Oak Street Health.

We talk about our addressable market being moderate-to-low income older adults who live in suburban and urban areas.

So if you just take that market I described, which is where we've proven to be effective today that's a -- there's 27 million Medicare patients that fit that description. Medicare is growing 7% a year. That represents a $325 billion revenue opportunity for Oak Street Health.

We have to build close to 10,000 centers to care for that market size today.

So what I think is really exciting for all of us is it's a huge massive opportunity to continue to grow to accelerate that pace of growth and bring what we feel is a vastly superior model of care to more and more patients.

That's certainly what we plan to do.

So moving on to Slide 7.

One of the keys to our ability -- to grow to our ability to drive great outcomes is we bring value to health care stakeholders across the spectrum. First and most importantly, for sure, our patients win.

So we're able to greatly improve the health outcomes of our patients because of the investment we make in our care model.

We reduce hospitalizations in our patient population by more than 50%.

We have a correspondingly similar reduction in ED usage and readmissions. We're able to greatly improve the experience of our patients as well. I referenced earlier that Net Promoter Score for the average doctor is 3, the Net Promoter Score for an Oak Street patient or Oak Street provider is 90.

So again just a much better experience for our patients.

We do it for free. There's no additional cost for the much higher quality care, much better patient experience for our patients.

In addition to our patients, we have providers went as well. Physician burnout is a huge problem across primary care. There's a shortage of primary care.

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2021-01-11

One of our advantages is we can really create a model that doctors want to work in. Doctors didn't go to medical school to generate visit volume. He went to medical school to keep patients healthy.

We can put them in a position to do that, whether that be the technology platform that makes their job easier and like take out away some of the road burden off of them, whether it's getting to work with a team who we take a lot of task from them and give them all the leverage, what I have described, help them take notes, whether there's a compensation program that's driven by quality of care metrics, not volume.

So all those things really help drive some of the metrics we have on our providers.

So again 95% of our providers say they recommend Oaks Street Health as a place to work to their friends or family. 99% of our providers say Oak Street aspires them to their best work.

So again we're very proud of the value proposition we can provide to our providers as well. I think that's one of the reasons we can generate such great patient results.

One of the reasons we can scale so quickly is because of the great value proposition for our providers.

Additionally, our payers win in the Oak Street model as well. If you think about the drivers of economics for a Medicare Advantage plan, it is how many members you have in the plan?

Then what's your revenue?

And what's your cost for those members.

We're really able to help the plan across all those metrics. Because we're building de novo centers and communities that are underserved and then building our population base ourselves from scratch, we are introducing a lot of older adults to Medicare Advantage, educating them about how the program works. And a lot of those older adults are going to choose a Medicare Advantage plan.

So we drive net new membership growth to our payer partners. Because our model is custom-built to care for this population, we can do a great job on closing HEDIS gaps and driving STAR scores, which drives our health line revenue.

Then because we are at risk for the medical, we really lock in their medical costs lock in the plan's profitability.

So because of that, we can't really drive profitable member growth for our client partners.

FINAL

Bloomberg Transcript

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2021-01-11

FINAL

Bloomberg Transcript

When our patients, when our providers and when our payers all win, Oak Street Health wins as well. I talked about growth. Again our revenue growth average has been 73% from 2017 to 2019. And for our centers with over 2000 patients, we drive 25% plus center level margins.

So again the model works really well.

I think we feel a huge opportunity to continue to bring it to more older adults and more communities.

Moving on to Slide 8.

One of the keys to our model is how we work with health plans and our value-based contracting approach.

So going back from the beginning, Medicare Advantage plans are going to receive a risk-adjusted premium from CMS to cover a member's medical costs.

What we'll do is we'll contract with the health plan to receive the vast majority of that premium as our revenue.

In exchange for that premium and that revenue, we will take responsibility for all of our patient's medical cost, hospitalizations, ED business, specialists, et cetera.

But by investing a lot upfront to keep our patients healthier, we're obviously able to greatly reduce the amount of cost. If you think about Medicare, traditionally, in Medicare, 3% of dollars are spent on primary care, 3%. 2/3 of all Medicare dollars are spent on hospitalizations and acute episodes.

So what we can do is invest upfront and increase the 3% to couple of multiples, but we're reducing hospitalizations by over 50%.

That's going to greatly reduce the amount spent on acute episodes, and that savings can both cover our investment in primary care as well as provide our margin.

That's how the economics at Oak Street work.

Moving on to Slide 9. What allows us to be so scalable and kind of break through that rumor that health care is local and not a scalable business. We've been able to overcome that because of our systematic approach in new center development.

It's much more of a retail like model of growth.

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2021-01-11

So the first step is really identifying where we want to put centers. And again we're never going to be located in a medical office building. We're always going to be in high-traffic retail location, maybe in a strip mall or on a retail street and at this point in time, we have algorithms that really help us pick kind of where we want to be and create a portfolio of centers to really cover the market well. All of our centers look the same. They're about 10,000 square feet. They all have 1,000 square foot community room and really creates a kind of consistent branded feel to our locations.

Once we figure out where we want to put locations and build them out, we'll hire a team of staff members. And again it's the same ratios, same profile, same staffing at all of our centers.

We can really create a really dynamic team because of that value proposition we have because of the incredible mission we have at Oak Street Health.

The training, the onboarding, kind of the development of the team members is the same everywhere.

So again we can generate the same results.

Then finally, it's our approach. The great thing of de novo approach, again is a consistency of the model, the consistency of the delivery of care, which derive very consistent results in the care model, but we do need to fill the centers up with patients.

That's where our B2C community marketing approach comes in.

So what we do is we really spend our time pre COVID in the communities, and now a lot of it is online and telephonic, but really educating older adults on the importance of primary care.

What we find -- and many of the neighbors we're in because they're so underserved by primary care, people aren't going to doctors when they're healthy. They're not getting wellness checks. They're not getting that longitudinal care. They're generally waiting till they're sick going to ER or maybe seeking care then.

So the first step is really change the way people access the system, get them to get in front of their challenges.

Once they're convinced to do that, Oak Street Health is a really natural place to get their care because it really is concierge global care at no cost. Things like transportation, longer visits, the community room, the telehealth options, et cetera, et cetera, really provide a much better consumer proposition to patients.

So we fill our center up really one by one, signing up new patients who want to be part of Oak Street Health and seeing them and onboarding them in a really consistent and

FINAL

Bloomberg Transcript

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2021-01-11

FINAL

Bloomberg Transcript

structured patient onboarding approach and get them into our care models and provide great care for them.

This de novo approach really allows us to create a consumer-focused patient experience that is highly differentiated from what can be offered at a traditional primary care doctor's office. Again if you think about the staff, the team, the technology, the look and feel, the resources we have at Oak Street, it's just a 9 day difference from a traditional doctor's office.

So 1 thing we feel really great about in our models, our ability to enter a new community and really be very differentiated for the patient feels from a different doctor's office. Whether that doctor's office is pay fee-for-service or in a value-based contract, it's kind of how we're structured, how we're set up and what the patient experience is night and day difference.

I think it's one of our key competitive advantages.

Moving on to Slide 10. You can see we're in the midst of a national expansion strategy.

We are in 16 markets today and we are excited to continue the -- and really accelerate the pace of growth going forward.

One of the things that helps us do that is we really do have relationships with all the national and then we go-to-market the local payers.

I think that really speaks to the value proposition we can provide them.

Moving on to Slide 11, you can see a little bit of quantification of the growth.

So you can both see the near 50% growth rate on centers over the last four years and the 67% growth in revenue over that same period of time. And again I think that just demonstrates the scalability, but what you can also see is center growth really comes first and then you fill that with patients, so revenue growth comes later.

So you can see we've really accelerated our center growth from 2019 to 2020, and we'll continue that.

So I think that you'll see -- you see a similar trajectory on the revenue growth as well.

So moving on to Slide 12. And looking at the focus areas for 2021 and beyond. There's really 2 focus areas. The first and the biggest you can see is continue to invest in our model to improve our center level ramp.

This is something we -- this has been a priority since the very early days of Oak Street Health, and I'm really excited that we have been able to do this almost every single year

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2021-01-11

FINAL

Bloomberg Transcript

since we started by investing across all the dimensions of our model and improving it.

So it starts with investments in our care model technology. First off, for us, that means really continuing to integrate this omnichannel platform I talked about before.

So I think one of the things that makes Oak Street Health very unique is we can offer everything from telehealth is on one end, kind of in-center primary care and then in-home primary care for the patients who need it.

We can do that both in longitudinal business and for on-demand care.

So I think that depth and breadth of offering can really meet patients where they are as consumers and also really meet patients where they are from a clinical needs perspective and provide much better care and experience than any one of those channels can provide by themselves.

We're going to keep investing in additional programs for our patients.

One of the benefits of getting bigger and more scale is that more kind of niche patient characteristics get big enough for us to really develop a program and invest against them.

So a great example of that is kidney disease patients are patients on ESRD or with the ESRD when patients have end-stage renal disease, obviously very high cost patients, but we think patients where we can really invest and really help keep them healthy, help avoid acute episodes. And again kind of run our model but run a nuanced version on these patient populations.

So we're in the process of rolling out a new program there.

That's one example of the investments we'll make that will continue to drive better patient results, lower hospitalizations and then higher margin.

And as we get bigger, one of the advantages we have too is we get more and more data on our patients, and that allows us to identify who's at risk, why they're at risk and when to intervene more and more. And not only can we identify kind of who's at risk and when to intervene, we can also identify what information we need to gather to better understand our patients' risk and then feed that information back in, it becomes a really self-reinforcing cycle. And because we are the patient's doctors, because we have our Canopy applications that all of our team members work off of, we can really get that information to proverbial bedside out to the field, outer from the patients in a very effective manner.

The information we're gathering all the time through these interactions, that's going to be fed back into the Central Canopy warehouse.

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2021-01-11

Moving on to the second really big lever around the center level ramp is all about outreach. It's all about patient acquisition.

So we're going to continue the expansion of the channels that we've used over the last six months.

We really went from very little digital and central growth to that being really the main driver of growth today things like digital marketing, direct response TV and then kind of referral-based telephonic sales from both our central and community-based salespeople. If I would talk to you a year ago, I would have told you that the vast majority of our patients were coming from community events and kind of in-person interactions in the community, which has basically gone to 0 today. What I'm really excited about is sometime in the back half of 2021 and beyond as those types of events, as we start using our community centers again for events, as we start getting back on the community and doing events out of our centers, I think we can have a situation where we can really accelerate the pace of patient acquisition because we won't stop the digital and tele channels, I think we actually continue to ramp those and get better at those, while we'll relaunch the community-based model, and I think we can kind of take our patient growth to the next level.

Then finally, the final lever for the unit level economics is going to be leveraging the direct contracting program to increase the percentage of patients at risk.

So today we see both traditional Medicare and Medicare Advantage patients.

We only repeat for risk for the Medicare Advantage patients and have to cross-subsidize the traditional Medicare patients.

We don't differentiate the care model.

So obviously we lose money on all those patients. With the direct contract, you're probably going to flip those patients over to a risk-based model.

I think because we don't actually change the model at all from a care perspective, I think that can have a nice bottom line impact for us.

The second priority is all about leveraging our platform to accelerate the pace of expansion. The biggest priority there is increasing the number of de novos we open annually.

We opened up 12 centers in 2019, and I'm very proud to say our team opened up 28 centers in 2020. 24 of them were after August.

So we opened up more centers than we ever had before in a partial year during a pandemic.

FINAL

Bloomberg Transcript

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2021-01-11

FINAL

Bloomberg Transcript

So I think I and our team have a huge amount of conviction that we can continue to accelerate that pace of ramp into 2021 and accelerate into '22 and keep increasing the number of centers we open up every year because it's just such a massive opportunity. And along with the center of growth, we'll continue to invest in the central infrastructure, the technology and the talent pipeline to allow us to hit that level of growth.

I think the single biggest opportunity to Oak Street Health is kind of taking what is phenomenal unit of economics, really differentiated care and bringing that to more and more communities, more and more people by increasing the pace of center growth.

On top of that, we will selectively explore partnerships and M&A.

But because we like our unit level economics so much and because it's a huge market to do our de novos, we will be very selective on what we do from a partnership and M&A perspective.

So on the partnership side, we talked (inaudible) our Walmart partnership. Those panels are very early, but we're very excited about them.

Then I think we will continue to look for opportunities to, again selectively do M&A with smaller practices.

But really, it's going to be focused on making sure we can get patients into our model.

We don't want to buy a bunch of practices and roll them up because we don't change the way they're cared for.

We don't keep the fidelity of our approach. Then we really won't be able to generate the same outcome.

So we will always have a senior-focused model.

We always have Oak Street care teams, Oak Street technology, kind of all those are must-haves and nonnegotiable when we think about M&A.

That will probably lessen the size of the M&A market for us, but that's okay if you believe so much in what we can do from a de novo perspective.

Just to conclude before I open up for questions, I really do think Oak Street is in a unique position to redefine primary care for Medicare patients.

We want to create the standard for what primary care looks like.

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2021-01-11

We want to, in the future, look back at this period of time and before and say wow, it's crazy that people would go to a doctor's office seeing all different nature of patients. I wasn't focused on older adults. What were they thinking, right?

And I think we have an opportunity to really create that new standard, and we're in the early innings of that. And -- but I know myself and our team really believes in our ability to do that.

They can't be more excited to continue on this journey.

So thank you all for the time.

## Questions And Answers

### A - Gary Taylor  {BIO 3571633 <GO>}

Thanks, Mike. Thanks for the presentation. I want to run through a couple of questions on my own, and then we've got some investor questions in the queue already, and Tim has joined us as well.

I want to ask about competition a little bit, but maybe not in the traditional sense. If we say that imitation is the best form of flattery, I've never seen so many investor decks from a spec or private companies, et cetera. Everybody is comparing themselves to Oak Street.

So you haven't just captivated the investor market. You've kind of -- you've captivated the industry as well.

But Mike, when you walk through how you flow up through creating Oak Street and what was going to be important to change how medicine is practiced, you hit on a few things. A business that's primarily built through de novo versus acquisition, a business that so far has been exclusively focused on Medicare versus the commercial market, a model that's exclusively focused so far on employed physicians versus an MSO IPA model, a business, whether coincidentally or intentionally Midwest origins versus South Florida, for example.

Which of those characteristics do you really think are most important?

And can you just sort of touch on why you made some of those decisions that you did because investors over the next couple of years are going to be looking at all sorts of competing models that have reached different decision points on some of those characteristics.

### A - Michael Pykosz

Yes. Look, first off, I hope there's multiple models that are able to achieve the success of Oak Street and what we needed in society, and it's such a massive market that when we think about what is going to be inhibitor to our growth, it's certainly not competitors, isn't

FINAL

Bloomberg Transcript

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2021-01-11

on the list. It's our ability to execute, it's our ability to continue to articulate our value proposition to older adults, et cetera, because it's just such a huge, huge market size.

I do feel like to -- the challenge with our model, right is, it's a little slower, right?

We've got to open up centers, we've got to hire teams, we've got to train them up. We've got to onboard new patients one by one. I showed you earlier, it's not like our growth rate is slow, right?

We have a 67% revenue CAGR, but it is much more methodical, right, and it's more capital intensive.

So some of these other models can go out and buy groups faster and kind of ramp faster.

But I think the challenge that they're going to face and why I think we're really excited about our model is, how are you really changing the way care is delivered?

Because at the end of the day that's what's really going to drive better outcomes through patients. That's going to drive sustainable economics in the model. It's really changing the underlying care that is delivered, both from an experience perspective and a care model perspective.

And so that's why focusing on one population, so you can optimize the model for that population is critical. It's hard enough to do what we do just for our population, let alone having multiple populations. That's why tested de novos are so important. The health care is local kind of phrase, I think stems from the fact that most regions are very different from how providers are organized. Even within a region, a lot of provider groups have very different kind of characteristics and politics and focuses, and so by using our de novo approach and controlling all of that, we don't to kind of have a bespoke approach to every group, but we can do the same thing very consistently everywhere.

And so I think that focus and that consistency of how we apply our models, what drives consistency of experience, drives consistency outcomes, allows us to create more of a brand over time, and I think really drives that consistent scalability.

So that's why we made those decisions.

I certainly think as they played out, it's really worked out well for us, right?

And I think it creates a very differentiated economic profile and very differentiated experience.

So that's kind of on the first question, like why we picked this de novo model.

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2021-01-11

From a geographic perspective, look, I wish I had a really great reason why we started in Chicago, and I can tell you is because it's a big market, it was very fee-for-service driven and kind of your classic big multi-specialty group and hospital-driven market.

So it kind of looks like most of the country. That's all true.

We started in Chicago because we were living in Chicago and from Chicago and knew Chicago well.

So that -- the Midwestern roots that Oak Street had, I think really kind of mirror the Midwestern roots of our founding team.

That said, I think there's some markets where it's a little harder to create a scalable platform. And actually, ironically, Southern California and South Florida are actually places where there's a few amount of innovation.

But I think a lot of times groups struggle to expand from those markets because those markets actually have a very different orientation of providers and kind of in Florida, the entrepreneurial nature of the doctors and in Southern California, I think the kind of the PCP line structure, a lot of groups. It doesn't exist a lot of places.

And so when they take the model that work there and try to apply at other places, I think they struggle more where they one of the benefits of starting Chicago, it is much more kind of traditional kind of in the past fee-for-service driven doctor environment.

So by kind of creating a model that can work there, it works in Indianapolis or it works in Philadelphia or it works in Detroit or it works in Dallas or works in Charlotte or works in New York all these different places we are today.

So we've certainly seen that kind of consistency of.

So I think we could have started in any of those other markets. I just mentioned that we're in today and done us as well.

But I think coming from markets that are not as historically innovative, it really forced us to create a structure and a platform to drive the results versus just relying on kind of the physician know-how.

## A - Gary Taylor  {BIO 3571633 <GO>}

Another question I have for you. I think it's going to be proved to be a bit of a softball, and it's going to sort of play into your model design. I anticipate the response.

But Humana on Friday United a month or so ago, raised some concern in the Medicare Advantage market around risk scores, basically saying, we've missed interactions with patients in 2020 either because they haven't been coming into the physician office

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2021-01-11

because of the pandemic or they haven't allowed home risk assessments to play out because of the pandemic, and Humana specifically saying that they're going to have some material revenue impact next year because of the inability to document those diagnosis codes and risk scores.

So you're taking capitation from Humana, among other payers, you're taking a percentage. I think you're going to tell us the impact you might have is going to be lessened because the engagement you have is higher, but can you tell us or talk about how much of revenue risk or risk score risk you proceed to your model, your business heading into '21.

## A - Michael Pykosz

So Gary, the impact has lessened because of the model and the engagement we have.

So you answered the question very well.

So look, I think it goes back to -- and again I'm obviously very biased and a big believer in our model.

But I think it's one of the many reasons that our model is superior to a standard doctor's office, and I think COVID really hold kind of put those in front and center.

So when the pandemic first hit in the springtime, a lot of doctors actually shut their doors and stopped seeing patients.

We never did that, right?

We actually spun up the telehealth model very quickly.

We actually saw more patient business in April than we did in February.

We knew it was critical to provide our patients with ongoing primary care to manage their conditions.

Otherwise, they were going to go to a hospital, for acute episodes, and that was very risky with COVID being out there in lack of hospital resources, et cetera.

So we are to drive that model forward.

We were able to do that because our revenue was going to happen no matter what, right, whether we saw the patients or not, whether we saw them by telehealth or checked them by telephone or saw them in the home or in the center, whatever channel we use, we're not worried about fee-for-service revenue.

FINAL

Bloomberg Transcript

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2021-01-11

FINAL

Bloomberg Transcript

I think that really allowed us to pivot really quickly and kind of use our base in a differentiated way.

Then by having this consistency of operations across all of our centers, we did kind of start increasing the number of center visits over the course of the summer and all, we were able to implement infection control protocols and do that very consistently ever work because the centers all look the same. The staffing is the same.

So you can really create standardized protocols. And really, we're able to operate incredibly safely and effectively throughout that period of time and make sure our patients felt safe as well.

And so to your point, we were able to have consistent engagement with our patients throughout the year. Similar levels of engagement that we had in 2019, which drives similar performance, whether that be on the HEDIS side, on the STAR scores whether that be on understanding our patient risk conditions, whether that be on chronic disease management.

So we are really proud.

I cannot be more proud of our team. Because they did all that and drove that consistent level of care in incredibly tough circumstances.

So if you kind of look at the performance, you don't really see a huge difference between '19 and '20 on all those dimensions. However like the effort and the difficulty to do that was massive.

So again that is one of the many reasons why I have a huge amount of confidence in 2021 and beyond because we accomplished a lot in 2020 under pretty tough circumstances.

### A - Gary Taylor {BIO 3571633 <GO>}

I want to get to some investor questions.

One is -- and as you think there's -- I get this question from investors a lot. How does Oak Street acquire new patients?

So I think we need -- you need to talk a little bit more about sort of that retail concept and how you're locating these and what you're doing with your community engagement, et cetera to help folks understand how you're growing your patient base?

### A - Michael Pykosz

Yes. I mean at the simplest level, again we want to be convenient for our patients.

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2021-01-11

FINAL

Bloomberg Transcript

We want to be in the neighborhoods where they live and really lower the barrier to get in care.

So we're going to locate our centers -- again think about a strip mall anchored by a grocery store or more of a high-traffic retail street depending on the city and the neighborhood.

You were to build it out. It's not looks like a doctor so it's going to a community room in the front. It's going to try to be very inviting.

So those are the kind of the early steps.

Then from there, we really educate people individually. It is a B2C sale.

We are selling individuals on becoming a patient on Oak Street Health. We're not getting push patients from someone else, et cetera. Is not a B2B contract with a plan.

We're educating people on why they need to get primary care.

The sad part is in moderate to lower from neighborhoods, there's oftentimes not a lot of primary care access. A lot of people didn't have insurance growing up or we're underinsured. They had insurance has no -- the doctors are overbooked and they're not available.

So people just went to the emergency when they're sick.

And so we're really educating people, look, you have to come in for longitudinal primary, come in when you're healthy and keep coming in.

If you can get people over that hump, Oak Street Health is a very natural place to do it because we offer free transportation, because of the community, because of the longer visits, because of the 24/7 phone accessing, all these different things that, again are the same -- we are a concierge medicine practice. Maybe talk about the same things.

We just do it all for free.

So because of that really strong consumer value proposition, we are able to sign patients up every day as patient go to help, have them do intro visits, onboard them with our care teams.

Then the majority of those patients will choose the Medicare Advantage plan over time.

That's how we can pay the risk-based economics on them.

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2021-01-11

FINAL

Bloomberg Transcript

## A - Gary Taylor  {BIO 3571633 <GO>}

Can you talk a little bit about, client question about how you interface with specialists, how that impacts costs?

Would you consider adding a multi-specialty group?

And I think sort of inherent in that question is, your business model has realigned financial incentives for primary care.

But if you have to refer those patients out to specialists that are still maximizing their income in a fee-for-service model, like how are you able to impact that?

So how does specialist impact your cost?

And is there a point in time where Oak Street becomes multi-specialty?

## A - Michael Pykosz

So obviously we are on the hook for any specialist costs.

But keep in mind, often times sending some to a specialist is, one, the right thing for care, which is the most important. Number two, is much cheaper than waiting and having them go to the hospital, right?

So for us, what we need to do is get people to care they need immediately because waiting will always be worse for patients and the higher cost.

So there's a huge alignment there.

And generally, primary care is at the center of patients care. Because we have such a strong consumer experience, patients will often come to us first because it's just easier, whether they have to or not. And from there, we will create a preferred network of specialists.

On that network, usually within the broader Medicare Advantage network, but it's think about synthetically narrow network, and patients don't have to go those doctors, but they will because we will recommend they go to.

We definitely look for doctors who practice evidence-based medicine, who are good communicators who don't just overly diagnosed or overly treat.

That can make sure patients get good experience and good quality care.

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2021-01-11

So again I think it's one of the advantage to our model. It's not just -- we're not -- we don't look to lower specialist spend.

We use to use specialist as a very powerful lever to keep patients healthier, which will lower overall cost.

### A - Gary Taylor  {BIO 3571633 <GO>}

Thanks. You alluded to this. Client has a question about how telemedicine can help Oak Street become more efficient. I think that was a smaller part of your clinical business design, you ramped it up on your own this year in response to the pandemic.

So maybe sort of inherent in that question is, what have you learned that going forward proves to be sustainable versus the value of actually having that patient right there hands on them in person?

### A - Michael Pykosz

Yes. Look, I think telehealth is going to be part of our model to stay for sure.

I think to the extent you can leverage telehealth versus bringing patients into the center, there's some inherent efficiencies in there. That is a nice to have. What we're more focused on is the experience in the engagement patients.

We certainly found that for the vast majority of our patients, they do prefer to come in person.

Our clinicians prefer to see patients in person kind of on the average. However there's certainly examples of patients and clinicians that say I want to check in with the patient, but I don't need them to come into this business or a patient who's like, I've been in 3 weeks ago or I've been in two months ago, and I prefer to do it virtually.

So by having that option, and I think using it kind of 10% to 20% of your visits, you can both improve engagement with patients because you're meeting them where they are and you can use your resources more efficiently.

So I think by having that expert channel, I think you can really both improve and the quality, improve the experience. Do it with slightly less resources.

But again I think that for our patient population, you're never going to have a predominantly telehealth model. Frankly, when we did telehealth, only 50% of our patients could execute a video visit, whether it was Internet problems or not having a smartphone or it's been a difficulty navigating that.

So again I think for our population, it's a great kind of complement to the overall model, just like in-home care, delivery market in home is a great complement the overall model, but you want kind of all these different levers.

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2021-01-11

FINAL

Bloomberg Transcript

It's not just one to make it work.

So yes, it's a nice to have, will certainly allow us to add a little capacity to our centers for our cost a bit.

But I think the bigger thing process they experience and engage with patients.

## A - Gary Taylor {BIO 3571633 <GO>}

Client question just about how your physicians are incentivized?

How are they financially incentivized?

So you've taken away the volume-based financial incentives and you've replaced those with what?

## A - Michael Pykosz

Top quality of care, right?

So are you keeping our patients out of the hospital, so we're looking at admission per 1,000?

Are you filling care gaps?

So you're looking at kind of HEDIS quality metrics.

We have a screenings and vaccinations program, not COVID vaccination in this case, but kind of pre-COVID vaccination.

So really, how do we define what care should look like for our patient populations and there's different metrics for diabetes patients versus CSF patients.

The input and output metrics. Are you doing all the right things for your patients?

And are you having great outcomes for your patients and paying based on that as well as patient experience?

## A - Gary Taylor {BIO 3571633 <GO>}

Great. Well I think we're in the last 30 seconds here.

So I think I'll wrap it there instead of getting into another question.

Really appreciate your time, Mike and Tim. Thanks everybody, for joining us.

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2021-01-11

Have a good afternoon.

## A - Michael Pykosz

Thanks, Gary. Thanks, everyone. Appreciate it.

## A - Timothy Cook {BIO 17987751 <GO>}

Thanks, Gary.

FINAL

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2022, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

Bloomberg Transcript