# Exhibit N

**Table of Contents**

As filed with the Securities and Exchange Commission on May 24, 2021

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## FORM S-1
## REGISTRATION STATEMENT
*UNDER*
*THE SECURITIES ACT OF 1933*

# Oak Street Health, Inc.
**(Exact name of registrant as specified in its charter)**

| Delaware | 8000 | 84-3446686 |
|---|---|---|
| **(State or other jurisdiction of incorporation or organization)** | **(Primary Standard Industrial Classification Code Number)** | **(I.R.S. Employer Identification No.)** |

**30 W. Monroe Street**
**Suite 1200**
**Chicago, Illinois 60603**
**Telephone: (312) 733-9730**
**(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)**

**Mike Pykosz**
**Chief Executive Officer**
**30 W. Monroe Street**
**Suite 1200**
**Chicago, Illinois 60603**
**Telephone: (312) 733-9730**
**(Name, address, including zip code, and telephone number, including area code, of agent for service)**

**Copies of all communications, including communications sent to agent for service, should be sent to:**

| | |
|---|---|
| **Robert M. Hayward, P.C.** | **Michael Kaplan** |
| **Robert E. Goedert, P.C.** | **Pedro J. Bermeo** |
| **Michael P. Keeley** | **Davis Polk & Wardwell LLP** |
| **Kirkland & Ellis LLP** | **450 Lexington Avenue** |
| **300 North LaSalle** | **New York, New York 10017** |
| **Chicago, IL 60654** | **(212) 450-4000** |
| **United States** | |
| **+1 312 862 2000** | |

Approximate date of commencement of proposed sale to the public: As soon as practicable after this Registration Statement becomes effective.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box: ☐

If this Form is filed to registered additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

### CALCULATION OF REGISTRATION FEE

| Title of Each Class of Securities to be Registered | Amount to be Registered(1) | Proposed Maximum Offering Price Per Share(2) | Proposed Maximum Offering Price(1)(2) | Amount of Registration Fee |
|---|---|---|---|---|
| Common Stock, par value $0.001 per share | 11,500,000 | $63.62 | $731,630,000 | $79,821 |

(1) Includes the aggregate offering price of 1,500,000 shares of common stock subject to the underwriters' option to purchase additional shares from certain of the selling shareholders.

(2) Estimated solely for the purpose of calculating the registration fee pursuant to Rule 457(c) under the Securities Act of 1933, based on the average high and low prices of the registrant's common stock on May 21, 2021 as reported on the New York Stock Exchange.

**The registrant hereby amends this Registration Statement on such date or dates as may be necessary to delay its effective date until the registrant shall file a further amendment which specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933 or until this Registration Statement shall become effective on such date as the Securities and Exchange Commission, acting pursuant to said Section 8(a), may determine.**

Table of Contents

**PROSPECTUS SUMMARY**

*This summary highlights selected information contained elsewhere in this prospectus and in the documents incorporated by reference into this prospectus. This summary does not contain all of the information that you should consider before investing in our common stock. For a more complete understanding of us and this offering, you should read and carefully consider the entire prospectus and the more detailed information set forth under "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" and our consolidated financial statements and the related notes contained in our Annual Report on Form 10-K for the year ended December 31, 2020 and Quarterly Report on Form 10-Q for the three months ended March 31, 2021, which are incorporated by reference into this prospectus. Some of the statements in this prospectus are forward-looking statements. See "Forward-Looking Statements."*

**Overview**

Since our founding in 2012, our mission has been to build a primary care delivery platform that directly addresses rising costs and poor outcomes, two of the most pressing challenges facing the United States healthcare industry. Our patient-centered approach focuses on meaningfully improving the quality of care for the most at-risk populations. It represents the frontline implementation of the solutions addressing the most powerful trends in healthcare, mainly the shift towards value-based care and increasing patient consumerism. Our approach disrupts the current state of care delivery for Medicare-eligible patients and aligns the incentives of our patients, our providers and our payors by simultaneously improving health outcomes and care quality, lowering medical costs and improving the patient experience.

To pursue our mission, we created a *technology-enabled*, *integrated* platform, which we refer to as the Oak Street Platform, to deliver *value-based* care *focused* exclusively on Medicare patients. The key attributes that differentiate the Oak Street Platform include:

- ***Our patient focus.*** We are focused on the Medicare-eligible population, which generally has consistent, clinically cohesive needs and which we believe represents the greatest potential for cost savings, while still benefiting patient health outcomes, in our current healthcare system.
- ***Our technology-enabled model.*** We leverage technology that compiles and analyzes comprehensive patient data and provides actionable health insights through applications that are embedded in care delivery workflows, including at the point of patient-provider interaction.
- ***Our integrated approach to care delivery.*** We integrate a personalized approach to primary care, proactive management of our patients' health needs and expanded preventive services to keep our patient population healthy, reducing the number of hospitalizations and other expensive and unnecessary utilization of the healthcare system. As such, we focus on delivering what we believe to be the right care in the right setting, encouraging our patients to visit us in our centers, while also offering robust virtual and digital engagement options.
- ***Our value-based relationships.*** Our value-based capitation contracts reward us for providing high-quality care rather than driving a high volume of services.

According to the Centers for Medicare & Medicaid Services ("CMS"), healthcare spending in the United States reached nearly $3.8 trillion, and Medicare accounted for $800 billion of spending in 2019. We believe the core addressable market for the Oak Street Platform is approximately 27 million Medicare eligibles in our target demographic, which we believe represents an approximate $325 billion annual industry revenue opportunity. We determine the core addressable market by multiplying an estimate of average annual revenue of $12,000 per member, which is derived from our experience and industry knowledge and which we believe represents a reasonable national assumption, by the number of Medicare eligibles in our target markets. Average spending on

1

Table of Contents

Medicare is projected by CMS to grow approximately 7% annually, driven primarily by the aging United States population as well as the high prevalence of chronic conditions and the associated cost of care for these conditions among the Medicare eligible population.

We reimagined the approach to caring for a patient population with a high prevalence of chronic conditions and purpose-built the Oak Street Platform to improve health outcomes and combat wasteful spending. The Oak Street Platform consists of (i) *Our Centers*, (ii) *Our Interdisciplinary Care Teams*, (iii) *Canopy: Our Purpose-Built, End-to-End Technology* and (iv) *Our Care Delivery Approach*.

Although we have incurred net losses since inception, we believe that the Oak Street Platform has enabled us to create a healthcare model where all constituencies involved have the ability to "Win." Our patients, payors and providers are incentivized to adopt the Oak Street Platform and each has the potential to benefit in a meaningful way.

- *Patients*. We leverage our differentiated care delivery model to improve the health of our patients, effectively manage their chronic conditions and avoid unnecessary hospitalizations while greatly improving their patient experience.
- *Payors*. We enter into arrangements with Medicare Advantage ("MA") plans to manage the care of our patients, allowing us to control the plans' medical costs, increase the plans' Medicare quality scoring, improve the plans' profit margin and help the plans grow membership.
- *Providers*. We enable our providers to focus on improving the lives of their patients and improve their job satisfaction by providing them with meaningful clinical support and customized technology resources.

For a description of our business, financial condition, results of operations and other important information regarding us, see our filings with the SEC incorporated by reference in this prospectus. For instructions on how to find copies of the filings incorporated by reference in this prospectus, see "Where You Can Find More Information."

**General Corporate Information**

Oak Street Health, Inc. was incorporated as a Delaware corporation on October 22, 2019 in anticipation of our IPO. Our principal executive offices are located at 30 W. Monroe Street, Suite 1200, Chicago, Illinois 60603. Our telephone number is (312) 733-9730. Our website address is www.oakstreethealth.com. The information contained on, or that can be accessed through, our website is not incorporated by reference into this prospectus, and you should not consider any information contained on, or that can be accessed through, our website as part of this prospectus or in deciding whether to purchase our common stock. We are a holding company and all of our business operations are conducted through our subsidiaries and affiliated medical groups.

This prospectus includes our trademarks and service marks, such as "Oak Street Health," which are protected under applicable intellectual property laws and are the property of us or our subsidiaries. This prospectus also contains trademarks, service marks, trade names and copyrights of other companies, such as "Humana," "WellCare," and "Cigna HealthSpring," which are the property of their respective owners. Solely for convenience, trademarks and trade names referred to in this prospectus may appear without the ® or ™ symbols, but such references are not intended to indicate, in any way, that we will not assert, to the fullest extent under applicable law, our rights or the rights of the applicable licensor to these trademarks and trade names.

Table of Contents

## DILUTION

All shares of our common stock being sold in the offering were issued and outstanding prior to the offering. As a result, the offering will not have a dilutive effect on our shareholders. Dilution results from the fact that the per share offering price of our common stock is substantially in excess of the tangible book value attributable to the existing equity holders. Our net tangible book value represents the amount of total tangible assets less total liabilities, and our net tangible book value per share represents net tangible book value divided by the number of shares of common stock outstanding. As of March 31, 2021, the net tangible book value per share of our common stock was $1.10.

The following table summarizes, at May 21, 2021, the number of shares of common stock purchased from us, the total consideration paid to us and the average price per share paid by our existing shareholders and by investors participating in this offering, based upon a price of $63.33 per share, the last reported sale price of our common stock on May 21, 2021 on the NYSE and before deducting estimated offering expenses payable by us.

| | Shares Purchased | | Total Consideration | | Average Price Per Share |
| --- | --- | --- | --- | --- | --- |
| | Number | Percent | Amount | Percent | |
| Existing shareholders not selling in this offering | 230,789,488 | 95.8% | $283,000,000 | 30.9% | $ 1.23 |
| Purchasers in the Offering | 10,000,000 | 4.2 | 633,300,000 | 69.1 | 63.33 |
| Total | 240,789,488 | 100.0% | $916,300,000 | 100.0% | $ 3.81 |

Sales by the selling shareholders in this offering will reduce the number of shares held by existing shareholders to 230,789,488 shares or approximately 95.8% of the shares outstanding (or 95.2% of the shares outstanding if the underwriters' option to purchase additional shares of common stock is exercised in full) and will increase the number of shares to be purchased by new investors to 10,000,000 shares or approximately 4.2%, of the shares outstanding (or 4.8% of the shares outstanding, if the underwriters' option to purchase additional shares of common stock is exercised in full).

A $1.00 increase (decrease) in the assumed offering price of $63.33 per share, which is the last reported sale price of our common stock on May 21, 2021 on the NYSE, would increase (decrease) the total consideration paid by new investors in this offering by $10,000,000 and by existing investors by $(10,000,000) and would increase (decrease) the average price per share paid by existing investors by $(0.04), in each case assuming the number of shares offered, as set forth on the cover page of this prospectus, remains the same and after deducting the underwriting discounts and commissions payable by the selling shareholders and the estimated offering expenses payable by us.

23

Table of Contents

## PRINCIPAL AND SELLING SHAREHOLDERS

The following table sets forth information about the beneficial ownership of our common stock as of May 21, 2021 and as adjusted to reflect the sale of the common stock in this offering, for

- each person or group known to us who beneficially owns more than 5% of our common stock immediately prior to this offering;
- each selling shareholder;
- each of our directors;
- each of our named executive officers; and
- all of our directors and executive officers as a group.

Each shareholder's percentage ownership before the offering is based on common stock outstanding as of May 21, 2021. Each shareholder's percentage ownership after the offering is based on common stock outstanding immediately after the completion of this offering. We have granted the underwriters an option to purchase up to additional shares of common stock.

Beneficial ownership for the purposes of the following table is determined in accordance with the rules and regulations of the SEC. These rules generally provide that a person is the beneficial owner of securities if such person has or shares the power to vote or direct the voting thereof, or to dispose or direct the disposition thereof or has the right to acquire such powers within 60 days. Common stock subject to options that are currently exercisable or exercisable within 60 days of May 21, 2021 are deemed to be outstanding and beneficially owned by the person holding the options. These shares, however, are not deemed outstanding for the purposes of computing the percentage ownership of any other person. Except as disclosed in the footnotes to this table and subject to applicable community property laws, we believe that each shareholder identified in the table possesses sole voting and investment power over all common stock shown as beneficially owned by the shareholder.

Unless otherwise noted below, the address of each beneficial owner listed on the table is c/o Oak Street Health, Inc., 30 W. Monroe Street, Suite 1200, Chicago, Illinois 60603. Beneficial ownership representing less than 1% is denoted with an asterisk (*).

| | Shares Beneficially Owned Prior to this Offering | | Shares Beneficially Owned After this Offering | | | | | |
| | | | No exercise | | No exercise of underwriters' option | | Full exercise of underwriters' option | |
| | | | | | | Full Exercise | | |
| Name of Beneficial Owner | Number of shares | Percentage | Number of shares | Percentage | | Number of Shares | | Percentage |
| **5% Shareholders which are Selling Shareholders:** | | | | | | | | |
| General Atlantic(1) | 68,645,164 | 28.5% | 62,620,824 | 26.0% | | 61,717,173 | | 25.6% |
| Newlight(2) | 45,301,209 | 18.8% | 41,325,549 | 17.2% | | 40,729,200 | | 16.9% |
| **Other 5% Shareholders** | | | | | | | | |
| Humana(3) | 12,645,235 | 5.3% | 12,645,235 | 5.3% | | 12,645,235 | | 5.3% |
| **Directors and Named Executive Officers:** | | | | | | | | |
| Mike Pykosz(4)(10) | 10,566,227 | 4.4% | 10,566,227 | 4.4% | | 10,566,227 | | 4.4% |
| Geoff Price(5)(11) | 7,851,103 | 3.3% | 7,851,103 | 3.3% | | 7,851,103 | | 3.3% |
| Dr. Griffin Myers(6)(12) | 6,451,345 | 2.7% | 6,451,345 | 2.7% | | 6,451,345 | | 2.7% |
| Carl Daley | — | — | — | — | | — | | — |
| Dr. Mohit Kaushal(7) | 195,264 | * | 195,264 | * | | 195,264 | | * |

24

Table of Contents

| Name of Beneficial Owner | Shares Beneficially Owned Prior to this Offering | | Shares Beneficially Owned After this Offering | | | |
|---|---|---|---|---|---|---|
| | | | No exercise | | No exercise of underwriters' option | | Full exercise of underwriters' option | |
| | Number of shares | Percentage | Number of shares | Percentage | Number of Shares | Percentage |
| Kim Keck(8) | 75,000 | * | 75,000 | * | 75,000 | * |
| Paul Kusserow(9) | 472,346 | * | 472,346 | * | 472,346 | * |
| Robbert Vorhoff | — | — | — | — | — | — |
| Srdjan Vukovic | — | — | — | — | — | — |
| Cheryl Dorsey | — | — | — | — | — | — |
| Julie Klapstein | 11,904 | * | 11,904 | * | 11,904 | * |
| Dr. Regina Benjamin | 3,912 | * | 3,912 | * | 3,912 | * |
| Directors and Executive Officers (15 Individuals)(13) | 28,460,466 | 11.7% | 28,460,466 | 11.7% | 28,460,466 | 11.7% |

(1) Includes 68,645,164 shares owned by General Atlantic (OSH) Interholdco, L.P. ("OSH Interholdco"), after giving effect to the restructuring described under "Organizational Transactions." The limited partners of OSH Interholdco are General Atlantic Partners 93, L.P., a Delaware limited partnership ("GAP 93"), General Atlantic Partners 100, L.P., a Delaware limited partnership ("GAP 100"), GAP Coinvestments CDA, L.P., a Delaware limited partnership ("GAPCO CDA"), GAP Coinvestments III, LLC, a Delaware limited liability company ("GAPCO III"), GAP Coinvestments IV, LLC, a Delaware limited liability company ("GAPCO IV"), and GAP Coinvestments V, LLC, a Delaware limited liability company ("GAPCO V" and, together with GAP 93, GAP 100, GAPCO CDA, GAPCO III and GAPCO IV, the "GA Funds"). General Atlantic GenPar, L.P. ("GA GenPar") is the general partner of GAP 93 and GAP 100. General Atlantic (SPV) GP, LLC ("GA SPV") is the general partner of OSH Interholdco. General Atlantic LLC ("GA LLC") is the general partner of GA GenPar and GAPCO CDA, the managing member of GAPCO III, GAPCO IV and GAPCO V, and the sole member of GA SPV. There are nine members of the management committee of GA LLC (the "GA Management Committee"). Mr. Vorhoff is a member of the GA Management Committee and is a Managing Director of GA LLC. OSH Interholdco, GAP 93, GAP 100, GAPCO CDA, GAPCO III, GAPCO IV, GAPCO V, GA GenPar, GA SPV and GA LLC (collectively, the "GA Group") are a "group" within the meaning of Rule 13d-5 of the Exchange Act. Each of the members of the GA Management Committee disclaims ownership of the shares except to the extent he has a pecuniary interest therein. The business address of Mr. Vorhoff and the GA Group is c/o General Atlantic Service Company, L.P., 55 East 52nd Street, 33rd Floor, New York, NY 10055.

(2) Includes 45,301,209 shares owned by a newly formed SPV ("Newlight Harbour Point SPV"), after giving effect to the restructuring described under "Organizational Transactions." Newlight Partners LP controls Newlight Harbour Point SPV and serves as the exclusive investment manager to its client in respect of the shares held by Newlight Harbour Point SPV (the "Newlight Shares"). The general partner of Newlight Partners is Newlight GP LLC ("Newlight"), which is controlled by David Wassong and Ravi Yadav. In such capacities, each of the entities and individuals referenced in this paragraph may also be deemed to be the beneficial owners having shared voting power and shared investment power with respect to the Newlight Shares as described above. The business address of Newlight Partners LP is 320 Park Avenue, New York, NY 10022.

(3) The mailing address of Humana, Inc. is 500 W. Main Street, Louisville, KY 40202.

(4) Includes 5,225,572 restricted shares subject to time-based vesting and 1,421,114 options that are currently exercisable or are exercisable within 60 days of May 21, 2021.

(5) Includes 3,276,045 restricted shares subject to time-based vesting and 890,816 options that are currently exercisable or are exercisable within 60 days of May 21, 2021.

(6) Includes 2,073,551 restricted shares subject to time-based vesting and 557,634 options that are currently exercisable or are exercisable within 60 days of May 21, 2021.

25

(7)    Includes 107,158 restricted shares subject to time-based vesting within 60 days of May 21, 2021.

(8)    Includes 70,000 restricted shares subject to time-based vesting within 60 days of May 21, 2021.

(9)    Includes 69,395 restricted shares subject to time-based vesting and 7,293 options that are currently exercisable or are exercisable within 60 days of May 21, 2021.

(10)    Includes 958,325 shares held by the Michael Pykosz Gift Trust and 250,000 shares held by the Lindsey Pykosz Revocable Gift Trust.

(11)    Includes 2,911,963 shares held by the Price-Uhl Living Trust U/A dtd 11/4/20 and 230,887 shares held by the Price 2020 Charitable Lead Annuity Trust.

(12)    All shares held by the Griffin R. Myers Revocable Trust u/a/d 5/26/2020.

(13)    Includes 12,937,913 restricted shares subject to time-based vesting and 3,069,524 options that are currently exercisable or are exercisable within 60 days of May 21, 2021.