# Exhibit O

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, DC 20549

## FORM 10-Q

**(Mark One)**

☒   **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2020**

**OR**

☐   **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to**

**Commission File Number: 001-39427**

# Oak Street Health, Inc.
**(Exact Name of Registrant as Specified in its Charter)**

| | |
|---|---|
| **Delaware** | **84-3446686** |
| **( State or other jurisdiction of** | **(I.R.S. Employer** |
| **incorporation or organization)** | **Identification No.)** |

| | |
|---|---|
| **30 W. Monroe Street** | |
| **Suite 1200** | |
| **Chicago, Illinois 60603** | **60603** |
| **(Address of principal executive offices)** | **(Zip Code)** |

**Registrant's telephone number, including area code: (312) 733-9730**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Common Stock, $0.001 par value** | **OSH** | **NYSE** |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☐ No ☒

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☐ |
| Emerging growth company | ☒ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

As of September 10, 2020, the registrant had 17,968,750 shares of common stock, $0.001 par value per share, outstanding.

Accordingly, the Company determined the fair value of each award on the date of grant using both the income and market approaches, including the backsolve method with the following assumptions used for grants issued for the three and six-months ended June 30, 2020 and 2019:

|  | Six-Months Ended June 30, | |
| --- | --- | --- |
|  | 2020 | 2019 |
| Risk-Free Rate | .16% | 1.58% |
| Volatility | 65.0% | 35.0% |
| Time to Liquidity Event (Years) | 2.00 | 2.19 |

The volatility assumption used in the weighted-average income and market approaches is based on the expected volatility of public companies in similar industries, adjusted to reflect the differences between the Company and public companies in size, resources, time in industry, and breadth of product and service offerings. Expected dividend yield was assumed to be zero given the Company's history of declaring dividends and the Company's lack of intent to pay dividends in the foreseeable future.

The following is a summary of Profits Interests award transactions as well as the Profits Interests outstanding and their corresponding hurdle values as of and for the periods ended June 30, 2020 and December 31, 2019:

|  | Profits Interests | Weighted-Average Grant Date Fair Value |
| --- | --- | --- |
| Outstanding, December 31, 2018 | 1,454,148 | 2.35 |
| Granted | 496,763 | 42.35 |
| Vested | 193,375 | 2.32 |
| Forfeited/Repurchased | (40,115) | 5.74 |
| Outstanding, December 31, 2019 | 1,910,796 | 12.68 |
| Granted | 1,095,067 | 53.51 |
| Vested | 188,381 | 5.09 |
| Forfeited/Repurchased | (56,121) | 10.01 |
| Outstanding, June 30, 2020 | 2,949,742 | 11.32 |
| Vested outstanding, June 30, 2020 | 550,698 | |
| Vested outstanding, December 31, 2019 | 389,531 | |

| | As of June 30, 2020 | | | As of December 31, 2019 | |
| --- | --- | --- | --- | --- | --- |
| | Units Outstanding | Hurdle Value | | Units Outstanding | Hurdle Value |
| | 93,455 | $ 265,158 | | 111,076 | $ 234,834 |
| | 151,370 | 346,107 | | 160,492 | 306,706 |
| | 43,780 | 386,277 | | 45,275 | 342,451 |
| | 253,874 | 685,350 | | 265,374 | 608,955 |
| | 510,450 | 782,361 | | 462,292 | 645,000 |
| | 458,090 | 922,500 | | 521,225 | 697,700 |
| | 343,656 | 1,582,500 | | 345,062 | 1,310,000 |
| | 380,250 | 2,200,000 | | — | — |
| | 714,817 | 2,210,000 | | — | — |
| Total | 2,949,742 | | Total | 1,910,796 | |

The Company recognized $3,502 and $543 in unit-based compensation expense related to the Profits Interests for the three-month periods ended June 30, 2020 and 2019, respectively, and $5,380 and $799 for the six-month periods ended June 30, 2020 and 2019, respectively. These amounts were recognized within corporate, general, and administrative expenses in the consolidated statements of operations. At June 30, 2020, the Company had approximately $56,571 in unrecognized compensation expense related to non-vested Service-Vesting awards that will be recognized over the weighted-average period of 1.68 years. As of June 30, 2020, the Company had approximately $15,778 in unrecognized compensation expense related to Performance-Vesting units.

## NOTE 15. COMMITMENTS – LITIGATION AND CONTINGENCIES

*Contingencies*

The Company is presently, and from time to time, subject to various claims and lawsuits arising in the normal course of business. In the opinion of management, the ultimate resolution of these matters will not have a material adverse effect on the Company's financial position or results of operations.

*Uncertainties*

The healthcare industry is subject to numerous laws and regulations of federal, state and local governments. These laws and regulations include, but are not limited to, matters such as licensure, accreditation, Government healthcare program participation requirements, reimbursement for patient services, and Medicare and Medicaid fraud and abuse. Recently, government activity has increased with respect to investigations and allegations concerning possible violations of fraud and abuse statues and regulations by healthcare providers. Violations of these laws and regulations could result in expulsion from government healthcare programs together with imposition of significant fines and penalties, as well as significant repayments for patient services billed.

Management believes that the Company is in compliance with fraud and abuse as well as other applicable government laws and regulations. While no regulatory inquiries have been made, compliance with such laws and regulations is subject to government review and interpretation, as well as regulatory actions unknown at this time.

**NOTE 16. COMMITMENTS – OPERATING LEASES**

The Company leases corporate office space and operating facilities under operating leases. The Company's headquarters is located in Chicago, Illinois. The Company recognized $4,608 and $2,765 of rent expense for the three-month periods ended June 30, 2020 and 2019 respectively, and $9,221 and $5,444 for the six-month periods ended June 30, 2020 and 2019 respectively, included in corporate, general and administrative expenses in the consolidated statements of operations.

Various lease agreements provide for escalating rent payments over the life of the respective lease and the Company recognizes rent expense on a straight-line basis over the life of the lease. This results in a non-interest-bearing liability (deferred rent) that increases during the early portion of the lease term, as the cash paid is less than the expense recognized, and reverses by the end of the lease term. The Company recorded $13,015 and $12,901 at June 30, 2020 and December 31, 2019, respectively, of deferred rent that was classified as a long-term liability in the consolidated balance sheets.

In addition to base rent, the centers are generally responsible for their proportionate share of real estate taxes and common area charges. Most of the leases contain renewal options at the Company's election whereby the lease could be extended for terms ranging from five to ten years with base rent escalations.

**NOTE 17. VARIABLE INTEREST ENTITIES**

The Physician Groups (as defined in Note 1) were established to employ healthcare providers, contract with managed care payors, and to deliver healthcare services to patients in the markets that the Company serves.

The Company evaluated whether it has a variable interest in the Physician Groups, whether the Physician Groups are VIEs, and whether the Company has a controlling financial interest in the Physician Groups. The Company concluded that it has variable interests in the Physician Groups on the basis of its Administrative Service Agreement ("ASA") which provides for reimbursement of costs and a management fee payable to the Company from the Physician Groups in exchange for providing management and administrative services which creates risks and a potential return to the Company. The Physician Group's equity at risk, as defined by U.S. GAAP, is insufficient to finance its activities without additional support, and, therefore, the Physician Groups are considered VIEs.

46

In order to determine whether the Company has a controlling financial interest in the Physician Groups, and, thus, is the Physician's primary beneficiary, the Company considered whether it has i) the power to direct the activities of Physician Groups that most significantly impact its economic performance and ii) the obligation to absorb losses of the Physician Groups that could potentially be significant to it or the right to receive benefits from Physician Groups that could potentially be significant to it. The Company concluded that the unitholders and employees of the Physician Groups are structured in a way that neither unitholder, employees nor their designees has the individual power to direct the activities of the Physician Groups that most significantly impact its economic performance. Under the ASA, MSO is responsible for providing management and administrative services related to the growth of the patient population of the Physician Groups, the management of that population's healthcare needs, and the provision of required healthcare services to those patients. The Company has concluded that the success or failure of MSO in conducting these activities will most significantly impact the economic performance of the Physician Groups. In addition, the Company's variable interests in the Physician Groups provide the Company with the right to receive benefits that could potentially be significant to it. The single member of the Physician Groups is a member and employee of OSH. As a result of this analysis, the Company concluded that it is the primary beneficiary of the Physician Groups and therefore consolidates the balance sheets, results of operations and cash flows of the Physician Groups. The Company performs a qualitative assessment of the Physician Groups on an ongoing basis to determine if it continues to be the primary beneficiary.

The table below illustrates the VIE assets and liabilities and performance for the Physician Groups as of and for the periods ended:

| | June 30, 2020 | December 31, 2019 |
|---|---|---|
| Total assets | $363,307 | $ 252,629 |
| Total liabilities | 301,621 | 230,527 |

| | Three-Months Ended June 30, | |
|---|---|---|
| | 2020 | 2019 |
| Total revenues | $ 210,314 | $ 125,215 |
| Operating expenses: | | |
| Medical claims expense | 154,656 | 83,577 |
| Cost of care, excluding depreciation and amortization | 14,187 | 9,229 |
| Total operating expenses | $ 168,843 | $ 92,806 |