# Exhibit R

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, DC 20549

## FORM 10-Q

**(Mark One)**

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended March 31, 2021**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to**

**Commission File Number: 001-39427**

# Oak Street Health, Inc.

**(Exact Name of Registrant as Specified in its Charter)**

| | |
|---|---|
| **Delaware** | **84-3446686** |
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |
| **30 W. Monroe Street** | |
| **Suite 1200** | |
| **Chicago, Illinois 60603** | **60603** |
| **(Address of principal executive offices)** | **(Zip Code)** |

**Registrant's telephone number, including area code: (312) 733-9730**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Common Stock, $0.001 par value** | **OSH** | **NYSE** |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☐ |
| Emerging growth company | ☒ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

As of May 4, 2021, the registrant had 240,790,848 shares of common stock, $0.001 par value per share, outstanding.

*RSU Activity*

RSUs granted generally vest over four years. RSUs are accounted for as equity using the fair value method, which requires measurement and recognition of compensation expense for all awards granted to our employees, directors and consultants based upon the grant-date fair value. The following is a summary of RSU transactions as of and for the three-months ended March 31, 2021:

| | Unvested Shares | | Grant Date Fair Value |
|---|---|---|---|
| Unvested, December 31, 2020 | 216,804 | $ | 32.21 |
| Granted | 182,272 | $ | 59.63 |
| Vested | (17,864) | | 50.46 |
| Canceled and forfeited | (6,130) | | 21.52 |
| Unvested, March 31, 2021 | 375,082 | $ | 44.84 |

*Employee Stock Purchase Plan*

On August 5, 2020, the Board of Directors adopted, and the OSH LLC's and OSH MH LLC's majority unitholders approved, the 2020 Employee Stock Purchase Plan (the "ESPP") for the issuance of up to a total of 2,386,875 shares of common stock. In addition, the number of shares available for issuance under the ESPP will be increased annually on January 1 of each calendar year beginning in 2021 and ending in and including 2030, by an amount equal to the lesser of (A) 1% of the shares outstanding on the final day of the immediately preceding calendar year and (B) such smaller number of shares as is determined by our Board of Directors, subject to an increase each January. In no event will more than 30,000,000 shares of our common stock will be available for issuance under the ESPP. Each offering period will be approximately six months in duration commencing on January and July 1 of each year and terminating on June 30 or December 31. The ESPP allows participants to purchase common stock through payroll deductions of up to 15% of their eligible compensation. The purchase price of the shares will be 85% of the lower of the fair market value of our common stock on the grant date or purchase date.

As of March 31, 2021, no shares of common stock have been purchased under our ESPP.

*Stock and Unit-Based Compensation Expense*

The Company recognized $0.0 million and $1.8 million in unit-based compensation expense related to the profits interests for the three-months ended March 31, 2021 and 2020, respectively. The Company recorded $1.8 million in corporate, general and administrative expenses. The Company recognized $42.3 million and $0.0 million related to RSAs, options and RSUs for the three-months ended March 31, 2021 and 2020, respectively. The Company recorded $41.2 million in corporate, general and administrative expenses, $0.8 million in sales and marketing, and $0.3 million in cost of care.

As part of the pre-IPO equity conversion discussed in Note 12, the profits interests that were subject to vesting over a period of continuous employment or service and were unvested upon the conversion were converted into RSAs and options that vest over the remaining requisite service period from the original grant dates. The unvested profits interests that were subject to vesting upon the "Sponsor's Exit" performance condition were converted into RSAs and options that cliff vest between two years post IPO and four years from the original grant dates. A Sponsor's Exit is defined to occur if either (1) a Sponsor sells down to one or more third parties their direct or indirect equity investment in OSH LLC to less than 20% of the units owned by such sponsor, or (2) a sale, transfer or other disposition of all or substantially all of the assets of OSH LLC to one or more third parties.

As a result of this conversion and modification of vesting terms from Sponsor's Exit to service-based vesting at the IPO, the Company determined that RSAs and options should be accounted for as a Type III modification (the award was not probable to vest prior to the modification but it was probable of vesting under the modified condition). The stock compensation expense, net of forfeitures, recorded for these modifications was $29.3 million for the three-months ended March 31, 2021.

As of March 31, 2021, the Company had approximately $251.1 million in unrecognized compensation expense related to all non-vested awards (RSAs, options and RSUs) that will be recognized over the weighted-average period of 1.49 years.

*Valuation of Stock Options*

The grant date fair value of stock options that were granted post-IPO was estimated using a Black-Scholes option-pricing model with the following assumptions:

| | March 31, 2021 |
|---|---|
| Risk-free interest rate | 0.79% |
| Volatility | 50.00% |
| Expected term to expiration (years) | 6.25 |
| Expected dividend yield | 0.00% |
| Estimated fair value | $ 28.69 |

The determination of fair value of stock options on the date of grant using a Black-Scholes option-pricing model is affected by the estimated fair value of the Company's common stock as well as assumptions regarding a number of variables that are complex, subjective and generally require significant judgement to determine. The valuation assumptions were determined as follows:

*Fair Value of Common Stock*

The fair value of the Company's common stock is determined by the closing price, on the date before the grant, of its common stock, which is traded on the NYSE.

*Expected Term*

We determine the expected term of awards using the simplified method which is used when there is insufficient historical data about exercise patterns and post-vesting employment termination behavior. The simplified method is based on the vesting period and the contractual term for each grant, or for each vesting-tranche for awards with graded vesting. The mid-point between the vesting date and the maximum contractual expiration date is used as the expected term under this method.

*Expected Volatility*

We use an average historical stock price volatility of a peer group of comparable publicly traded healthcare companies representative of our expected future stock price volatility, as we do not have sufficient trading history for our common stock. For purposes of identifying these peer companies, we consider the industry, stage of development, size and financial leverage of potential comparable companies. For each grant, we measure historical volatility over a period equivalent to the expected term.

*Risk-Free Interest Rate*

The risk-free interest rate is based on the implied yield currently available on U.S. Treasury zero-coupon issues with maturities similar to the expected term of the award.

*Expected Dividend Yield*

We have not paid and do not anticipate paying any dividends in the foreseeable future. Accordingly, we estimate the dividend yield to be zero.

**NOTE 14. COMMITMENTS - LITIGATION AND CONTINGENCIES**

*Contingencies*

The Company is presently, and from time to time, subject to various claims and lawsuits arising in the normal course of business. In the opinion of management, the ultimate resolution of these matters will not have a material adverse effect on the Company's financial position or results of operations.

*Uncertainties*

The healthcare industry is subject to numerous laws and regulations of federal, state and local governments. These laws and regulations include, but are not limited to, matters such as licensure, accreditation, government healthcare program participation requirements, reimbursement for patient services, and Medicare and Medicaid fraud and abuse. Recently, government activity has increased with respect to investigations and allegations concerning possible violations of fraud and abuse statues and regulations by healthcare providers. Violations of these laws and regulations could result in expulsion from government healthcare programs together with imposition of significant fines and penalties, as well as significant repayments for patient services billed.

Management believes that the Company is in compliance with fraud and abuse as well as other applicable government laws and regulations. While no regulatory inquiries have been made, compliance with such laws and regulations is subject to government review and interpretation, as well as regulatory actions unknown at this time.

**NOTE 15. VARIABLE INTEREST ENTITIES**

The Physician Groups (as defined in Note 1) were established to employ healthcare providers, contract with managed care payors, and to deliver healthcare services to patients in the markets that the Company serves.

The Company evaluated whether it has a variable interest in the Physician Groups, whether the Physician Groups are VIEs, and whether the Company has a controlling financial interest in the Physician Groups. The Company concluded that it has variable interests in the Physician Groups on the basis of its Administrative Service Agreement ("ASA") which provides for reimbursement of costs and a management fee payable to the Company from the Physician Groups in exchange for providing management and administrative services which creates risks and a potential return to the Company. The Physician Group's equity at risk, as defined by U.S. GAAP, is insufficient to finance its activities without additional support, and, therefore, the Physician Groups are considered VIEs.

In order to determine whether the Company has         a controlling financial interest in the Physician Groups, and, thus, is the Physician's primary beneficiary, the Company considered whether it has i) the power to direct the activities of Physician Groups that most significantly impact its economic performance and ii) the obligation to absorb losses of the Physician Groups that could potentially be significant to it or the right to receive benefits from Physician Groups that could potentially be significant to it. The Company concluded that the shareholders and employees of the Physician Groups are structured in a way that neither shareholder, employees nor their designees has the individual power to direct the activities of the Physician Groups that most significantly impact its economic performance. Under the ASA, MSO is responsible for providing management and administrative services related to the growth of the patient population of the Physician Groups, the management of that population's healthcare needs, and the provision of required healthcare services to those patients. The Company has concluded that the success or failure of MSO in conducting these activities will most significantly impact the economic performance of the Physician Groups. In addition, the Company's variable interests in the Physician Groups provide the Company with the right to receive benefits that could potentially be significant to it. The single member of the Physician Groups is a member and employee of OSH. As a result of this analysis, the Company concluded that it is the primary beneficiary of the Physician Groups and therefore consolidates the balance sheets, results of operations and cash flows of the Physician Groups. The Company performs a qualitative assessment of the Physician Groups on an ongoing basis to determine if it continues to be the primary beneficiary.

The table below illustrates the VIE assets and liabilities and performance for the Physician Groups as of and for the periods ended ($ in millions):

| | March 31, 2021 | December 31, 2020 |
|---|---|---|
| Total assets | $ 394.2 | $ 286.1 |
| Total liabilities | 337.7 | 332.1 |
| | **For the Three-Months Ended** | |
| | **March 31, 2021** | **March 31, 2020** |
| Total revenues | $ 294.3 | $ 198.5 |
| Medical claims expense | 198.9 | 131.4 |
| Cost of care | 32.9 | 15.3 |
| Total operating expenses | $ 231.7 | $ 146.7 |

Physician Group revenues consist of amounts recognized for services provided to patients and includes capitated revenue and a portion of the Company's other patient service revenue and exclude certain care management services. All capitation arrangements are executed at the Physician Group level.

Operating expenses consist primarily of medical claims expense, a majority of which are third-party medical claims expenses and administrative health plan fees and exclude fees to perform payor delegated activities and provider excess insurance costs. Cost of care, excluding depreciation and amortization primarily include provider salaries and benefits and other clinical operating costs which are reported in cost of care, excluding depreciation and amortization in the consolidated statements of operations. These amounts do not include intercompany revenues and costs, principally management fees between MSO and the Physician Groups, which are eliminated in consolidation.

There are no restrictions on the Physician Groups' assets or on the settlement of its liabilities. The assets of the Physician Groups can be used to settle obligations of the Company. The Physician Groups are included in the Company's obligated group; thus, creditors

of the Company have recourse to the assets owned by the Physician Groups. There are no liabilities for which creditors of the Physician Groups do not have recourse to the general credit of the Company. There are no restrictions placed on the retained earnings or net income of the Physician Groups with respect to potential dividend payments.

## NOTE 16. RELATED PARTIES

### Humana

*Revenues*

Humana holds over 5% of our common stock and has entered into a Director Nomination Agreement with the Company. The Company has capitated managed care contracts with Humana. Total capitated revenues related to the Humana payor contracts were $121.4 million and $96.5 million for the three-months ended March 31, 2021 and 2020, respectively. Receivables from Humana represented $87.2 million and $65.7 million of the capitated accounts receivable balance at March 31, 2021 and December 31, 2020, respectively.

Within the Company's other patient services revenue, revenues from Humana are included in both fee-for-service revenue and care coordination revenue. The Company had recognized $0.1 million in other patient service revenue in the three-months ended March 31, 2021 and 2020, related to the fee-for-service revenues. The Company had recognized $1.1 million and $0.7 million in other patient service revenue in the three-months ended March 31, 2021 and 2020, respectively, related to the Care Coordination arrangements. Receivables from Humana represented $0.1 million and $0.0 million of the other accounts receivable balance at March 31, 2021 and December 31, 2020, respectively, which is all related to fee-for-service arrangements. The unearned portion of the Care Coordination Payments was recorded as contract liabilities in both the short term and long-term other liabilities accounts. The liability related to Humana Care Coordination Payments represented $4.1 million and $2.6 million of the other current liabilities and $14.1 million and $5.0 million of the other long-term liabilities' balances at March 31, 2021 and December 31, 2020, respectively.

*Expenses*

Total medical claims expenses related to the Humana payor contracts were $73.0 million and $59.8 million in the three-months ended March 31, 2021 and 2020, respectively. Unpaid claims related to Humana capitated contracts represented $78.8 million and $78.5 million of the liability for unpaid claims balance at March 31, 2021 and December 31, 2020, respectively.

The Humana Alliance Provision contains an arrangement for a license fee that is payable by the Company to Humana for the Company's provision of health care services in certain centers owned or leased by Humana. The license fee is a reimbursement to Humana for its costs of owning or leasing and maintaining the centers, including rental payments, center maintenance or repair expenses, equipment expenses, special assessments, cost of upgrades, taxes, leasehold improvements, and other expenses identified by Humana. The total license fees paid to Humana during the three-months ended March 31, 2021 and 2020 were $0.7 million and are included in cost of care expenses in the consolidated statement of operations. The liability was recorded in both the short term and long-term other liabilities accounts. The liability for the Humana license fee represented $2.7 million and $0.6 million of the other current liabilities and $8.4 million and $7.3 million of other long-term liabilities balance at March 31, 2021 and December 31, 2020, respectively.

The Company has entered into certain lease arrangements with Humana, which accounted for approximately $1.3 million and $0.5 million of the total operating lease rental payments within the cost of care line item for the three-months ended March 31, 2021 and 2020, respectively. The deferred rent liability related to Humana leases represented $0.0 million and $0.8 million at March 31, 2021 and December 31, 2020, respectively. The Company adopted ASC 842 as of January 1, 2020 and the ROU asset and liability related to Humana leases represented $40.6 million and $41.8 million at March 31, 2021, respectively.

### Blue Cross Blue Shield of Rhode Island

Blue Cross Blue Shield of Rhode Island ("BCBSRI") owns 49.9% of our joint venture, OSH-RI, LLC, and one of our Board members served as president and CEO of BCBSRI through the year ended December 31, 2020. Total capitated revenue associated with the BCBSRI payor contract was $2.3 million for the three-months ended March 31, 2020. Capitated receivables from BCBSRI represented $10.0 million of the capitated accounts receivable balance at December 31, 2020.

Total medical claims expenses related to the BCBSRI payor contract were $1.6 million for the three-months ended March 31, 2020. Unpaid claims related to these capitated contracts represented $11.1 million of the liability for unpaid claims balance at December 31, 2020.

### Zing Health

One of our Board members is an employee of Newlight Partners LP, which is one of our Lead Sponsors, and has a direct interest in Zing Health. The Company entered into a capitated contract with Zing Health during the year ended December 31, 2020. Total