# Exhibit U

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2021-11-18

# Wolfe Research Virtual Healthcare Conference

## Company Participants

- Michael T. Pykosz, Chairman & Chief Executive Officer
- Timothy M. Cook, Chief Financial Officer
- Unidentified Speaker

## Other Participants

- Justin Lake

## Presentation

### Unidentified Speaker

It also tells you how hard it must be or how complex because it's nothing. There's only been a whole lot of money to spend on the technique.

### Justin Lake {BIO 6460288 <GO>}

Exactly. That's what I mean. Like, you're right. It must be like launching the space shuttle or something. All right, let's get started. My name is Justin Lake. I cover health care services here at Wolfe Research. Thanks for attending our third annual Wolfe Healthcare conference. I am pleased to have the management team for Oak Street here. We've got the company's CEO, Mike Pykosz; and the CFO Tim Cook. My apologises for butchering your name. I'm sure somehow I always -- it's like, I'm never sure if it's know or they know, but let's jump right into this thing. We only have a half an hour and I know we've got a lot of folks that want to hear your thoughts.

So we -- I asked the question on the call, and I know you were in the middle of a maelstrom, a tornado, whatever you want to call it. So I'm going to give you a redo here and we're going to try to talk a little bit about, obviously we've all lived in health care services. I've been doing this 20 years. If you're going to take money from the government, this is the kind of thing that's going to happen occasionally is going to show up and ask you some questions. So with that background at DOJ, you reported in your queue that you had a request for information. So let's just start there, so you just disclosed that, have you learned anything new in the last week that you can share with us.

### Michael T. Pykosz

Thanks, Justin and just first off it's Pykosz for future reference.

### Justin Lake {BIO 6460288 <GO>}

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2021-11-18

Thank you.

## Michael T. Pykosz

Look, we are communicating with the Department of Justice, but we've not really learned anything new in the last week and we likely won't for some time. At this stage were continuing to evaluate the DOJ's request and we're working on responding.

You know, that being said, I would like to provide some additional color on understanding of the inquiry based on our conversation with our compliance advisors. Look as you said, I don't understand because these he's sort of inquires are relatively common in the healthcare industry. As I mentioned on the earnings call, we are taking the inquiry seriously and were cooperating with the request.

Based on the documents requested, we believe that DOJ's focus is better understanding our relationship third-party agents who are engaged to provide Oak Street -- I'm sorry education about Oak Street to their contacts and when appropriate and requested by their contacts, connect them with Oak Street employees to learn more. We also understand that DOJ is interested in how advertising intersects with our transportation program.

## Questions And Answers

### A - Unidentified Speaker

(Question And Answer)

### Q - Justin Lake {BIO 6460288 <GO>}

Got it. So maybe you can expand on that a little bit, in particular let's start what are our third-party agents in this context?

### A - Michael T. Pykosz

Yes, look we believe that the term third-party agents refers to insurance agents and advisors who work with older adults to help them select the right medicare advantage plan for them. And we have engaged and we pay these agents to help educate older adults about Oak Street Health and with the older adults consent, connect them to our employed RHCs that they are interested in learning more about Oak Street Health, and we can do for primary care.

### Q - Justin Lake {BIO 6460288 <GO>}

Got it, so how important are these programs with third-party agents to your growth?

### A - Michael T. Pykosz

These channels are a relatively small part of our marketing efforts today. When they are put into perspective, they are somewhat recently developed their newish programs and

FINAL

Bloomberg Transcript

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2021-11-18

less than 10% of our new patients over the past year have come through these programs that are referenced in the inquiry. If not a major growth channel for us, as we talk about, the majority of our new patients originate from our Oak Street employed center based outreach teams that run our grassroots marketing campaign. That is that's our core and that's the vast majority of our patient grow.

## Q - Justin Lake  {BIO 6460288 <GO>}

Got it, and so one thing, maybe you can clarify for us. How do these medicare marketing guidelines relate to Oak Street Health?

## A - Michael T. Pykosz

Yes. It's a great question Justin, and one that I think there's a misunderstanding about. Sometimes people think that because we work with medicare advantage plans we're regulated as a health plan under medicare marketing roles, and that is a incorrect understanding. We're not a health plan. We're not owned or controlled by health plan and we're not subject to the license your regulation of health plan.

The Medicare Advantage marketing rules govern the conduct to health plans and the downstream activities that a specific -- that our marketing is to the health plan not activities of provider marketing zone services. So look, whenever we are communicating behalf of or about a plan, we are careful to comply with those rules. And look obviously there are some parts of medicare marketing guidelines that specifically apply to providers. And there's a whole set of additional regulations outside of the medicare marketing guidelines that apply to providers, and not to help us.

And all of those we are carefully comply with. It's a reminder again, we are planning --. We provide primary care without regard to whether patient has traditional medicare, medicare advantage, a supplemental medicare plan, etcetera. And look rather than worrying about who a patient's payer is or what's their insurance plan they have, we worry about providing preventive care services to our patients. And as you know, many of them are lower income and reside in medically underserved markets. We really focus on keeping our patients happy helping out of the hospital.

We are consumer focus in Debra, one of the key values we can bring to the community is educating people about the importance of primary care. And so we do have to provide some level of marketing activities to make patients aware of Oak Street Health and the services we offer and we believe that's a really important to improving access to care.

## Q - Justin Lake  {BIO 6460288 <GO>}

Got it. Let's talk about transportation. I was under the impression that transportation is allowed benefit under medicare advantage. So can you talk to us about transportation and maybe even include, anything on fee for service as well.

## A - Michael T. Pykosz

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2021-11-18

Yeah, look our policy is to provide transportation to and from Oak Street for medical visits after confirming a patient is eligible for the service and that includes both medicare advantage patients and traditional medicare patients.

Given our patient demographic, over 40% of our patients are dual eligible again, as you know we're proud to be helping our patients access the health care they need and we know that transportation is an important element in reducing the barriers to care for our patient demographic, and so that is why we provide it.

### Q - Justin Lake {BIO 6460288 <GO>}

Got it. So maybe you can kind of wrap this up with maybe an overview of your compliance framework and kind of what initiatives you have to make sure as you're putting together a new marketing program with brokers et cetera, that you're compliant.

### A - Michael T. Pykosz

Yes, look as I mentioned last week, since the early days of Oak Street Health, we really aim to create and foster a compliance focused culture. We strive in all of our business operations to operate compliantly and transparently, and we're approaching this DOJ request of the same level of transparency. It is been our policy since the early days of Oak Street Health to have all sales and marketing programs reviewed by our compliance team prior to implementation. And that's the policies we continue to follow.

### Q - Justin Lake {BIO 6460288 <GO>}

Got it. Anything that I didn't ask about that you want to clarify or talk to while before we get off this topic?

### A - Michael T. Pykosz

Yeah, I think probably the last thing I'd probably end with is, every everything I said, obviously, what the investigation. I think the biggest focus here at Oak Street is business as usual. We believe strongly in our mission, we believe strongly in our ability to really impact healthcare in a positive way for all of our patients. And so we are very excited about the trajectory and, for us, it is making sure our teams are focused on great patient care, and really serving our communities and we believe they're doing that. And that is absolutely, the focus for us while also obviously taking this seriously and responding transparently.

### Q - Justin Lake {BIO 6460288 <GO>}

Got it. Now that's all helpful. Okay, so maybe if we if we take a step back and get a now talk about the core business. One of the things that we saw in the second quarter that you talked about is trying to improve your visibility and your forecasting of medical costs. So maybe Tim, can you talk about some of the initiatives you've put together there and when we think -- when you think they'll start to bear fruit.

### A - Timothy M. Cook {BIO 17987751 <GO>}

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2021-11-18

FINAL

Bloomberg Transcript

Sure. So I think it's a combination of centralizing some efforts that were already underway as well as continue to develop new methodologies to be smarter about reserving and trying to -- leaves around claims because obviously there's always going to be a claims -- a lag to claims flow.

So what we've done over the course over the last several months is to take a lot of disparate data sources in across the organization and centralize them into one or two teams that are within my purview in deficit aside, our team that are doing our estimates around medical costs, in estimating IBNR and those sorts of things.

So I think is centralized view. As folks who have worked in large organizations now, data is great, but data consistency can always be a challenge. So what one team believes to be a statistic maybe another team has the same name, but that's difficult -- little bit differently actually calculate it.

So just having one source of truth in everything and making sure that we're aligned, one of the challenges we just have inherently is -- lot of the data in health care comes out of systems that are relatively antiquated, where consumer of data from health plans. So being able to make sure that; one, we're getting good reliable data on a regular basis into that data can be viewed consistent across organization is just as important. So we've done a lot of that foundational work became we can't have much that had been done. But I think centralizing it and putting it in front of everyone so that we're all looking the same -- at the same time alongside our financial close process was important.

And then we're also incorporating other elements that historically speaking, we had the nest we're necessarily looking at. So relying more heavily on some of our utilization management or prior authorization workflows that for that look at inpatient reviews, for instance, right. So patients going on hospital one of the first calls a hospital is going to make it to the insurer to make sure that patients actually covered and the hospital is going to get paid. So that is a great leading indicator to tell you you've got patient who's on the doorstep or inside the hospital and there's a claim coming at some point in future.

Longer term, what we'd love to do and what we're working on now is, kind of applying a data science later to it, to take all those inputs and try to create algorithmically some idea to rethink might cost would come out. Ultimately, I think because of how quickly we're growing in just inherent in the data, the volatility from plan to plan is a very challenging thing to do at least within a very tight --. But I think at a minimum will allow us to do is make sure that we control for tail risk where things deviate significantly from what you'd expect.

## Q - Justin Lake {BIO 6460288 <GO>}

Got it, and it over the last few quarters, I think it's become apparent in it -- me coming from a managed care background where you know MLR matters more than earnings frankly, right. When people kind of measure the earnings quality or kind of operational performance of a company. You're starting to see a little bit of that in the your sector in general and your stock in particular.

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2021-11-18

So I think you've done, a good job of kind of helping us understand MLR through the rest of this year, right. I know it's not a metric that you kind of look at is the end-all be-all of how your performance kind of is coming in versus expectations, but it's one that investors spend a lot of time on. So you've kind of talked about the MLR going up for instance in the fourth quarter versus the third quarter. And investors are start learning as we go about this business and yours in particular, has a lot of membership growth, and therefore a lot of membership that's coming in that one is -- or Mike, if you talked about earlier in the year. And two, if not probably correctly and therefore, it doesn't happen the right at the same economics.

So by definition, your MLR -- if all things are equal, your MLR to be getting worse through the year, right, because you're taking on more new patients as a percentage of total. So one; is that the right way to think about it both for the fourth quarter and then I know again, like I said, this is not something that you guide to, but will you change that. Can we expect you to kind of try to give some visibility on MLR when you set '22 expectations in detail.

And then Mike, what else can you do to help investors understand how this business works from a medical MLR perspective as you go forward.

## A - Michael T. Pykosz

Yeah, look and I would say, Justin. I mean, I think you summarized it well. I actually get MLR's a very important metric but you have to adjust it by cohort and tenure, right. Because the one of the best parts about our offer our care model our business, right. Is that the longer we have a patient for the more profitable they get right. And the better their MLR's, and so obviously one of the big drivers of MLR is going to be their tenure.

And so, MLR is it is a measure. We look at for the effectiveness of our care model for sure. Is really the output of the effectiveness of our care model, but it's, becomes less meaningful when you look at it on the advert of the company, right? Because it can be really overwhelmed by kind of growth and patient -- as you suggested. So the thing that I think we're trying to, we've had discussions with you about and we certainly appreciate your input is, okay how do we make sure we're giving investors visibility to the right metrics.

And the other thing about MLR that, you should always keep in mind is, MLR is also something where you depending on what services you offer, don't offer and house, right. It can go up and down just based on those things, right. So to be extreme, if we opened up a surgery center, we could lower MLR, because a bunch of cost of move to our direct cost to Carolina versus our third-party acrostic airline in theory.

So we think, actually the more important metrics is what you're actually on the bottom line, what is your center contribution, right. What is your own obviously your -- EBITDA ? Because that takes into account, not just the cost for third-party care, which is what MLR takes -- takes me down but also the cost of the co-worker delivery.

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2021-11-18

So the metric we think is the most important metric is but our center level results and how armature centers performing how well are kind of intermediate maturity centers ramping against the ramp and I'm sure centers and how our new center starting out and we pay a lot of attention to that is something I think we can and should and will give investors more visibility into at the end of this year, as we talked about when we do our Q4 close and we're pretty looking forward to that conversation.

If you want to make sure investors can kind of follow along like we're following along and see that. Yes, if they're hitting these numbers and that equates to strong care model success and eventually strong economic success. Beyond, giving a lot more information around the vintages of people can follow including kind of the implied, vintage economics in our unit economics in our projections for next year.

In our guidance, for next year in addition to that we're trying to figure out what else would make sense make sense to show and find the right balance. Because I think you're right, we want to make sure we want to make sure investors have the same kind of view and understanding of our businesses we do when we and we make decisions. But we got to balance that with only sharing so much.

## Q - Justin Lake {BIO 6460288 <GO>}

Got it, and along these lines I got a question from, an investor that it is asking about your new patient care costs. You talked about new patients cause being, 50% above normal. That's a number that's almost unfathomable, right. At the level of new patients that you're that you're collecting. Right. You've got a scientific and is pretty large.

So how is that track to be the year of you seeing, as COVID, abated a little bit in 2Q and re-accelerate the 3Q. Be you seen any change there or is it really just tied to your ability to get out and get a restart these community marketing programs.

## A - Michael T. Pykosz

Yes, so I did share the 50% up statistic after Q2. And I did talk about that a bit after Q3 and updated that. And the rise of metal costal high is not is not as high as you think.

So we're seeing -- as we keep in mind, new patients are always me weighted towards the back part of the -- we're adding them across the year. And so, as we've gotten a bigger end there gotten more data and remember months there, we've seen the metal cross. They are still higher than they have been historically that 50% level.

The other challenge though we talked about in the Q3 close is that the revenue on an absolute basis, today is less than it was for a new patient in 2019. So, I think one of the big challenges that we're having is new patients are coming in who were not engaged with the healthcare system well in 2020. And so, because that their risk factors were not documented well, partner with agencies, can go to the doctor so there's no way to get those things documented like there was in the past, and now that it's impacting our revenue this revenue this year and its impact on our cost because those chronic disease, having been a cared for as well.

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2021-11-18

FINAL

Bloomberg Transcript

So we're getting sicker patients who are getting in getting paid less for them than we have historically. So historically there's always this pretty tight relationship between the revenue we got for a new patient and the metal cross of the new patient. And even you look across geographies Oak Street Health, some of our geographies are heavily 90% do eligible patients. They're very underserved communities and the revenue and the cost would be higher in those communities. And some of our communities are much more blue collar and so the revenue and cost of both be lower.

But the delta, right the difference between those two is actually pretty consistent across all of our geographies and across all the years we've done. The business and that relationship broke in 2021 where Med cost went up and revenue went down as opposed to those kind of moving in concert like they have in the past. And so the what gives us comfort those, we look at that same patient cohort in 2021. We also know with a high degree of accuracy at this point of, what the risk conditions are that, now that will get paid on for next year and we look at that aspect, what their risk or is going to be next year.

There will be right back on their kind of cohort adjusted expected contribution, for I said differently, we expect the patients who joined us in 2021, they have similar patient contribution in 2022. That are , second-year patients had in 2019.

So we think we're reverting back to normal, because what we're finding is, we're just finding a higher, we are capturing a higher number of new risk factors on those patients. And we do historically, we think because a lot of those risk factors dismissed in 2020.

So I think a large part of what we're seeing here is just a remnant of the, what happened in 2020? Where it may again, it feels like a long time ago now, but when doctors offices were closed and people were doing a lot of their, their visits virtually and that's just not that's not going to get people's is accurately document. As you know you have to document the same risk addition every single year or even assume gone. So I think a lot of people diabetes had diabetes documented in 2018 and 2019, didn't go to the doctor in 2020. And then now that becomes a new patient, Oak Street Health and we're just pay bus form, right, and what they sold the disease for instant.

I think hat's probably the single biggest Factor driving. This was obviously others, but when we look at what the 2021 patients will be paid in 2022, we're confidence not going to be a bad kind of vintage of patients. It'll be right. Back to where we normally rat.

### Q - Justin Lake {BIO 6460288 <GO>}

Got it. Got it. And how quickly, , to your point. It's one thing. When the patient sticker. It's another thing with the patient's sicker and you're getting less revenue for them. So, if you're going to see growth in the early in 2022, right. As you're adding your patients, how quickly do you think you'll be able to figure out whether this problem is abated because like you said, the risk or should be better in --could be better in '21 is people that re-engage with the healthcare system.

### A - Michael T. Pykosz

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2021-11-18

Yeah, so what's really important is that relationship between revenue and cost, right. And in so we will have a much better sense of the revenue relatively early on, right. If we're adding patients and look and will be pretty small after one month in bigger after month to write double. But, we'll start to get a sense relatively early in the year around. Hey, is revenue starting to normalize right to what we would expect it to be.

Obviously, on the cost side that takes a bit longer, because we have to have enough planes run on a member months on these new patients to understand. But we also, we have a review relatively quickly. You'll utilization metrics like emissions per thousand for the new patients and things like that. Right. So, is that we'll be looking at this after one month obviously, but we really want to start seeing the and get bigger and kind of more of it longitudinally. And but it was certainly be earlier in the year. We can get up a better sense of that, I think.

## Q - Justin Lake {BIO 6460288 <GO>}

Got it, and, and we should we should talk about growth. And frankly in this world, where the DOJ is out there and we've seen a little volatility and the underlying performance. The people are just taking for granted right? The growth opportunities that you have in front of you, right and your execution there, which has been pretty strong. One of the places that I think, people are not focused on really is a outperform is not just your membership number, but your risk versus people service membership number that ratio on new patients seems to be a lot better than you would kind of both expected and we had modeled. So maybe you can tell us a little bit about what's going on there.

## A - Michael T. Pykosz

Yes, I would break that number in a few pieces, right? We've talked to us a lot. There's the direct contracting program here with a nice bump, which obviously you knew about expected and bottom, but that helped us get a higher percentage on and then the second part of it is, how many patients are coming in already on medicare advantage versus how many are coming to us on traditional medicare. And what we have found as penetration is increased in medicare advantage across the country and general the markets we go to have had higher medicare advantage penetration, not necessary as you selected them and that's the places we've gone too.

That is driven a higher percentage of our patients, who are coming into us on medicare advantage that we historically see. So you give you guys, a rough, I give you rough numbers. I think the penetration was give or take 20% MA penetration in Chicago area when we started with to go.

Now the nation is high 30s, right. We first start Oak Street in the early years, right, most people we met in the community were coming in on traditional medicare fast forward to today, if the national penetration is nearing 40, the penetration our neighbors which are moderate to low-income which have higher medicare penetration overall. We're seeing two thirds of our patients give or take coming in already on a managed care plan, which means they're they get to risk faster.

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2021-11-18

## Q - Justin Lake {BIO 6460288 <GO>}

Got it, and maybe to bring this back to your to your commentary earlier on the agents being a newer sale channel, not a big one. But contributory, I would assume that sale channel would have been coming in almost all in medicare advantage, right. So that if all things being equal, just doing more, sourcing where your patients there. Would that be driving more advantage penetration versus fee-for-service.

## A - Michael T. Pykosz

I mean, all of our channels, we're pretty agnostic in that channel of insurance type. Right. So we take patients on Medicare Advantage, we take patients with a Medicare supplement plan, we take patients, where do all durable and just have traditional Medicare, across the board. And so if you want any of our channels, right. They're going to be interacting with people across all of those different types of insurance. Right. If you think about obviously insurance agent, right, insurance agents going to sell meds up. They're going to sell Medicare Advantage and they will fail to sell some people, right.

And so that's what I don't, I think for us and look, this was recognized contractor programs great, right. We can be, we were always agnostic in our care model and treat all of our patients the same way. But not actually, we're pretty agnostic on our economic model that. Jack contractor, program has a little worse flow through and takes a little longer to get patients under risk. But overall it makes them, a pretty close and so that is that is definitely our focus. I think the higher mix is more driven by these from the debt I've seen, just the number of people in the community, right. If we go to, the event of a senior living facility, in the old days a third of the people would have been on medicare advantage would ban traditional medicare. We're going to get a random sampling of those people right now, we go to that same event and two thirds or Medicare Advantage and I just drives higher uptick of people already on MA.

## Q - Justin Lake {BIO 6460288 <GO>}

Got it. You talk to direct contracting. The it looks like, a lot of your peers that were maybe a little more conservative in terms of more cautious around, the economic opportunity there. Our outperforming, kind of proving you right in terms of, you were out there saying, look, this could be as good as bad as MA over time. You know, what's the update there, you know, how are you seeing that. How are you booking that in terms of profitability now and how should we think that go about that going into 2022?

## A - Michael T. Pykosz

Do you want a the one, I'm happy to take that one, too.

## A - Timothy M. Cook {BIO 17987751 <GO>}

Sure, I'll do. I'll address it. So your I just met you we were obviously a lot of the learn with direct contracting. As we had more information command government earlier this year, but as more the rules became available or at least easier to understand felt as though as though, the program will be more comparable from economic perspective to MA than we perhaps initially thought, they by and large we see today. I mean, we're two quarters through it.

Bloomberg Transcript

FINAL

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2021-11-18

FINAL

Bloomberg Transcript

So I don't want to overstate the amount of data anyone including us has at this point, but so far that such so far that has played out of those patients are profitable and I'm sort of the patient contribution basis, I think others and I don't want to speak for them but others had thought that the patient should be more neutral.

At that line, we always have to be profitable and they have been they've been in line with our expectations. So that is great. There are parts of the program. I think we would still love the change or all of the see change what we considered, but by and large a still thinking from an economic perspective, it is going to what we thought and continues to be that.

## Q - Justin Lake {BIO 6460288 <GO>}

Okay, but how do you see the ramp of those patients. How does it take to get to those medicare benefits ,it's similar to kind of the archetype in terms of maturity.

## A - Michael T. Pykosz

Yes, I separate getting a patient to flow through and risk and the risk economics is having the patient, right. And so look, the great news is we have the same care model we've historically the same care model with all of these patients. I think we're pretty unique in that, right, that we wasn't threshold medication for always getting the full extreme care model. And so, when you think about a profitability per 10 your adjusted patient, it's very similar, right.

One is the difference between MA say and dry contracting right now. The biggest difference for us is actually our ability to get new patients onto the direct contracting program. So if someone walks in the door with my advantage and again we meet at, bingo in the community, they're really excited about Oak Street Health. They come in, they issues ask their doctor, their Medicare Advantage. We just, we're risk for the vast majority health plans in our markets. We just called the health of the patient calls the health plan. We should help them with it and they change their PC dos, three health and usually the next usually the next month, maybe it takes a month and a half usually pretty quick. They flow through our wrist rosters and then our risk patient with us, right. And if some reason they don't we can check with the health plan and work through why and get them on right now. It's pretty -- It's a very straightforward collaborative process with our funds.

With direct contracting, we will sign a form, that says, I want to be part of Oak Street Health and join Oak Street Health, but those forms only come through as I got -- an average of three months away, right. While you're already starting a broader delay because only quarterly process on a monthly process and there's a cut off in that quarterly process. So when you're kind of starting with an average of three monthly. Number two, there's all these exclusion criteria has in direct contracting, right? There's all these kind of hierarchy of things that superseded.

So in a Medicare advantage plan, it's pretty straightforward, right? If you have fill-in-the-blank health plan and you choose average PCP, like done, we'll get -- that's our contract. In

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2021-11-18

FINAL

Bloomberg Transcript

direct contracting if you choose up to your health your PCP, but you've gone to local health care system over the long over the last three years on and off for care and local health care system happens to be part of the Medicare shared savings program ACO upside only. They that right now that passive attribution based on three years of past claims history. Trump's positive attribution, no one's asked me this one policy. But if you ask me, I'd say well, I would probably defer to patient choice not, past banks and serve that is not how it works, today.

There's a variety reasons, we certainly have actually talked to CMS about this and hoping that will change over time. But as you can imagine the MSS, the MSS ACO Prague because it's upside down, there's a lot of big hospitals in that programs. We need a fair amount of people who join us as patients and when we expect them to flow through a direct contracts, they don't because they're still aligned.

Now, we will get them over time. Right. Because what will happen over time is they will stop being claims aligned to this backward-looking entity. They'll start single street health may become claims lying to us and they will move over. So it is not like we're never to get them, it's just it's just a delay in the system, this time, right. But I think that is actually the single biggest reason why we've don't have a higher percentage of our traditional medicare patients, under a contracting, is not because the not selecting.

They're all selecting us are the vast majority are selecting Oak Street is the other reasons why they're not able to flow through and that's something that , hopefully over time is the program of all is we can help adapt and long term it may take in a next year, but the -- is going to flow through. You just take them with wait till claims alignment versus volunteer alignment , in that case of the MSST.

So that's part of the biggest challenge, we found with the program is actually not the economic for patients. It's the volume and , we know we need to work on and it'll solve stuff over time, but we're not very patient people.

## Q - Justin Lake {BIO 6460288 <GO>}

A question on the health plan side. So every year, there's so much so much growth of Medicare Advantage of by definition there's going to be a lot of competition for that growth. And so every year we're looking for plans, that might be being a little bit aggressive in terms of benefits, right, trading margin for membership. And, obviously that would trickle down to you to some extent, right. If the benefits were true rich.

Curious without that, not asking to name any names, but is that something you're seeing it all this year. Where, there might be a handful of plans or products that, you might not want to might not want to underwrite that my clause are some concern or is it there the similar '21 to '22.

## A - Michael T. Pykosz

Well something we follow closely for all the reasons you suggested, right. What we've been, pleased with today. It is, our plan part is actually pretty clobbered with us around

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2021-11-18

these dimensions, right. So we'll talk to us about what benefits we want to add. I'll talk to us about it, we will, when we'll pull our clinicians and our social workers to try to figure it out.

So obviously we don't have final say in their plan benefit offerings but we generally feel like the pretty collaborative process and it's not just a -- we're setting the price and then you're paying for it type arrangements. Generally, what is more challenging for us when we go health plans in the few that we have ended relationships with, it tends to be actually more on the kind of operational side.

Like it is very important that we get good data, good roster all those different things from the health plan, right, and if those things aren't happening, right we can't drive value. We can't take great care of our patients. And so that is actually right now, I think of probably a bigger focus and almost all of our big partners reason, there are big partner is they're good at that, right, and would there ever be a time where we have to have a conversation to plan and say guys, this is -- this plan is pretty expensive for us, and I understand, you're trying to grow market share, but that's impacting us and yeah, we can have that conversation and we can always work on rates and things like that would help lands, right.

There's ways to solve that and I think our health ones are pretty collaborative and I think that our health plans don't want to be in a position either where we have differential economics with them, right. They don't want to be a position where look we can't steer patients to plans regardless, but now they are health might want to be in a place where, we're frustrated when we get a patient from that health plan.

We drive great results for a health plan across dimensions. They want to grow with us and so they don't want to be in a place where we don't want to grow with them. And so I think when we have conversations to them and we have a over time, like they're very collaborative and we aim for is parity across all of our health plans, right, parody more economics and again is that is it 100% parity across all of our health plans and economics and of course not. But that's kind of how we revisited every year and it's, we don't feel like there's any plans right now that we say from a economics perspective. We say, wow like, we really can't afford to take this plan because such a drug. We and I think that's partly because of the partnership we have with our clients.

## Q - Justin Lake {BIO 6460288 <GO>}

Got it. Look guys, I think we're up against time. I really appreciate you being here. Mike Pykosz. There you go. My wife says, I'm not smart, but I can be trained and Tim, thank you very much for being with us today. I really appreciate it, guys. Have a great thanksgiving and I look forward to seeing you soon. Thanks.

## A - Michael T. Pykosz

Thanks.

FINAL

Bloomberg Transcript

Company Name: Oak Street Health Inc
Company Ticker: OSH US Equity
Date: 2021-11-18

This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2022, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

FINAL

Bloomberg Transcript