# Exhibit V

# Stock Sales by Pykosz[1]



[1] This chart begins after the 180-day lock-up period following Oak Street's IPO.  It excludes two charitable gifts.  All sales reflected in this chart were made pursuant to Rule 10b5-1 trading plans.



Stock Sales by Cook[1]

[1] This chart begins after the 180-day lock-up period following Oak Street's IPO.  All sales reflected in this chart were made pursuant to Rule 10b5-1 trading plans.