# Exhibit W

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| PYKOSZ MICHAEL T | Oak Street Health, Inc. [ OSH ] | X Director | 10% Owner |
| | 3. Date of Earliest Transaction (Month/Day/Year) | X Officer (give title below) | Other (specify below) |
| (Last) (First) (Middle) | 04/20/2021 | Chief Executive Officer | |
| C/O OAK STREET HEALTH, INC. | | | |
| 30 W. MONROE ST., SUITE 1200 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| | | X Form filed by One Reporting Person | |
| (Street) | | Form filed by More than One Reporting Person | |
| CHICAGO IL 60603 | | | |
| (City) (State) (Zip) | | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common stock, $0.001 par value | 04/20/2021 | | S[(1)] | | 35,102 | D | $58.267[(2)] | 8,210,238 | D | |
| Common stock, $0.001 par value | 04/20/2021 | | S[(1)] | | 14,898 | D | $59.138[(3)] | 8,195,340 | D | |
| Common stock, $0.001 par value | 04/21/2021 | | S[(1)] | | 12,026 | D | $59.949[(4)] | 8,183,314 | D | |
| Common stock, $0.001 par value | 04/22/2021 | | S[(1)] | | 27,974 | D | $59.984[(5)] | 8,155,340 | D | |
| Common stock, $0.001 par value | | | | | | | | 250,000 | I | Through Lindsay Pykosz Revocable Trust |
| Common stock, $0.001 par value | | | | | | | | 790,274 | I | Through Mike Pykosz Gift Trust |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Date | Expiration | | Amount or Number of | | | | |

| | | | | Code | V | (A) | (D) | Exercisable | Date | Title | Shares | (Instr. 4) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Explanation of Responses:**

1. The sales reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan previously adopted by the Reporting Person. The Reporting Person undertakes to provide to Oak Street Health, Inc., any security holder of Oak Street Health, Inc., or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each price within the ranges set forth in footnotes (2) through (5) to this Form 4.

2. Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $57.86 and maximum price was $58.855.

3. Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $58.86 and maximum price was $59.76.

4. Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $59.90 and maximum price was $60.13.

5. Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $59.90 and maximum price was $60.22.

**Remarks:**

/s/ Robert Guenthner, as attorney-in-fact for Michael T. Pykosz

04/22/2021

** Signature of Reporting Person

Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| PYKOSZ MICHAEL T | Oak Street Health, Inc. [ OSH ] | X  Director                10% Owner |
| (Last)         (First)         (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 05/04/2021 | X  Officer (give title below)      Other (specify below) |
| C/O OAK STREET HEALTH, INC. | | Chief Executive Officer |
| 30 W. MONROE ST., SUITE 1200 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (Street) | | X  Form filed by One Reporting Person |
| CHICAGO       IL       60603 | | Form filed by More than One Reporting Person |
| (City)      (State)      (Zip) | | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common stock, $0.001 par value | 05/04/2021 | | S[(1)] | | 17,920 | D | $58.112[(2)] | 8,130,770 | D | |
| Common stock, $0.001 par value | 05/04/2021 | | S[(1)] | | 30,780 | D | $59.1[(3)] | 8,099,990 | D | |
| Common stock, $0.001 par value | 05/04/2021 | | S[(1)] | | 1,000 | D | $60.028[(4)] | 8,098,990 | D | |
| Common stock, $0.001 par value | 05/04/2021 | | S[(1)] | | 300 | D | $60.722[(5)] | 8,098,690 | D | |
| Common stock, $0.001 par value | | | | | | | | 250,000 | I | Through Lindsey Pykosz Revocable Trust |
| Common stock, $0.001 par value | | | | | | | | 790,274 | I | Through Mike Pykosz Gift Trust |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Date | Expiration | Amount or Number of | | | | | |

| | | | | Code | V | (A) | (D) | Exercisable | Date | Title | Shares | (Instr. 4) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Explanation of Responses:**

1. The sales reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan previously adopted by the Reporting Person. The Reporting Person undertakes to provide to Oak Street Health, Inc., any security holder of Oak Street Health, Inc., or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each price within the ranges set forth in footnotes (2) through (5) to this Form 4.

2. Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $57.57 and maximum price was $58.56.

3. Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $58.58 and maximum price was $59.55.

4. Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $59.60 and maximum price was $60.485.

5. Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $60.60 and maximum price was $60.885.

**Remarks:**

/s/ Robert Guenthner, as attorney-in-fact for Michael T. Pykosz          05/05/2021

** Signature of Reporting Person                                        Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| PYKOSZ MICHAEL T | Oak Street Health, Inc. [ OSH ] | |

| 1. Name and Address of Reporting Person | 2. Issuer | 5. Relationship |
|---|---|---|

**1. Name and Address of Reporting Person***

PYKOSZ MICHAEL T

| (Last) | (First) | (Middle) |
|---|---|---|

C/O OAK STREET HEALTH, INC.

30 W. MONROE ST., SUITE 1200

(Street)

| CHICAGO | IL | 60603 |
|---|---|---|
| (City) | (State) | (Zip) |

**2. Issuer Name and Ticker or Trading Symbol**

Oak Street Health, Inc. [ OSH ]

**3. Date of Earliest Transaction (Month/Day/Year)**

06/16/2021

**4. If Amendment, Date of Original Filed (Month/Day/Year)**

**5. Relationship of Reporting Person(s) to Issuer (Check all applicable)**

| X | Director | | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

Chief Executive Officer

**6. Individual or Joint/Group Filing (Check Applicable Line)**

| X | Form filed by One Reporting Person |
|---|---|
| | Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock, $0.001 par value | 06/16/2021 | | G(1) | V | 17,600 | D | $0.00 | 8,087,240 | D | |
| Common Stock, $0.001 par value | 07/20/2021 | | S(2) | | 23,327 | D | $56.133(3) | 8,063,913 | D | |
| Common Stock, $0.001 par value | 07/20/2021 | | S(2) | | 60,686 | D | $57.146(4) | 8,003,227 | D | |
| Common Stock, $0.001 par value | 07/20/2021 | | S(2) | | 69,231 | D | $57.909(5) | 7,933,996 | D | |
| Common Stock, $0.001 par value | 07/20/2021 | | S(2) | | 31,756 | D | $59.046(6) | 7,902,240 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Represents shares of the issuer's Common Stock that the reporting person donated as a gift to two separate donor advised funds, with 8,800 shares gifted to each donor advised fund.

2. The sales reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan previously adopted by the Reporting Person. The Reporting Person undertakes to provide to Oak Street Health, Inc., any security holder of Oak Street Health, Inc., or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each price within the ranges set forth in footnotes (3) through (6) to this Form 4.

3. Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $55.56 and maximum price was $56.555.

4. Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $56.56 and maximum price was $57.555.

5. Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $57.56 and maximum price was $58.555.

6. Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $58.56 and maximum price was $59.50.

**Remarks:**

| | |
|---|---|
| Robert Guenthner, as attorney-in-fact for Michael T. Pykosz | 07/22/2021 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| PYKOSZ MICHAEL T | Oak Street Health, Inc. [ OSH ] | X Director    10% Owner |
| (Last)          (First)          (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 07/22/2021 | X Officer (give title below)    Other (specify below) Chief Executive Officer |
| C/O OAK STREET HEALTH, INC. 30 W. MONROE ST., SUITE 1200 | | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| CHICAGO    IL    60603 | | X Form filed by One Reporting Person    Form filed by More than One Reporting Person |
| (City)    (State)    (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock, $0.001 par value | 07/22/2021 | | S[1] | | 3,473 | D | $61.017[2] | 7,898,767 | D | |
| Common Stock, $0.001 par value | 07/23/2021 | | S[1] | | 15,169 | D | $61.106[3] | 7,883,598 | D | |
| Common Stock, $0.001 par value | | | | | | | | 790,274 | I | Through Mike Pykosz Gift Trust |
| Common Stock, $0.001 par value | | | | | | | | 250,000 | I | Through Lindsay Pykosz Revocable Trust |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The sales reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan previously adopted by the Reporting Person. The Reporting Person undertakes to provide to Oak Street Health, Inc., any security holder of Oak Street Health, Inc., or the staff of the Securities and Exchange Commission, upon

request, full information regarding the number of shares sold at each price within the ranges set forth in footnotes (2) through (5) to this Form 4.

2. Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $61.00 and maximum price was $61.07.

3. Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $61.00 and maximum price was $61.37.

**Remarks:**

| | | |
|---|---|---|
| | /s/ Robert Guenthner, as attorney-in-fact for Michael T. Pykosz | 07/26/2021 |
| | ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| PYKOSZ MICHAEL T | Oak Street Health, Inc. [ OSH ] | X Director | 10% Owner |
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 07/28/2021 | X Officer (give title below) | Other (specify below) |
| C/O OAK STREET HEALTH, INC. | | Chief Executive Officer | |
| 30 W. MONROE ST., SUITE 1200 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| (Street) | | X Form filed by One Reporting Person | |
| CHICAGO    IL    60603 | | Form filed by More than One Reporting Person | |
| (City) (State) (Zip) | | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock, $0.001 par value | 07/28/2021 | | S[1] | | 50,256 | D | $61.443[2] | 7,833,342 | D | |
| Common Stock, $0.001 par value | 07/28/2021 | | S[1] | | 16,102 | D | $62.39[3] | 7,817,240 | D | |
| Common Stock, $0.001 par value | | | | | | | | 790,274 | I | Through Mike Pykosz Gift Trust |
| Common Stock, $0.001 par value | | | | | | | | 250,000 | I | Through Lindsay Pykosz Revocable Trust |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The sales reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan previously adopted by the Reporting Person. The Reporting Person undertakes to provide to Oak Street Health, Inc., any security holder of Oak Street Health, Inc., or the staff of the Securities and Exchange Commission, upon

request, full information regarding the number of shares sold at each price within the ranges set forth in footnotes (2) and (3) to this Form 4.

2. Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $61.00 and maximum price was $61.995.

3. Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $62.00 and maximum price was $62.75.

**Remarks:**

| | |
|---|---|
| /s/ Robert Guenthner, as attorney-in-fact for Michael T. Pykosz | 07/29/2021 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

| | | |
|---|---|---|
| **FORM 4** | **UNITED STATES SECURITIES AND EXCHANGE COMMISSION**<br>Washington, D.C. 20549 | OMB APPROVAL |

□ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*]<br>PYKOSZ MICHAEL T | 2. Issuer Name **and** Ticker or Trading Symbol<br>Oak Street Health, Inc. [ OSH ] | 5. Relationship of Reporting Person(s) to Issuer<br>(Check all applicable) |
|---|---|---|
| (Last)          (First)          (Middle)<br>C/O OAK STREET HEALTH, INC.<br>30 W. MONROE ST., SUITE 1200 | 3. Date of Earliest Transaction (Month/Day/Year)<br>08/03/2021 | X  Director                     10% Owner<br>X  Officer (give title below)      Other (specify below)<br>Chief Executive Officer |
| (Street)<br>CHICAGO          IL          60603<br>(City)          (State)          (Zip) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>X  Form filed by One Reporting Person<br>   Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock, $0.001 par value | 08/03/2021 | | S[(1)] | | 10,872 | D | $64.347[(2)] | 7,806,368 | D | |
| Common Stock, $0.001 par value | 08/03/2021 | | S[(1)] | | 39,128 | D | $63.931[(3)] | 7,767,240 | D | |
| Common Stock, $0.001 par value | | | | | | | | 790,274 | I | Through Mike Pykosz Gift Trust |
| Common Stock, $0.001 par value | | | | | | | | 250,000 | I | Through Lindsay Pykosz Revocable Trust |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The sales reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan previously adopted by the Reporting Person. The Reporting Person undertakes to provide to Oak Street Health, Inc., any security holder of Oak Street Health, Inc., or the staff of the Securities and Exchange Commission, upon

request, full information regarding the number of shares sold at each price within the ranges set forth in footnotes (2) and (3) to this Form 4.

2. Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $63.14 and maximum price was $64.13.

3. Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $64.14 and maximum price was $64.52.

**Remarks:**

| | |
|---|---|
| /s/ Robert Guenthner, as attorney-in-fact for Michael T. Pykosz | 08/04/2021 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| PYKOSZ MICHAEL T | Oak Street Health, Inc. [ OSH ] | X  Director | 10% Owner |
| (Last)          (First)          (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 08/17/2021 | X  Officer (give title below) | Other (specify below) |
| C/O OAK STREET HEALTH, INC. | | Chief Executive Officer | |
| 30 W. MONROE ST., SUITE 1200 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| (Street) | | X  Form filed by One Reporting Person | |
| CHICAGO          IL          60603 | | Form filed by More than One Reporting Person | |
| (City)          (State)          (Zip) | | | |

**Table I — Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock, $0.001 par value | 08/17/2021 | | S[1] | | 35,021 | D | $46.545[2] | 7,732,219 | D | |
| Common Stock, $0.001 par value | 08/17/2021 | | S[1] | | 14,979 | D | $47.034[3] | 7,717,240 | D | |
| Common Stock, $0.001 par value | | | | | | | | 790,274 | I | Through Mike Pykosz Gift Trust |
| Common Stock, $0.001 par value | | | | | | | | 250,000 | I | Through Lindsay Pykosz Revocable Trust |

**Table II — Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The sales reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan previously adopted by the Reporting Person. The Reporting Person undertakes to provide to Oak Street Health, Inc., any security holder of Oak Street Health, Inc., or the staff of the Securities and Exchange Commission, upon

request, full information regarding the number of shares sold at each price within the ranges set forth in footnotes (2) and (3) to this Form 4.

2. Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $45.93 and maximum price was $46.92.

3. Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $46.93 and maximum price was $47.26.

**Remarks:**

| | |
|---|---|
| /s/ Robert Guenthner, as attorney-in-fact for Michael T. Pykosz | 08/18/2021 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| PYKOSZ MICHAEL T | Oak Street Health, Inc. [ OSH ] | X Director      10% Owner |
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) <br> 08/31/2021 | X Officer (give title below)    Other (specify below) |
| C/O OAK STREET HEALTH, INC. <br> 30 W. MONROE ST., SUITE 1200 | | Chief Executive Officer |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| CHICAGO   IL   60603 | | X   Form filed by One Reporting Person <br>    Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock, $0.001 par value | 08/31/2021 | | S[(1)] | | 19,477 | D | $45.763[(2)] | 7,697,763 | D | |
| Common Stock, $0.001 par value | 08/31/2021 | | S[(1)] | | 30,523 | D | $46.474[(3)] | 7,667,240 | D | |
| Common Stock, $0.001 par value | | | | | | | | 790,274 | I | Through Mike Pykosz Gift Trust |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The sales reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan previously adopted by the Reporting Person. The Reporting Person undertakes to provide to Oak Street Health, Inc., any security holder of Oak Street Health, Inc., or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each price within the ranges set forth in footnotes (2) and (3) to this Form 4.

2. Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $45.19 and maximum price was $46.18.

3. Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $46.19 and maximum price was $46.79.

**Remarks:**

/s/ Robert Guenthner, attorney-in-fact for Michael T. Pykosz     09/01/2021

** Signature of Reporting Person                                 Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| PYKOSZ MICHAEL T | Oak Street Health, Inc. [ OSH ] | X Director · · · · · · 10% Owner |
| (Last) · · (First) · · (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 09/07/2021 | X Officer (give title below) · · Other (specify below) |
| C/O OAK STREET HEALTH, INC. | | Chief Executive Officer |
| 30 W. MONROE ST., SUITE 1200 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (Street) | | X Form filed by One Reporting Person |
| CHICAGO · · IL · · 60603 | | Form filed by More than One Reporting Person |
| (City) · · (State) · · (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock, $0.001 par value | 09/07/2021 | | S[1] | | 6,280 | D | $50.814[2] | 7,660,960 | D | |
| Common Stock, $0.001 par value | 09/07/2021 | | S[1] | | 30,353 | D | $51.609[3] | 7,630,607 | D | |
| Common Stock, $0.001 par value | 09/07/2021 | | S[1] | | 13,367 | D | $52.418[4] | 7,617,240 | D | |
| Common Stock, $0.001 par value | | | | | | | | 790,274 | I | Through Mike Pykosz Gift Trust |
| Common Stock, $0.001 par value | | | | | | | | 250,000 | I | Through Lindsay Pykosz Revocable Trust |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The sales reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan previously adopted by the Reporting Person. The Reporting Person undertakes to provide to Oak Street Health, Inc., any security holder of Oak Street Health, Inc., or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each price within the ranges set forth in footnotes (2) through (4) to this Form 4.

2. Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $50.09 and maximum price was $51.085.

3. Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $51.09 and maximum price was $52.085.

4. Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $52.09 and maximum price was $52.825.

## Remarks:

| | |
|---|---|
| /s/ Robert Guenthner, attorney-in-fact for Michael T. Pykosz | 09/08/2021 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| PYKOSZ MICHAEL T | Oak Street Health, Inc. [ OSH ] | X Director      10% Owner |
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 09/21/2021 | X Officer (give title below)    Other (specify below) |
| C/O OAK STREET HEALTH, INC. | | Chief Executive Officer |
| 30 W. MONROE ST., SUITE 1200 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (Street) | | X Form filed by One Reporting Person |
| CHICAGO   IL   60603 | | Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock, $0.001 par value | 09/21/2021 | | S[(1)] | | 41,950 | D | $50.261[(2)] | 7,575,290 | D | |
| Common Stock, $0.001 par value | 09/21/2021 | | S[(1)] | | 8,050 | D | $50.978[(3)] | 7,567,240 | D | |
| Common Stock, $0.001 par value | | | | | | | | 790,274 | I | Through Mike Pykosz Gift Trust |
| Common Stock, $0.001 par value | | | | | | | | 250,000 | I | Through Lindsay Pykosz Revocable Trust |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The sales reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan previously adopted by the Reporting Person. The Reporting Person undertakes to provide to Oak Street Health, Inc., any security holder of Oak Street Health, Inc., or the staff of the Securities and Exchange Commission, upon

request, full information regarding the number of shares sold at each price within the ranges set forth in footnotes (2) and (3) to this Form 4.

2. Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $49.68 and maximum price was $50.67.

3. Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $50.68 and maximum price was $51.28.

**Remarks:**

| | |
|---|---|
| /s/ Robert Guenthner, attorney-in-fact for Michael T. Pykosz | 09/22/2021 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

| | | | |
|---|---|---|---|
| **FORM 4** | **UNITED STATES SECURITIES AND EXCHANGE COMMISSION**<br>Washington, D.C. 20549 | | OMB APPROVAL |

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*]<br>PYKOSZ MICHAEL T<br><br>(Last)　　　(First)　　　(Middle)<br>C/O OAK STREET HEALTH, INC.<br>30 W. MONROE ST., SUITE 1200<br>(Street)<br>CHICAGO　　IL　　60603<br>(City)　　(State)　　(Zip) | 2. Issuer Name **and** Ticker or Trading Symbol<br>Oak Street Health, Inc. [ OSH ]<br><br>3. Date of Earliest Transaction (Month/Day/Year)<br>10/05/2021<br><br>4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable)<br>X　Director　　　　10% Owner<br>X　Officer (give title below)　　Other (specify below)<br>　Chief Executive Officer<br><br>6. Individual or Joint/Group Filing (Check Applicable Line)<br>X　Form filed by One Reporting Person<br>　Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock, $0.001 par value | 10/05/2021 | | S[1] | | 38,794 | D | $41.556[2] | 7,528,446 | D | |
| Common Stock, $0.001 par value | 10/05/2021 | | S[1] | | 11,206 | D | $42.433[3] | 7,517,240 | D | |
| Common Stock, $0.001 par value | | | | | | | | 790,274 | I | Through Mike Pykosz Gift Trust |
| Common Stock, $0.001 par value | | | | | | | | 250,000 | I | Through Lindsay Pykosz Revocable Trust |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The sales reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan previously adopted by the Reporting Person. The Reporting Person undertakes to provide to Oak Street Health, Inc., any security holder of Oak Street Health, Inc., or the staff of the Securities and Exchange Commission, upon

request, full information regarding the number of shares sold at each price within the ranges set forth in footnotes (2) and (3) to this Form 4.

2. Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $40.895 and maximum price was $41.87.

3. Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $41.90 and maximum price was $42.77.

**Remarks:**

| | | |
|---|---|---|
| | /s/ Robert Guenthner, attorney-in-fact for Michael T. Pykosz | 10/06/2021 |
| | ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

| | | | |
|---|---|---|---|
| **FORM 4** | **UNITED STATES SECURITIES AND EXCHANGE COMMISSION**<br>Washington, D.C. 20549 | OMB APPROVAL | |
| | | OMB Number: | 3235-0287 |
| ☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b). | **STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP** | Estimated average burden | |
| | | hours per response: | 0.5 |

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*]<br><br>PYKOSZ MICHAEL T<br><br>(Last)　　　(First)　　　(Middle)<br><br>C/O OAK STREET HEALTH, INC.<br><br>30 W. MONROE ST., SUITE 1200<br>(Street)<br><br>CHICAGO　　　IL　　　60603<br>(City)　　　(State)　　　(Zip) | 2. Issuer Name **and** Ticker or Trading Symbol<br><br>Oak Street Health, Inc. [ OSH ]<br><br>3. Date of Earliest Transaction (Month/Day/Year)<br>05/19/2021<br><br>4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer<br>(Check all applicable)<br><br>X Director　　　　10% Owner<br>X Officer (give title below)　　Other (specify below)<br>　　Chief Executive Officer<br><br>6. Individual or Joint/Group Filing (Check Applicable Line)<br><br>X Form filed by One Reporting Person<br>　Form filed by More than One Reporting Person |
|---|---|---|

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock, $0.001 par value | 10/19/2021 | | S[(1)] | | 46,238 | D | $41.784[(2)] | 7,471,002 | D | |
| Common Stock, $0.001 par value | 10/19/2021 | | S[(1)] | | 3,762 | D | $42.278[(3)] | 7,467,240 | D | |
| Common Stock, $0.001 par value | | | | | | | | 790,274 | I | Through Mike Pykosz Gift Trust |
| Common Stock, $0.001 par value | | | | | | | | 250,000 | I | Through Lindsay Pykosz Revocable Trust |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The sales reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan previously adopted by the Reporting Person. The Reporting Person undertakes to provide to Oak Street Health, Inc., any security holder of Oak Street Health, Inc., or the staff of the Securities and Exchange Commission, upon

request, full information regarding the number of shares sold at each price within the ranges set forth in footnotes (2) and (3) to this Form 4.

2. Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $41.22 and maximum price was $42.21.

3. Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $42.22 and maximum price was $42.39.

**Remarks:**

| | |
|---|---|
| /s/ Robert Guenthner, attorney-in-fact for Michael T. Pykosz | 10/21/2021 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| PYKOSZ MICHAEL T | Oak Street Health, Inc. [ OSH ] | X Director   10% Owner |
| (Last)     (First)     (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X Officer (give title below)   Other (specify below) |
| C/O OAK STREET HEALTH, INC. | 11/03/2021 | Chief Executive Officer |
| 30 W. MONROE ST., SUITE 1200 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (Street) | | X Form filed by One Reporting Person |
| CHICAGO     IL     60603 | | Form filed by More than One Reporting Person |
| (City)     (State)     (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock, $0.001 par value | 11/02/2021 | | S[1] | | 23,833 | D | $45.111[2] | 7,443,407 | D | |
| Common Stock, $0.001 par value | 11/02/2021 | | S[1] | | 21,706 | D | $45.844[3] | 7,421,701 | D | |
| Common Stock, $0.001 par value | 11/02/2021 | | S[1] | | 4,161 | D | $47.205[4] | 7,417,540 | D | |
| Common Stock, $0.001 par value | 11/02/2021 | | S[1] | | 300 | D | $48.045[5] | 7,417,240 | D | |
| Common Stock, $0.001 par value | | | | | | | | 790,274 | I | Through Mike Pykosz Gift Trust |
| Common Stock, $0.001 par value | | | | | | | | 250,000 | I | Through Lindsay Pykosz Revocable Trust |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Date | Expiration | Amount or Number of | | | | | |

| | | | | Code | V | (A) | (D) | Exercisable | Date | Title | Shares | | (Instr. 4) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |

**Explanation of Responses:**

1. The sales reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan previously adopted by the Reporting Person. The Reporting Person undertakes to provide to Oak Street Health, Inc., any security holder of Oak Street Health, Inc., or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each price within the ranges set forth in footnotes (2) through (5) to this Form 4.

2. Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $44.55 and maximum price was $45.545.

3. Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $45.55 and maximum price was $46.47.

4. Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $46.68 and maximum price was $47.51.

5. Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $47.86 and maximum price was $48.275.

**Remarks:**

/s/ Robert Guenthner, attorney-in-fact for Michael T. Pykosz

11/03/2021

\*\* Signature of Reporting Person

Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**