UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REGINALD T. ALLISON, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:22-cv-00149 |
| Plaintiff, | CLASS ACTION |
| vs. | Judge Matthew F. Kennelly |
| OAK STREET HEALTH, INC., et al., | |
| Defendants. | |

LEAD PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY

4865-2619-6534.v3

Lead Plaintiffs respectfully request leave to file the attached supplemental authority in support of their Opposition to Defendants' Motion to Dismiss (ECF 63) ("Opp." or "Opposition").

After Lead Plaintiffs filed the Opposition, federal district court judges issued two opinions denying motions to dismiss securities fraud class actions pertinent to Lead Plaintiffs' arguments. First, in *City of Birmingham Relief & Ret. Sys. v. Acadia Pharms., Inc.*, 2022 WL 4491093 (S.D. Cal. Sept. 27, 2022) (attached hereto as Exhibit A), the court held that: (i) true statements of fact and expressions of opinion were actionable because they "omit[ted] additional material information whose absence ma[de] the fact or opinion misleading to a reasonable person reading the statement fairly and in context," (Ex. A at 8; *see* Opp. at 13-20); (ii) the individual defendants' roughly $45 million worth of stock sales were "substantial" and supported an inference of scienter, without allegations as to the defendants' stock holdings and with many sales executed pursuant to a 10b5-1 plan (Ex. A at 10-11; *see* Opp. at 28-29); and (iii) scienter was adequately alleged without any reference to internal documents or former employees, finding allegations such as the individual defendants' "'power and authority to control'" the statements and "'access to material information available to them but not to the public'" supported scienter (Ex. A at 10-11; *see* Opp. at 27-37).

Second, in *Kasilingam v. Tilray, Inc.*, 2022 WL 4537846 (S.D.N.Y. Sept. 28, 2022) (attached hereto as Exhibit B), the court: (i) rejected defendants' attempts "to contradict the allegations in the complaint" as "improper" (Ex. B at 1; *see* Opp. at 2, 12-13); (ii) held materiality was adequately pled "given the fall in [company] stock after the corrections were made" (Ex. B at 7; *see* Opp. at 22); (iii) found the individual defendant's stock sales of "over $28 million" during "the course of the Class Period" supported a strong inference of scienter (Ex. B at 3, 7; *see* Opp. at 28-29); and (iv) rejected defendants' argument that 10b5-1 plans negated scienter (Ex. B at 8; *see* Opp. at 29).

- 1 -

4865-2619-6534.v3

Because these opinions were issued after the Opposition was filed, and are relevant to the arguments therein, Lead Plaintiffs respectfully request that this motion be granted.

DATED:  October 4, 2022

ROBBINS GELLER RUDMAN & DOWD LLP
JAMES E. BARZ (IL Bar # 6255605)
FRANK A. RICHTER (IL Bar # 6310011)
CAMERAN M. GILLIAM (IL Bar # 6332723)


/s/Frank A. Richter
FRANK A. RICHTER

200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  630/696-4107
jbarz@rgrdlaw.com
frichter@rgrdlaw.com
cgilliam@rgrdlaw.com

DATED:  October 4, 2022

LABATON SUCHAROW LLP
CAROL VILLEGAS (*pro hac vice*)
CHRISTINE M. FOX (*pro hac vice*)
GUILLAUME BUELL (*pro hac vice*)
JAKE BISSELL-LINSK (*pro hac vice*)
JAMES M. FEE (*pro hac vice*)


/s/Christine M. Fox
CHRISTINE M. FOX

- 2 -

4865-2619-6534.v3

- 3 -

140 Broadway, 34th Floor
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)
cvillegas@labaton.com
cfox@labaton.com
gbuell@labaton.com
jbissell-linsk@labaton.com
jfee@labaton.com

*Lead Counsel for Lead Plaintiffs Central
Pennsylvania Teamsters Pension Fund - Defined
Benefit Plan, Central Pennsylvania Teamsters
Pension Fund - Retirement Income Plan 1987,
and Boston Retirement System, and Counsel for
Named Plaintiff City of Dearborn Police & Fire
Revised Retirement System*

4865-2619-6534.v3

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 4, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/Frank A. Richter
FRANK A. RICHTER

ROBBINS GELLER RUDMAN
    & DOWD LLP
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 630/696-4107

Email: frichter@rgrdlaw.com

4865-2619-6534.v3

## Mailing Information for a Case 1:22-cv-00149 Allison v. Oak Street Health, Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James E Barz**
  jbarz@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jake E. Bissell-Linsk**
  JBissell-Linsk@labaton.com,ndonlon@labaton.com,1106607420@filings.docketbird.com,lpina@labaton.com,electroniccasefiling@labaton.com

- **Guillaume Buell**
  gbuell@labaton.com,lpina@labaton.com,5797651420@filings.docketbird.com,ElectonicCaseFiling@labaton.com

- **Andrew Ehrlich**
  aehrlich@paulweiss.com,mao_fednational@paulweiss.com

- **James M. Fee**
  JFee@labaton.com,lpina@labaton.com,7935099420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Christine Marie Fox**
  cfox@labaton.com,ndonlon@labaton.com,lpina@labaton.com,6312349420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Carol V Gilden**
  cgilden@cohenmilstein.com,efilings_cmst@ecf.courtdrive.com,lhoeksema@cohenmilstein.com

- **Cameran Gilliam**
  cgilliam@rgrdlaw.com

- **Rebecca Rejeanne Kaiser**
  rfournier@sgrlaw.com

- **Marcella Louise Lape**
  marcella.lape@skadden.com,chdocket@skadden.com

- **Clare Lilek**
  Clare.Lilek@Skadden.com,chdocket@skadden.com

- **Francis P. Mcconville**
  fmcconville@labaton.com,lpina@labaton.com,drogers@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Marvin Alan Miller**
  Mmiller@millerlawllc.com,ajewell@millerlawllc.com,LFanning@millerlawllc.com,drobinson@millerlawlllc.com,JRamirez@millerlawllc.com

- **Scott D. Musoff**
  scott.musoff@skadden.com

- **Danielle S. Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Frank Anthony Richter**
  frichter@rgrdlaw.com,E_File_SD@rgrdlaw.com,bengfelt@rgrdlaw.com

- **Peter A. Silverman**
  psilverman@sgrlaw.com

- **Daniel Shiah Sinnreich**
  dsinnreich@paulweiss.com,mao_fednational@paulweiss.com

- **Carol C. Villegas**
  cvillegas@labaton.com,ndonlon@labaton.com,lpina@labaton.com,5739893420@filings.docketbird.com,electroniccasefiling@labaton.com,agreenbaum@labaton.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
City of Dearborn Police & Fire Revised Retirement System
,
```