**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| REGINALD T. ALLISON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>OAK STREET HEALTH, INC., et al.,<br><br>Defendants. | Case No. 1:22-cv-00149<br><br>Hon. Matthew F. Kennelly |

**MOTION FOR LEAVE TO FILE RESPONSE IN OPPOSITION TO LEAD PLAITNIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY**

Defendants Oak Street Health, Inc., Michael Pykosz, Timothy Cook, Geoff Price, Griffin Myers, Regina Benjamin, Carl Daley, Cheryl Dorsey, Mohit Kaushal, Kim Keck, Julie Klapstein, Paul Kusserow, Robbert Vorhoff, and Srdjan Vukovic (collectively, the "Oak Street Defendants"), respectfully move this Court for leave to file a response in opposition to Lead Plaintiffs' Motion for Leave to File Supplemental Authority (Dkt. No. 64) by Friday, October 7, 2022. In support, Defendants state the following:

1.      On September 26, 2022 Plaintiffs filed a response in opposition to Defendants' Motion to Dismiss (Dkt. No. 63) ("Opposition").

2.      October 4, 2022, Plaintiffs filed a motion for leave to file supplemental authority, which they claim supports their Opposition (Dkt. No. 64) ("Motion for Leave").

3.      Defendants oppose Plaintiffs' Motion for Leave, as it seeks to introduce two out-of-circuit, district court opinions that are not analogous to the instant case.

4.      Accordingly, Defendants respectfully seek leave to file a concise response in

1

opposition to Plaintiffs' Motion for Leave by Friday, October 7, 2022.

WHEREFORE, Defendants respectfully request leave to file a response to Lead Plaintiffs'

Motion for Leave to File Additional Authority (Dkt. No. 64) by Friday, October 7, 2022, and for

such other and further relief as this Court deems just.

Dated: October 5, 2022

*/s/ Andrew J. Ehrlich*
**PAUL, WEISS, RIFKIND, WHARTON &**
  **GARRISON LLP**
Andrew J. Ehrlich (*pro hac vice*)
Daniel S. Sinnreich (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Email: aehrlich@paulweiss.com
      dsinnreich@paulweiss.com

-and-

*/s/ Peter A. Silverman*
**SMITH, GAMBRELL & RUSSELL, LLP**
Peter A. Silverman (Il. ARDC # 6196081)
Rebecca R. Kaiser (Il ARDC # 6306280)
10 S. LaSalle Street, Suite 3600
Chicago, Illinois 60603
Telephone: 312-264-1004
Email: psilverman@sgrlaw.com
      rfournier@sgrlaw.com

***Counsel for the Oak Street Defendants***

**CERTIFICATE OF SERVICE**

I, Peter A. Silverman, an attorney, certify that on this 5th day of October, 2022, I caused a copy of the foregoing to be filed with the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.


/s/ Peter A. Silverman _____
Peter A. Silverman