**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| REGINALD T. ALLISON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>OAK STREET HEALTH, INC., et al.,<br><br>Defendants. | Case No. 1:22-cv-00149<br><br>Hon. Matthew F. Kennelly |

**SUPPLEMENTAL DECLARATION OF DANIEL S. SINNREICH IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS LEAD PLAINTIFFS' COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

I, Daniel S. Sinnreich, appearing before the Court *pro hac vice*, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.  I am counsel at the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, attorneys for Defendants Oak Street Health, Inc.; Michael Pykosz; Timothy Cook; General Atlantic LLC[1]; General Atlantic (OSH) Interholdco, L.P.; Newlight Partners LP; Newlight Harbour Point SPV LLC; and Geoff Price, Griffin Myers, Regina Benjamin, Carl Daley, Cheryl Dorsey, Mohit Kaushal, Kim Keck, Julie Klapstein, Paul Kusserow, Robbert Vorhoff, and Srdjan Vukovic in the above-captioned action. I previously submitted a declaration on July 25, 2022 in support of the motion by Defendants to dismiss Lead Plaintiffs' Complaint for Violations of the Federal Securities Laws (the "Complaint"). I respectfully submit this supplemental declaration in support of Defendants' motion to dismiss the Complaint.

---

[1]  The party named as a Defendant in the Complaint is "General Atlantic LLC," ECF No. 40 at ¶ 31, but this entity converted to General Atlantic, L.P., a Delaware limited partnership, on July 30, 2021.

1

2.      For the convenience of the Court, I submit this supplemental declaration to attach various records referred to in the Complaint and relied on and cited in Lead Plaintiffs' Opposition to Defendants' Motion to Dismiss (the "Opposition"), and discussed in the reply memorandum of law in support of Defendants' motion to dismiss the Complaint.

3.      Attached as Exhibit Y is the Office of Inspector General's Advisory Opinion No. 08-19, issued October 29, 2008. This document is cited in the Complaint at ¶ 71, and referenced on pages 8, 13, and 19 of the Opposition.

4.      Attached as Exhibit Z is the Office of Inspector General's Advisory Opinion No. 11-08, issued June 14, 2011. This document is cited in the Complaint at ¶ 59, and referenced on pages 6 and 19 of the Opposition.

5.      Attached as Exhibit AA is the Office of Inspector General's Advisory Opinion No. 15-13, issued October 14, 2015. This document is cited in the Complaint at ¶ 59, and referenced on pages 6 and 19 of the Opposition.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: Rockville Centre, New York
       October 26, 2022

_____
Daniel S. Sinnreich

2