**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Reginald T. Allison, et al.

                        Plaintiff,

v.                                                      Case No.: 1:22–cv–00149
                                                        Honorable Matthew F. Kennelly

Oak Street Health, Inc., et al.

                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Saturday, February 25, 2023:

    MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the parties' joint status report and adopts the proposed schedule it contains. Defendant's answer is to be filed by 3/10/2023. By 3/17/2023, the parties are to submit a proposed confidentiality order and are to serve document requests for which "substantial completion" applies. By 3/24/2023, the parties are to reach an agreement on an ESI protocol and are to serve Rule 26(a)(1) disclosures. The deadline for substantial completion of document production is 9/15/2023. The parties are to discuss the possibility of private mediation by 9/22/2023. Motion for class certification is to be filed by 9/29/2023; response is to be filed by 11/29/2023; reply is to be filed by 1/29/2024. Deadline for amending the complaint (under the Rules, leave of Court will be required) is 12/15/2023. Fact discovery is to be completed by 3/15/2024. Rule 26(a)(2) disclosure for party with burden of proof are to be served by 4/18/2024; rebuttal reports are to be served by 5/23/2024; reply reports are to be served by 6/27/2024. Expert discovery is to be completed by 7/25/2024. Deadline for filing dispositive motions is 8/20/2024; response is to be filed by 10/23/2024; reply is to be filed by 11/26/2024. The telephonic status hearing set for 3/6/2023 is vacated and reset to 5/9/2023 at 8:50 a.m., using call–in number 888–684–8852, access code 746–1053. A further joint status report detailing the progress of discovery is to be filed on 5/2/2024. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.