**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| REGINALD T. ALLISON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>OAK STREET HEALTH, INC., et al.,<br><br>Defendants. | Case No. 1:22-cv-00149<br><br><u>CLASS ACTION</u><br><br>Hon. Jeffrey I. Cummings |

**INDEX OF EXHIBITS TO PLAINTIFFS' OPPOSED MOTION**
**FOR CLASS CERTIFICATION AND APPOINTMENT OF**
**<u>CLASS REPRESENTATIVES AND CLASS COUNSEL</u>**

Exhibit 1    Expert Report of Chad Coffman, CFA

Exhibit 2    Declaration of Joseph Samolewicz on Behalf of Central Pennsylvania Teamsters Pension Fund In Support of Lead Plaintiffs' Motion for Class Certification

Exhibit 3    Declaration of Timothy J. Smyth on Behalf of Boston Retirement System In Support of Lead Plaintiffs' Motion for Class Certification

Exhibit 4    Declaration of Robert Festerman on Behalf of City of Dearborn Police & Fire Revised Retirement System In Support of Lead Plaintiffs' Motion for Class Certification

Exhibit 5    Robbins Geller Rudman & Dowd LLP Firm Resume

Exhibit 6    Labaton Sucharow LLP Firm Resume

Exhibit 7    September 16, 2020 Truist Securities Analyst Report regarding Oak Street Health, titled, "Comments on 2Q - Well Positioned For Robust Growth, Development Activity Ramping Nicely"