# EXHIBIT 7

**Quick Thoughts**
September 16, 2020

# TRUIST HH

**Truist Securities**

# Oak Street Health, Inc. (OSH)

## Comments On 2Q - Well Positioned For Robust Growth, Development Activity Ramping Nicely

**Buy**

Price Target: $56.00
Price: $41.51

- **2Q Results And 3Q/Full Year Guidance.** We remain bullish on Oak Street Health given its high-touch, personalized primary care model and purpose build technology platform, which we expect to continue to drive strong outcomes within the Medicare eligible population and drive outsized growth for the foreseeable future. 2Q results were in-line with total revenue of $214.4M, adjusted EBITDA of ($17.6M), and a net loss of ($26.8M). During the Q, Oak Street cared for ~57.5K at-risk patients, representing 67% of its total patient population. In conjunction with the release, management also provided 3Q and full year 2020 guidance. For 3Q, the company expects to generate net revenue of $210M - $214M and adjusted EBITDA of ($35M) - ($30M), both bracketing our estimates ($212.4M and -$31.9M), with center count expected to be 66-67 and at-risk patients of 58.5K-59K (vs. Truist Securities 66E and 58.9KE). Full year 2020 guidance is also in-line with our thinking with revenue of $843M - $853M (vs. our $851ME), adjusted EBITDA of ($110M) to ($100M) (vs. our -$103ME), center count of 72 - 74 (vs. our 73E) and at risk patients of 61K - 63K (vs. our 62.4KE). In addition, the company completed its initial public offering during the Q, raising $351.7M in net proceeds.

- **Making Strong Headway On Development And Strategic Initiatives**. While Oak Street paused new center development during the initial stages of the pandemic, the company has resumed development activity with the opening of 12 centers of the last six weeks including three new markets, bringing the aggregate footprint to 66 centers. We continue to view the model as highly scalable/repeatable, and given full year guidance and no shortage of white space, we expect the new center pace to remain robust over the remainder of the year and into 2021. We also remain bullish on the recently announced Walmart collaboration (WMT, Not Rated) which will establish Oak Street Health clinics in three supercenters in the Dallas-Fort Worth market this year. We expect the partnership to further accelerate development, like the attractive clinic ROIC, think the convenient setting overlaps well with OSH's target market creating an opportunity for new patients, and see attractive growth potential within the relationship over time given Walmart's sizable presence, growing healthcare focus and senior heavy foot traffic. We remain bullish on Oak Street Health, reiterate our Buy rating and will provide additional details following the 8am ET earnings call.

**David S. MacDonald**
617-345-6534
David.Macdonald@truist.com

Casey Fowler
617-646-5019
Casey.Fowler@truist.com

**SEE PAGE 2 FOR REQUIRED DISCLOSURE INFORMATION**

TRUIST00000027

## Valuation and Risks

Oak Street Health trades at ~6x 2022E sales, roughly in-line with the average multiple for similar high-growth healthcare services companies with differentiating technology platforms. With strong demographic tailwinds, a comprehensive offering targeting a high cost/complex population, significant room for expansion, and a unique/differentiated IT platform, we see plenty of opportunity for ongoing growth, and expect attractive cash flow benefits as centers continue to mature. Our $56 price target is based on OSH trading at 8x 2022E sales, a premium to the group average which we view as appropriate.

Risks to our rating and price target include termination or failure to renew payor contracts (particularly high concentration ones), adverse pricing changes by payors or CMS, a slow in mix shift towards Medicare Advantage, and failure to expand/attract new patients.

## Companies Mentioned in This Note

Walmart (WMT, Not Rated)

## Analyst Certification

I, David S. MacDonald , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

Truist Securities, Inc. or an affiliate managed or co-managed a securities offering for the following company within the last 12 months: OSH-US

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.



## Truist Securities Ratings System for Equity Securities

### Dissemination of Research

Truist Securities, Inc. ("Truist Securities") seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://truistresearch.bluematrix.com/client/library.jsp.

Please email the Research Department at EquityResearchDepartment@research.truist.com or contact your Truist Securities sales representative.

### Truist Securities Rating System for Equity Securities

Truist Securities, Inc. ("Truist Securities") rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**Buy (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – Truist Securities does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that Truist Securities' rating and/or target price have been temporarily suspended due to applicable regulations and/or Truist Securities Management discretion. The previously published rating and target price should not be relied upon.

Truist Securities analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of Truist Securities Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

**Legend for Rating and Price Target History Charts:**

B = Buy

H = Hold

S = Sell

D = Drop Coverage

CS = Coverage Suspended

NR = Not Rated

I = Initiate Coverage

T = Transfer Coverage

Truist Securities ratings distribution (as of 09/16/2020):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| **Rating** | **Count** | **Percent** | **Rating** | **Count** | **Percent** |
| Buy | 458 | 64.06% | Buy | 168 | 36.68% |
| Hold | 241 | 33.71% | Hold | 61 | 25.31% |
| Sell | 16 | 2.24% | Sell | 3 | 18.75% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. Truist Securities, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some over the-counter securities mentioned herein. Opinions expressed are subject to change without notice.

Truist Securities, Inc.'s research is provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million.

Truist Securities, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of Truist Financial Corporation. Truist Securities, Inc. is owned by Truist Financial Corporation and affiliated with SunTrust Investment Services, Inc. and BB&T Securities, LLC. Despite this affiliation, securities recommended, offered, sold by, or held at Truist Securities, Inc., SunTrust Investment Services, Inc. or BB&T Securities, LLC (i) are not insured

TRUIST00000029

by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Truist Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. Truist Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including valuation and risks, Link: https://truist.bluematrix.com/sellside/Disclosures.action

Please visit the Truist Securities (formerly known as SunTrust Robinson Humphrey) equity research library for current reports and the analyst roster with contact information, Link (password protected): TRUIST RESEARCH LIBRARY

Truist Securities, Inc., member FINRA and SIPC. Truist and Truist Securities are service marks of Truist Financial Corporation.

If you no longer wish to receive this type of communication, please request removal by sending an email to EquityResearchDepartment@Research.Truist.com

© Truist Securities, Inc. 2020. All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

ADDITIONAL INFORMATION IS AVAILABLE at our website, TruistSecurities.com, or by writing to: Truist Securities, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070

TRUIST00000030