# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REGINALD T. ALLISON, Individually and on Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>-against-<br><br>OAK STREET HEALTH INC., et al.,<br><br>         Defendants. | Case No. 1:22-cv-00149<br><br>Honorable Jeffrey I. Cummings |

## DEFENDANT'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Oak Street Health, Inc. files this supplement to its Corporate Disclosure Statement and Notification as to Affiliates filed March 29, 2022 (ECF No. 31) and states that as of its May 2, 2023 merger with CVS Pharmacy, Inc., Oak Street Health is a wholly owned indirect subsidiary of CVS Health Corporation and CVS Pharmacy, Inc. and is no longer a publicly traded company. To the best of Oak Street Health, Inc.'s knowledge, the following entities and individuals fall within the definition of "affiliate" under Local Rule 3.2: CVS Health Corporation, CVS Pharmacy, Inc., Halo HoldCo II, Inc., and Halo HoldCo I, Inc.

DATED: January 5, 2024

Respectfully submitted,

/s/ Staci L. Yablon
Andrew J. Ehrlich (*pro hac vice*)
Staci L. Yablon (*pro hac vice*)
Alison R. Benedon (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019-6064

Telephone: 212-373-3000
Facsimile: 212-373-3990
Email: aehrlich@paulweiss.com
Email: syablon@paulweiss.com
Email: abenedon@paulweiss.com

-and-

Peter A. Silverman (Il. ARDC #6196081)
Lisa M. Mazzone (Il. ARDC #6303922)
**SMITH, GAMBRELL & RUSSELL, LLP**
10 S. Lasalle Street, Suite 3600
Chicago, Illinois 60603
Telephone: 312-264-1004
Facsimile: 312-251-4610
Email: psilverman@sgrlaw.com
Email: lmazzone@sgrlaw.com

***Counsel for Defendant Oak Street Health, Inc.***

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing was electronically filed with this Court's CM/ECF system on January 5, 2024, and accordingly served automatically on all counsel of record.

/s/ *Staci L. Yablon*