**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| REGINALD T. ALLISON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>OAK STREET HEALTH, INC., et al.,<br><br>Defendants. | Case No. 1:22-cv-00149<br><br>Hon. Jeffrey I. Cummings |

**DECLARATION OF STACI YABLON IN OPPOSITION TO PLAINTIFFS' OPPOSED MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS <u>REPRESENTATIVES AND CLASS COUNSEL</u>**

I, Staci Yablon, appearing before the Court *pro hac vice*, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.       I am a partner at the law firm Paul, Weiss, Rifkind, Wharton & Garrison, LLP, attorneys for Defendants Oak Street Health, Inc. ("Oak Street"); Michael Pykosz; Timothy Cook; Geoff Price, Griffin Myers; General Atlantic LLC; General Atlantic (OSH) Interholdco, L.P.; Newlight Partners LP; and Newlight Harbour Point SPV LLC in the above-captioned action.  I respectfully submit this declaration in support of Defendants' Opposition to Plaintiffs' Opposed Motion for Class Certification and Appointment of Class Representatives and Class Counsel (the "Opposition").

2.       This declaration attaches various exhibits referred to by the Opposition.  Certain exhibits have been excerpted due to length; Defendants will provide complete copies of these exhibits at the Court's request.

1

3.     Attached as Exhibit 1 is a true and correct copy of excerpts of the Form S-1/A filed by Oak Street on August 5, 2020.

4.     Attached as Exhibit 2 is a true and correct copy of excerpts of the Form 8-K filed by Oak Street on August 11, 2020.

5.     Attached as Exhibit 3 is a true and correct copy of excerpts of the Form S-1 filed by Oak Street on November 30, 2020.

6.     Attached as Exhibit 4 is a true and correct copy of excerpts of the Form S-1 filed by Oak Street on February 8, 2021.

7.     Attached as Exhibit 5 is a true and correct copy of excerpts of the Form S-1 filed by Oak Street on May 24, 2021.

8.     Attached as Exhibit 6 is a true and correct copy of a presentation titled, "Client Awareness Program," produced bearing Bates number range OAKSTREET01446645-665.

9.     Attached as Exhibit 7 is a true and correct copy of a Marketing Participation Agreement, produced bearing Bates number range OAKSTREET00107940-957.

10.     Attached as Exhibit 8 is a true and correct copy of the transcript of the deposition of Robert Festerman, corporate designee of City of Dearborn Police & Fire Revised Retirement System ("Dearborn"), taken in connection with the instant litigation on January 12, 2024, in Detroit, Michigan.

11.     Attached as Exhibit 9 is a true and correct copy of the transcript of the deposition of Paul Von Kuster, corporate designee of Peregrine Capital Management ("Peregrine"), taken virtually in connection with the instant litigation on February 7, 2024.

2

12. Attached as Exhibit 10 is a true and correct copy of an investment management agreement between Dearborn and Peregrine, dated March 18, 2015, produced bearing Bates number range OSH_DEARBORN_00004447-450.

13. Attached as Exhibit 11 is a true and correct copy of Peregrine's Form ADV Part 2A, bearing Bates number range PEREGRINE_007415-440.

14. Attached as Exhibit 12 is a true and correct copy of a Peregrine transaction report, produced bearing Bates number range PEREGRINE_005875-876.

15. Attached as Exhibit 13 is a true and correct copy of an email from Tim Cook to Paul von Kuster, dated November 13, 2020, Re: "Question on," produced bearing Bates number range PEREGRINE_001240-243.

16. Attached as Exhibit 14 is a true and correct copy of an email from Tim Cook to Paul von Kuster, dated June 14, 2021, Re: "Question on Aduhelm," produced bearing Bates number range PEREGRINE_003186-187.

17. Attached as Exhibit 15 is a true and correct copy of an email from Paul von Kuster to Tim Cook, dated November 11, 2015, Re: "Question on some of OSH's metrics," produced bearing Bates number range PEREGRINE_003901-903.

18. Attached as Exhibit 16 is a true and correct copy of an email from Tim Cook to Paul von Kuster, dated January 6, 2022, Re: "Question on MA," produced bearing Bates number range PEREGRINE_004248-249.

19. Attached as Exhibit 17 is a true and correct copy of a draft email prepared by Paul von Kuster, dated November 8, 2021, produced bearing Bates number range PEREGRINE_003724-725.

3

20. Attached as Exhibit 18 is a true and correct copy of an email from Marie Racine to employees of Dearborn and others, dated March 29, 2022, Re: "Dearborn P&F Retirement System Ch 23 Oak Street Health – Hold Request," attaching a letter from Marie T. Racine to the Peregrine Small Cap Growth Team, produced bearing Bates number range GRAYSTONE_00000001-002.

21. Attached as Exhibit 19 is a true and correct copy of the transcript of the deposition of Timothy Smyth, corporate designee of Boston Retirement System ("BRS"), taken in connection with the instant litigation on January 25, 2024, in Boston, Massachusetts.

22. Attached as Exhibit 20 is a true and correct copy of the transcript of the deposition of Joseph Samolewicz, corporate designee of Central Pennsylvania Teamsters Pension Fund – Defined Benefit Plan ("CPAT Defined Benefit Plan") and Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987 ("CPAT Retirement Income Plan 1987"), taken in connection with the instant litigation on January 18, 2024, in Reading, Pennsylvania.

23. Attached as Exhibit 21 is a true and correct copy of the transcript of the virtual deposition of Garth Jonson, corporate designee of Westfield Capital Management ("Westfield"), taken virtually in connection with the instant litigation on February 13, 2024.

24. Attached as Exhibit 22 is a true and correct copy of an email from Matt Renna to Will Muggia, Alla Wagner, Garth Jonson, and Westfield's Investment Committee, dated November 9, 2021, Re: "Oak Street Health reports Q3 EPS ($0.49) vs FactSet ($0.42) [17 est, ($0.54)-(0.18)] ($47.02,0.00)," produced bearing Bates number range WCMC00000126-128.

25. Attached as Exhibit 23 is a true and correct copy of a letter from Duncan M. Reese to John Natoli and an investment management agreement between BRS and Westfield, dated August 18, 2003, produced bearing Bates number range OSH_BRS_00000028-046.

26. Attached as Exhibit 24 is a true and correct copy a Westfield Small/Mid Cap Growth Equity quarterly report titled, "Small/Mid Cap Growth Equity Investment Commentary Third Quarter 2021," produced bearing Bates number range WCMC00000004-007.

27. Attached as Exhibit 25 is a true and correct copy of BRS's Investment Objectives and Guidelines, produced bearing Bates number range OSH_BRS_00000082-092.

28. Attached as Exhibit 26 is a true and correct copy of a CPAT Defined Benefit Plan transaction summary for sales or purchases of Oak Street stock from July 6, 2020 to May 25, 2022, produced bearing Bates number WCMC00000002.

29. Attached as Exhibit 27 is a true and correct copy of a CPAT Retirement Income Plan 1987 transaction summary for sales and purchases of Oak Street stock from July 6, 2020 to May 25, 2022, produced bearing Bates number WCMC00000003.

30. Attached as Exhibit 28 is a true and correct copy of the Declaration of Kimberlee Koskiewicz on behalf of Equiniti Trust Company, LLC, formerly American Stock Transfer & Trust Company, LLC, dated February 15, 2024.

31. Attached as Exhibit 29 is a true and correct copy of the Declaration of Ann Marie Bria on behalf of the Depositary Trust Company, dated February 15, 2024.

32. Attached as Exhibit 30 is a true and correct copy of the Expert Report of Jack R. Wiener, J.D., dated February 20, 2024.

33. Attached as Exhibit 31 is a true and correct copy of excerpts of the Form 424B4 filed by Oak Street on August 7, 2020.

34. Attached as Exhibit 32 is a true and correct copy of excerpts of the Form 424B4 filed by Oak Street on December 4, 2020.

35.      Attached as Exhibit 33 is a true and correct copy of a Rule 144 Opinion provided by Kirkland & Ellis, LLP to the American Stock Transfer & Trust Company, LLC, dated April 12, 2021.

36.      Attached as Exhibit 34 is a true and correct copy of Form 4 for a transaction occurring on March 25, 2021, dated March 26, 2021.

37.      Attached as Exhibit 35 is a true and correct copy of Form 4 for a transaction occurring on April 8, 2021, dated April 12, 2021.

38.      Attached as Exhibit 36 is a true and correct copy of the Expert Report of Cliff Ang, dated February 20, 2024.

39.      Attached as Exhibit 37 is a true and correct copy of the transcript of the deposition of Chad Coffman, expert witness for Plaintiffs, taken in connection with the instant litigation on January 23, 2024, in Chicago, Illinois.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: New York, New York
          February 20, 2022

_____
Staci Yablon

6