# Exhibit 4

**Table of Contents**

As filed with the Securities and Exchange Commission on February 8, 2021

No. 333-

# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## FORM S-1

## REGISTRATION STATEMENT
*UNDER*
*THE SECURITIES ACT OF 1933*

# Oak Street Health, Inc.
#### (Exact name of registrant as specified in its charter)

| Delaware | 8000 | 84-3446686 |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification No.) |

**30 W. Monroe Street**
**Suite 1200**
**Chicago, Illinois 60603**
**Telephone: (312) 733-9730**
(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)

**Mike Pykosz**
**Chief Executive Officer**
**30 W. Monroe Street**
**Suite 1200**
**Chicago, Illinois 60603**
**Telephone: (312) 733-9730**
(Name, address, including zip code, and telephone number, including area code, of agent for service)

Copies of all communications, including communications sent to agent for service, should be sent to:

| | |
|---|---|
| Robert M. Hayward, P.C. | Michael Kaplan |
| Robert E. Goedert, P.C. | Pedro J. Bermeo |
| Michael P. Keeley | Davis Polk & Wardwell LLP |
| Kirkland & Ellis LLP | 450 Lexington Avenue |
| 300 North LaSalle | New York, New York 10017 |
| Chicago, IL 60654 | (212) 450 4000 |
| United States | |
| (312) 862-2000 | |

Approximate date of commencement of proposed sale to the public: As soon as practicable after this Registration Statement becomes effective.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box: ☐

If this Form is filed to registered additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

### CALCULATION OF REGISTRATION FEE

| Title of Each Class of Securities to be Registered | Amount to be Registered(1) | Proposed Maximum Offering Price Per Share(2) | Proposed Maximum Offering Price(1)(2) | Amount of Registration Fee |
|---|---|---|---|---|
| Common Stock, par value $0.001 per share | 10,350,000 | $53.63 | $555,070,500 | $60,559 |

(1)  Includes the aggregate offering price of 1,350,000 shares of common stock subject to the underwriters' option to purchase additional shares from certain of the selling shareholders.

(2)  Estimated solely for the purpose of calculating the registration fee pursuant to Rule 457(c) under the Securities Act of 1933, based on the average high and low prices of the registrant's common stock on February 5, 2021. as reported on the New York Stock Exchange.

**The registrant hereby amends this Registration Statement on such date or dates as may be necessary to delay its effective date until the registrant shall file a further amendment which specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933 or until this Registration Statement shall become effective on such date as the Securities and Exchange Commission, acting pursuant to said Section 8(a), may determine.**

**Table of Contents**

**The information in this prospectus is not complete and may be changed. The selling shareholders may not sell these securities until the registration statement filed with the Securities and Exchange Commission is effective. The prospectus is not an offer to sell these securities nor a solicitation of an offer to buy these securities in any jurisdiction where the offer and sale is not permitted.**

**Subject to Completion, Dated February 8, 2021**

# 9,000,000 Shares



## COMMON STOCK

The selling shareholders identified in this prospectus are offering an aggregate of 9,000,000 shares of common stock. We are not selling any shares under this prospectus and will not receive any proceeds from the sale of shares by the selling shareholders. Our common stock is listed on the New York Stock Exchange under the symbol "OSH." On February 5, 2021, the last reported sale price of our common stock on the New York Stock Exchange was $53.53 per share. The final public offering price will be determined through negotiations between the selling shareholders and the lead underwriters in this offering and the recent market price used throughout this prospectus may not be indicative of the actual offering price.

Upon completion of this offering, affiliates of each of General Atlantic and Newlight (each as defined herein, together the "Lead Sponsors") will beneficially own approximately 48.7% of our issued and outstanding shares of common stock (or 48.2% of our issued and outstanding shares of common stock if the underwriters' option to purchase additional shares is exercised in full) assuming the number of shares offered by the affiliates of the Lead Sponsors, as set forth in the section titled "Principal and Selling Shareholders", remains the same. As a result, we expect that we will cease to be a "controlled company" as defined under the New York Stock Exchange listing rules and we will no longer rely on exemptions from corporate governance requirements that are available to controlled companies.

We are an "emerging growth company" as defined under the federal securities laws, and as such, we have elected to comply with certain reduced reporting requirements for this prospectus and may elect to do so in future filings.

See "**Risk Factors**" beginning on page 22 to read about factors you should consider before buying shares of our common stock.

Neither the Securities and Exchange Commission nor any other regulatory body has approved or disapproved of these securities or passed upon the accuracy or adequacy of this prospectus. Any representation to the contrary is a criminal offense.

|  | Per Share | Total |
|---|---|---|
| Public offering price | $ | $ |
| Underwriting discount(1) | $ | $ |
| Proceeds, before expenses, to the selling shareholders. | $ | $ |

(1)   See "Underwriting" for a description of compensation payable to the underwriters.

The underwriters may also exercise their option to purchase up to an additional 1,350,000 shares from the selling shareholders, at the public offering price, less the underwriting discount, for 30 days after the date of this prospectus.

The underwriters expect to deliver the shares of common stock against payment in New York, New York on , 2021.

**J.P. Morgan**              **Goldman Sachs & Co. LLC**                    **Morgan Stanley**

**William Blair**

                                                                                              **Piper Sandler**

**Prospectus dated , 2021.**

Table of Contents

**TABLE OF CONTENTS**

| | Page |
|---|---|
| Prospectus Summary | 1 |
| Risk Factors | 22 |
| Forward-Looking Statements | 65 |
| Market and Industry Data | 68 |
| Use of Proceeds | 69 |
| Dividend Policy | 70 |
| Organizational Transactions | 71 |
| Capitalization | 74 |
| Dilution | 75 |
| Selected Consolidated Financial Data | 76 |
| Management's Discussion and Analysis of Financial Condition and Results of Operations | 78 |
| Business | 110 |
| Management | 142 |
| Executive Compensation | 150 |
| Principal and Selling Shareholders | 156 |
| Certain Relationships and Related Party Transactions | 159 |
| Description of Capital Stock | 163 |
| Shares Eligible for Future Sale | 170 |
| Material U.S. Federal Income Tax Consequences to Non-U.S. Holders | 173 |
| Underwriting | 177 |
| Legal Matters | 188 |
| Experts | 189 |
| Where you Can Find More Information | 190 |
| Index to Consolidated Financial Statements | F-1 |

Neither we, the selling stockholders or the underwriters have authorized anyone to provide you with any information or to make any representations other than those contained or incorporated by reference in this prospectus or in any free writing prospectuses we have authorized for use in connection with this offering. We, the selling shareholders and the underwriters take no responsibility for, and can provide no assurance as to the reliability of, any other information that others may give you. The selling shareholders are offering to sell, and seeking offers to buy, shares of our common stock only in jurisdictions where offers and sales are permitted. The information contained or incorporated by reference in this prospectus or in any applicable free writing prospectus is accurate only as of its date, regardless of its time of delivery or of any sale of our common stock. Our business, financial condition, results of operations and future growth prospects may have changed since that date.

For investors outside of the United States, neither we, the selling shareholders nor any of the underwriters have done anything that would permit this offering or possession or distribution of this prospectus in any jurisdiction where action for that purpose is required, other than in the United States. You are required to inform yourselves about, and to observe any restrictions relating to, this offering and the distribution of this prospectus outside of the United States.

Table of Contents

## BASIS OF PRESENTATION

In connection with our initial public offering ("IPO") in August 2020, we effected certain organizational transactions. Unless otherwise stated or the context otherwise requires, all information in this prospectus reflects the consummation of the organizational transactions, including the IPO, which we refer to collectively as the "Organizational Transactions." See "Organizational Transactions" for a description of the Organizational Transactions and a diagram depicting our structure after giving effect to the Organizational Transactions.

Unless we state otherwise or the context otherwise requires, the terms "we," "us," "our," "our business" and "our company" and similar references refer: (1) on or following the consummation of the Organizational Transactions, to Oak Street Health, Inc. and its consolidated subsidiaries, including Oak Street Health, LLC and its affiliated medical groups, and (2) prior to the consummation of the Organizational Transactions, to Oak Street Health, LLC and its consolidated subsidiaries, including its affiliated medical groups.

We are a holding company and our sole asset is the capital stock of our wholly owned subsidiaries, including Oak Street Health, LLC. Oak Street Health, Inc. operates and controls all of the business and affairs and consolidates the financial results of Oak Street Health, LLC. Oak Street Health, LLC is the predecessor of the issuer, Oak Street Health, Inc., for financial reporting purposes. The Organizational Transactions are considered transactions between entities under common control. As a result, the financial statements for periods prior to the IPO and the Organizational Transactions have been adjusted to combine the previously separate entities for presentation purposes.

Table of Contents

Table of Contents

**PROSPECTUS SUMMARY**

This summary highlights selected information contained elsewhere in this prospectus. This summary does not contain all of the information that you should consider before investing in our common stock. For a more complete understanding of us and this offering, you should read and carefully consider the entire prospectus, including the more detailed information set forth under "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" and our consolidated financial statements and the related notes. Some of the statements in this prospectus are forward-looking statements. See "Forward-Looking Statements."

**Overview**

Since our founding in 2012, our mission has been to build a primary care delivery platform that directly addresses rising costs and poor outcomes, two of the most pressing challenges facing the United States healthcare industry. Our patient-centered approach focuses on meaningfully improving the quality of care for the most at-risk populations. It represents the frontline implementation of the solutions addressing the most powerful trends in healthcare, mainly the shift towards value-based care and increasing patient consumerism. Our approach disrupts the current state of care delivery for Medicare-eligible patients and aligns the incentives of our patients, our providers and our payors by simultaneously improving health outcomes and care quality, lowering medical costs and improving the patient experience.

To pursue our mission, we created a *technology-enabled*, *integrated* platform, which we refer to as the Oak Street Platform, to deliver *value-based* care *focused* exclusively on Medicare patients. The key attributes that differentiate the Oak Street Platform include:

- *Our patient focus.* We are focused on the Medicare-eligible population, which generally has consistent, clinically cohesive needs and which we believe represents the greatest potential for cost savings, while still benefiting patient health outcomes, in our current healthcare system.
- *Our technology-enabled model.* We leverage technology that compiles and analyzes comprehensive patient data and provides actionable health insights through applications that are embedded in care delivery workflows, including at the point of patient-provider interaction.
- *Our integrated approach to care delivery.* We integrate a personalized approach to primary care, proactive management of our patients' health needs and expanded preventive services to keep our patient population healthy, reducing the number of hospitalizations and other expensive and unnecessary utilization of the healthcare system. As such, we focus on delivering what we believe to be the right care in the right setting, encouraging our patients to visit us in our centers, while also offering robust virtual and digital engagement options.
- *Our value-based relationships.* Our value-based capitation contracts reward us for providing high-quality care rather than driving a high volume of services.

According to the Centers for Medicare & Medicaid Services ("CMS"), healthcare spending in the United States reached nearly $3.6 trillion in 2018 and Medicare accounted for more than $700 billion of spending in 2019. We believe the core addressable market for the Oak Street Platform is the approximately 27 million Medicare eligibles in our target demographic, which we believe represents an approximately $325 billion annual industry revenue opportunity. We determine the core addressable market by multiplying an average annual revenue of $12,000 per member, which is derived from our experience and industry knowledge and which we believe represents a reasonable national assumption, by the number of Medicare eligibles in our target markets. Average spending on Medicare is projected by CMS to grow approximately 7% annually, driven primarily by the aging United States population as well as the high prevalence of chronic conditions and the associated cost of care for these conditions among the Medicare eligible population.

1

Table of Contents

We reimagined the approach to caring for a patient population with a high prevalence of chronic conditions and purpose-built the Oak Street Platform to improve health outcomes and combat wasteful spending. The Oak Street Platform consists of (i) *Our Centers*, (ii) *Our Interdisciplinary Care Teams*, (iii) *Canopy: Our Purpose-Built, End-to-End Technology* and (iv) *Our Care Delivery Approach*. Based on our patients' health metrics, we believe that the Oak Street Platform provides a measurably higher-quality alternative to the status quo, including an approximately 51% reduction in hospital admissions, 42% reduction in 30-day readmission rates and 51% reduction in emergency department visits, all while maintaining a Net Promoter Score of 90 across our patients based on survey data we gathered from patients after their physician visits from June 2018 until March 2020. For information on how these statistics are calculated, see "Market and Industry Data." Additionally, the Oak Street Platform is engineered to be scalable and we have demonstrated our ability to grow our model rapidly across multiple markets.

Although we have incurred net losses since inception, we believe that the Oak Street Platform has enabled us to create a healthcare model where all constituencies involved have the ability to "Win." Our patients, payors and providers are incentivized to adopt the Oak Street Platform and each has the potential to benefit in a meaningful way.

- *Patients*. We leverage our differentiated care delivery model to improve the health of our patients, effectively manage their chronic conditions and avoid unnecessary hospitalizations while greatly improving their patient experience.
- *Payors*. We enter into arrangements with Medicare Advantage ("MA") plans to manage the care of our patients, allowing us to control the plans' medical costs, increase the plans' Medicare quality scoring, improve the plans' profit margin and help the plans grow membership.
- *Providers*. We enable our providers to focus on improving the lives of their patients and improve their job satisfaction by providing them with meaningful clinical support and customized technology resources.

We believe we can translate these "Wins" into economic benefits. Since 2016, our performance has been driven by our multi-year, contractual arrangements with payors on a per patient, per month ("PPPM") basis, which create recurring revenue streams and provide significant visibility into our financial growth trajectory. By focusing on interventions that keep our patients healthy, we can capture the cost savings the Oak Street Platform creates and reinvest them in our care model. We believe these investments lead to better outcomes and improved patient experiences, which will drive further cost savings, power patient retention and enable us to attract new patients. We believe increasing cost savings over a growing patient population will deliver an even greater surplus to the organization, enabling us to reinvest to scale and fund new centers, progress our care model and enhance our technology. This virtuous cycle has created compelling economics at the center level, with our four centers with more than 2,000 at-risk patients for at least the last three months as of September 30, 2020 operating at 84% weighted average capacity and generating total revenues, excluding capitated revenue associated with Medicare Part D, of $98.0 million and weighted average center-level contribution margins (defined as (i) patient revenue, excluding Medicare Part D revenue minus (ii) the sum of (a) medical claims expense, excluding Medicare Part D related expenses, and (b) cost of care, excluding depreciation and amortization) of 25%. As of September 30, 2020, those four centers, as well as an additional 30 of our 67 centers, had positive center-level contribution margins, and the overall average center-level contribution margin across all of our centers, including those opened during the quarter ended September 30, 2020 was 10%.

We have demonstrated an ability to rapidly scale, expanding our model to a network of 67 centers, in 16 markets across 10 states, which provided care for approximately 89,500 patients as of September 30, 2020, of which approximately 66% are under capitation arrangements (which we refer to as "at-risk patients") and approximately 34% are fee-for-service, although fee-for-service accounted for less than 1% of our revenue for

2

Table of Contents

the nine months ended September 30, 2020. As of September 30, 2020, we, together with our affiliated physician entities, employed approximately 2,700 team members, including approximately 315 primary care providers. For the nine months ended September 30, 2019 and 2020, our total revenues were $383.0 million and $634.1 million, respectively, representing a year-over-year growth rate of 66%. We believe we have significant growth opportunities available to us, with less than 40% of our current aggregate center capacity utilized due to our recent center openings and a substantial opportunity to increase the number of centers we operate in new and existing markets.

### The U.S. healthcare system is at a transition point in its evolution

*Unsustainable and rising healthcare costs*

Healthcare spending in the United States reached nearly $3.6 trillion in 2018 according to CMS, representing approximately 17.9% of U.S. GDP, an all-time high. According to a 2017 study, the United States spends $10,209 per person on healthcare each year, more than any other country in the world and twice the OECD average. Healthcare expenditures are particularly concentrated in the Medicare-eligible population due to the high rate of chronic conditions. While representing only 15% of the United States population, the 65 and older age group accounted for 34% of all healthcare spending in 2014, with an average spend of $19,098 per person. Additionally, two-thirds of the Medicare population lives with two or more chronic health conditions, and treatment of these conditions represents 96% of Medicare spending.

*Prevalence of wasteful spending and sub-optimal outcomes*

A 2019 study estimated that approximately 25% of all healthcare spending is for unnecessary services, excessive administrative costs, fraud and other problems creating waste, implying approximately $760 billion to $935 billion of annual wasteful spending at current levels.

In 2017, hospital care accounted for the largest portion of healthcare spending in the United States, representing 33% of the total. In 2018, over 60% of Medicare expenditures (including both Medicare Part A spend and Medicare Part B institutional spend), or approximately $455 billion, were dedicated to hospitalization, compared to only approximately 3% dedicated to primary care. Proper management of chronic conditions can significantly reduce the incidence of acute episodes, which are the main drivers of trips to the emergency room and hospitalization, particularly among the elderly.

Despite high levels of spending, the United States healthcare system struggles to produce better health outcomes and to keep doctors and patients satisfied. Life expectancy in the United States was 78.6 years in 2017, compared to 82.2 years in comparable developed countries, and patient satisfaction with the healthcare system is low, as evidenced by a Net Promoter Score of 3 for the average provider, as shown in a 2015 Advisory Board survey.

*New payment structures have begun to address the problem*

Policymakers and healthcare experts generally acknowledge the fundamental challenges and opportunities for improvement in the delivery of healthcare in the United States. Historically, healthcare delivery was centered around reactive care to acute events, which resulted in the development of a fee-for-service payment model. By linking payments to volume of encounters and pricing for higher complexity interventions, the fee-for-service model does not reward prevention, but rather unintentionally incentivizes the treatment of acute care episodes as they occur. Policymakers have responded by creating programs like MA and pushing for transitions to value-based reimbursements.

- *Medicare Advantage.* MA works as an alternative to traditional fee-for-service Medicare. In MA, CMS pays health plans a monthly sum per member to manage all health expenses of a participating member. This provides the health plans with an incentive to deliver lower-cost, high-quality care.

3

Table of Contents

- ***Value-based payments.*** Value-based refers to the goal of incentivizing healthcare providers to simultaneously increase quality while lowering the cost of care. In January 2015, the United States Department of Health and Human Services ("HHS") announced a goal of tying 30% and 50% of all Medicare payments to value through alternative payment models by the end of 2016 and 2018, respectively. In addition, while not a policy-setting body, the Health Care Payment Learning & Action Network, an active group of public and private healthcare leaders, indicated in October of 2019 its desire to move 100% of Medicare payments to being tied to value-based care by 2025. Additionally, the Center for Medicare and Medicaid Innovation recently announced a Direct Contracting Model set to begin in 2021 to create value-based payment arrangements directly with provider groups for their current Medicare fee-for-service patients similar to the value-based contracts that we enter into with our MA partners.

**Legacy healthcare delivery infrastructure has been unable to transition from reactive and episodic care to proactive and comprehensive care models**

In order for shifts to value-based payment models to drive meaningful results, there must be a corresponding shift in care delivery models. To date, such care delivery models have been slow to develop. While there has been significant investment by providers, payors and technology companies in developing solutions to drive higher quality and lower cost of care, these investments have not resulted in meaningful change within a healthcare delivery infrastructure that remains optimized for the fee-for-service model.

In order to maintain economically viable practices in a fee-for-service payment model, typical primary care providers:

- need to see an ever-increasing number of patients per day with limited support from staff, which limits time spent with each patient during office visits;
- experience time constraints that restrict their ability to engage with patients outside of office visits, which is a key component of ensuring that patients continue to proactively manage their health and do not fall through the cracks of the healthcare system; and
- experience financial constraints that limit their ability to invest in technology and provide patients with many of the supplemental services they need, such as home-based primary care, medication management and behavioral health services.

Advances in technology have disrupted multiple industries when the technology was thoughtfully applied and integrated. These new business models, systems and approaches have replaced legacy offerings and driven significant changes in consumer behavior. We believe that an integrated, value-based care platform enabled by data and technology has the potential to similarly revolutionize the healthcare industry.

The COVID-19 pandemic has highlighted challenges with the current legacy healthcare delivery system. As healthcare providers were faced with dwindling fee-for-service visits in light of the stay-at-home orders and general patient fear, the revenues of traditional healthcare providers plummeted thereby putting a strain on those providers and their ability to provide needed care for their patients.

**Our Market Opportunity**

We have designed the Oak Street Platform to bring technology-enabled, value-based care to the Medicare-eligible population, which represents the highest proportion of healthcare spending in the United States. We target populations of Medicare beneficiaries in high-density urban and suburban areas and further refine our target markets by utilizing socioeconomic data to target areas suffering from poor care quality and higher

4

Table of Contents

unnecessary spend. As of 2018, there were approximately 60 million Medicare beneficiaries in the United States, with an additional 10,000 individuals reaching the age of eligibility every day. Healthcare spending in the United States reached nearly $3.6 trillion in 2018 and Medicare accounted for more than $700 billion of spending in 2019. We estimate our addressable market of Medicare eligibles, based on the criteria set out above, to be 27 million patients. Based upon our experience and industry knowledge, we estimate average annual revenue of $12,000 per member. Multiplying this figure by the number of Medicare eligibles in our target markets, we arrive at what we believe is an annual total addressable market size of approximately $325 billion.

### The Oak Street Platform is Re-Defining Primary Care

We reimagined the approach to caring for a patient population with a high prevalence of chronic conditions and purpose-built the Oak Street Platform to improve our patients' health outcomes and combat wasteful spending, providing a higher-quality alternative to the status quo. Our Oak Street Platform consists of (i) *Our Centers*, (ii) *Our Interdisciplinary Care Teams*, (iii) *Canopy: Our Purpose-Built, End-to-End Technology* and (iv) *Our Care Delivery Approach*.

#### Our Centers

Our novel approach starts with retail-like, community-based centers that implement a branded and consumer-focused design to create a welcoming environment that engages our patients. These centers are leased or licensed by Oak Street Health MSO, LLC or an affiliated entity and, pursuant to the terms of certain contractual relationships between Oak Street Health MSO, LLC and our affiliated medical practices, made available for use by the medical practices in the provision of primary care services. While traditional healthcare facilities are often located in medical office buildings that are removed from where patients spend a majority of their time, we target locations in highly accessible, convenient locations close to where our patients live. Each of our centers has a consistent look and feel, which we believe differentiates Oak Street and contributes to our success in acquiring patients.

#### Our Interdisciplinary Care Teams

We utilize a team-based approach in our patient-focused primary care delivery model and staff interdisciplinary Care Teams to execute our model. Each Care Team is led by a Primary Care Physician or Nurse Practitioner who is partnered with a Registered Nurse, a Medical Assistant and a Scribe to deliver value-based, coordinated care. As a center grows, we increase the number of Care Teams serving that center in order to keep the average number of patients per Care Team low to ensure optimal care quality and patient experience.

Our Care Teams are trained in preventive and comprehensive care designed to address the whole person, across medical, social and behavioral attributes, in a welcoming and friendly manner. Our Care Teams meet daily to discuss their approach for each patient they will see that day and have weekly and monthly planning and review sessions for their sickest patients to assess their progress and determine the next steps in improving their health. Care is provided in several different ways, including face-to-face visits, telehealth visits, remote patient monitoring and in-home care.

#### Canopy: Our Purpose-Built, End-to-End Technology

Canopy is a key driver of the success of our care model and underlies every aspect of our day-to-day patient engagement and workflows. Canopy comprises internally developed software that connects a suite of population health analytics and technology applications designed to fit seamlessly into our care delivery model and Care Team virtual and in-person workflows.

5

Table of Contents

Our position in the healthcare ecosystem allows Canopy to access and capture an immense amount of data about our patients from a broad set of sources, including payor claims data, pharmacy data and medical records from hospitals and specialists. Canopy enhances our ability to quickly structure and sort these disparate data sets to develop a comprehensive view of both our patients and our target demographic across medical, behavioral and social health attributes. We leverage artificial intelligence and machine learning capabilities to create and refine our clinical rules engine (predictive models and prescriptive algorithms) that informs care delivery and addresses hospital admissions and readmissions, medical costs and patient retention. Our algorithms are internally developed and optimized for the primary care setting, undergo rapid iteration cycles and benefit from clinician partnership and input.

When paired with our operational expertise, we believe Canopy is a key driver in our ability to scale our platform quickly and consistently, while delivering evidence-based care in a value-based model.

### Our Care Delivery Approach

Our care delivery approach consists of three core components:
- *Personalized Primary Care*. We provide preventative care addressing the needs of the whole person—medical, social and behavioral. Upon joining Oak Street, our patients undergo a structured geriatric assessment to understand their care needs. We input these assessments, along with other available data, into Canopy, which analyzes multiple patient risk factors using our internally developed algorithms to stratify patients by the risk of their experiencing an acute event. Based on this analysis we create a tailored, individualized care plan that determines the ideal frequency of primary care visits and use of disease-specific programs. Our patients experience the results of this differentiated approach through approximately eight physician visits per year, significantly more visits than a patient can expect with a typical primary care physician, with our sickest patients being seen even more frequently. In addition, we manage the total number of patients assigned to a Care Team at each center to allow each Care Team to spend more time with their patients and reduce wait times.
- *Proactive Patient Health Management*. In addition to spending more time with our patients, our smaller ratio of patients to Care Teams allows our physicians to reserve time daily to review their patients' care plans and each week conduct a deeper dive on high-risk patients. The Oak Street Platform leverages Canopy's robust data and analytics to generate insights, which are fed into our custom-built workflow applications in order to identify additional actions to take, gaps to close and interventions to perform on our patients. This systematic review of each of our patients is designed to ensure that once a Medicare member becomes an Oak Street patient, they stay current with their recommended health management plan, do not fall through the cracks of the healthcare systems and therefore remain on the path to better health.
- *Enhanced Clinical Services*. Using Canopy's internally developed algorithms, we identify high-risk patients with specific needs outside of primary care and provide multi-disciplinary interventions to improve outcomes and reduce cost. We offer a number of programs that are integrated into our care model and that would not typically be available to patients under legacy fee-for-service models, including behavioral health, home-based primary care by dedicated provider teams, virtual digital offerings, medication management, social determinant support, 24x7 live phone support by our clinical call center and transitional care support to help our patients navigate the care journey outside of our centers.

6

Table of Contents

*Our Impact*

Our care model has consistently demonstrated outstanding clinical results, removed costs and delivered an industry-leading patient experience.

- ***Improving clinical outcomes, driving reduction of costs.*** In 2018, over 60% of Medicare expenditures (including both Medicare Part A spend and Medicare Part B institutional spend), or approximately $455 billion, were dedicated to hospitalization, compared to only approximately 3% dedicated to primary care. Compared to a Medicare fee-for-service benchmark, we have been able to drive an approximately 51% reduction in hospital admissions, 42% reduction in 30-day readmission rates and 51% reduction in emergency department visits.
- ***Patient experience.*** We have highly satisfied and loyal patients, as evidenced by our Net Promoter Score of 90.

Our care model has created a rare instance where high-quality care and a positive customer experience come at a lower cost to the healthcare system. By reducing utilization of high-cost, and often unnecessary, episodes of care and focusing on providing less expensive preventive care to our patients, we are able to reduce instances of expensive emergency care and hospitalization, which lowers the overall cost of care in the healthcare system. As we deliver on keeping our patients healthier, we capture the cost savings, driving our profitability. As of September 30, 2020, our four centers with more than 2,000 at-risk patients for at least the last three months were operating at 84% weighted average capacity and generated total revenues, excluding capitated revenue associated with Medicare Part D, of $98.0 million and weighted average center-level contribution margins (defined as (i) patient revenue, excluding Medicare Part D revenue, minus (ii) the sum of (a) medical claims expense, excluding Medicare Part D related expenses, and (b) cost of care, excluding depreciation and amortization) of 25%. As of September 30, 2020, those four centers, as well as an additional 30 of our 67 centers, had positive center-level contribution margins, and the overall average center-level contribution margin across all of our centers, including those opened during the quarter ended September 30, 2020 was 10%.

### We Are Engineered to be Scalable

We have proven our ability to execute our model, evidenced by the consistency of our performance as we have grown to date. Our performance has improved each year and we have seen our model work across all of our markets. Since opening our initial centers in 2013:

- Our center-level contribution ramp has nearly uniformly improved across each subsequent vintage, driven by:
  - patient-level contribution continuing to trend upward by vintage, both overall and when adjusted by tenure; and
  - steady patient growth across vintages.
- We have generated consistent center-level contribution ramps across all of our markets, driven by both core drivers of center contribution:
  - consistent patient contribution across markets; and
  - steady patient growth across markets.

This consistent performance gives us the conviction to continue to invest in identifying and building centers, hiring top-tier talent and attracting patients in existing and new markets in order to drive long-term value creation.

Table of Contents

We believe that we have created a repeatable, data-driven playbook to expand our brand and presence across the United States and we have made substantial investments to support each key component of our approach. The fundamental aspects of our playbook include an algorithmic approach to site selection based on our key criteria, a focused approach to recruiting and developing talent (including physicians, nurse practitioners, Care Team members and regional leaders) and an efficient go-to-market model with grassroots community outreach to engage and attract patients.

### Our Value Proposition

We believe that, despite a history of net losses, our healthcare ecosystem provides all constituencies involved in our care delivery model with the opportunity to "Win." The Oak Street Platform incentivizes our patients, our payors and our providers to adopt our vision and rewards them each in a meaningful way.

#### *Our Patients "Win" due to Measurably Better Health Outcomes and Patient Experience*

Our patients have complex health needs. As of 2017, the average income of our patient base, as self-reported to us, was approximately $20,700. Approximately 42% of our patients are dual eligible for both Medicare and Medicaid. Approximately 40% of our patients have a behavioral health diagnosis and approximately 50% struggle with one or more social risk factors like isolation and lack of access to housing and food that are considered social determinants of health. Approximately 86% of our at-risk patients have one or more chronic conditions, with the average at-risk patient having three or more chronic conditions. We currently provide care to this population in at least seven different languages. The Oak Street Platform is designed to address their needs and drive top-rated quality performance, outstanding health outcomes and an experience our patients love. This is evidenced by our strong track record of quality outcomes and patient experience metrics, as evidenced by our Net Promoter Score of 90, and by our patient health metrics, including an approximately 51% reduction in hospital admissions (based on our hospital admission rates per thousand patients of 183 as of March 31, 2020, compared to the Medicare benchmark of 370), 42% reduction in 30-day readmission rates (based on our rate of hospital readmissions within 30 days per thousand patients of 11% as of March 31, 2020, compared to the Medicare benchmark of 19%) and 51% reduction in emergency department visits (based on our rate of emergency department "treat and release" claims per thousand patients of 535 as of December 31, 2019, compared to the Medicare benchmark of 1,091). See the section titled "Business—Overview" for a description of how we derive the above Medicare benchmarks.

#### *Our Payors "Win" as Medical Costs Decline, Membership Volumes Increase, and Medicare Quality Metrics Improve*

Although we have limited experience managing contracts with full risk, since entering into our first fully capitated contracts in 2016 we have worked closely with key payors to improve outcomes for patients. Our demonstrated track record of improving patient outcomes enables payors to become net beneficiaries when we open centers in locations where they have insured Medicare members or desire to grow. Payors dedicate a large share of their efforts to reducing medical costs and they have a strong desire to engage with solutions proven to achieve that goal. We believe that our ability to remove unnecessary costs through a comprehensive approach to patient care makes us a partner of choice for payors and allows payors to lock in improved medical cost performance. Also, our strong performance in Medicare quality metrics, as demonstrated by our achievements in addressing Healthcare Effectiveness Data and Information Set ("HEDIS") gaps and adherence to evidence-based care guidelines, supports improvements in payors' quality score, which increases their revenue. On the whole, we believe we represent an attractive opportunity for payors to meaningfully improve their financial results.

As of September 30, 2020, we had contractual relationships with 25 payor partners, including all of the top five national MA payors. A significant portion of our revenue is concentrated with three large payors, Humana,

8

Table of Contents

WellCare and Cigna HealthSpring, which together comprised approximately 68% of our capitated revenue for the nine months ended September 30, 2020, with 46% from Humana, 12% from WellCare and 10% from Cigna HealthSpring.

### Our Providers "Win" because the Oak Street Platform Allows Them to Focus on Improving the Lives of Their Patients

Our providers are supported by integrated Care Teams that partner together to take care of patients and allow providers to spend more time with patients. Additionally, the Oak Street Platform is enabled by technology that our providers leverage to ensure they are aware of each patient's health history and potential risks, helping to inform proper diagnoses. The Oak Street Platform is designed to reward quality, not quantity, of care. Provider compensation is determined by quality measures across the population of patients for which they are responsible and is not linked to visit volume. This dynamic is valued by providers because it reduces the potential for burnout and rewards them for making decisions in the best interest of their patients.

The net result of our model is that our providers have a smaller number of patients to care for, more time with patients, more support from our Care Teams and better technology to help them care for patients.

### We "Win" through a Virtuous Cycle that Promotes Growth across All Facets of Our Business and Drives Our Financial Results

The Oak Street Platform generates a positive feedback loop that can drive our expansion and can perpetuate growth, unlocking the embedded economics of our business as we add centers and those centers mature. We built Oak Street Health to serve patients and provide measurably better health in all communities we serve. By reducing overall cost by increasing the investment in primary and preventive care, we put the dollars where they better serve our patients and increase their overall wellbeing. We have created a model that incentivizes all constituencies to work together, because everyone "Wins." When all constituencies benefit, we can share in the value. By structuring the majority of our contracts with MA plans as fully capitated arrangements for managing their members, we capture the meaningful value we create by increasing care quality, improving health outcomes and saving the healthcare system money. This potential surplus can then be reinvested in the business to expand and improve our care model which leads to more savings, powering a self-driven cycle of investment and growth that we believe allows us to scale nationally and rebuild healthcare as it should be.

### Our Competitive Advantages

### We Purpose-Built the Oak Street Platform from the Ground Up

The Oak Street Platform was designed to manage Medicare-eligible patients' total cost of care through capitated, value-based payments. We designed a brand-new model because the existing primary care infrastructure was not built to be able to provide the type of care necessary to drive the massive improvements in cost and quality the health system needs. We decided to focus on the Medicare market due to its size, growth tailwinds and largely clinically cohesive population. We designed the Oak Street Platform to take risk in managing patients' health below an agreed-upon baseline cost because we believed there was a meaningful opportunity to generate system-wide cost savings and we saw an opportunity to capture the value we created by delivering those results. The purposeful design of the Oak Street Platform against a specific population with similar clinical needs differentiates it from the majority of other players in the healthcare delivery system.

### We Have a First Mover Advantage

Our care delivery model is the result of years of research, observation, iteration and enhancement, and we continue to invest in improving our approach. Due to our existing scale, growth trajectory and demonstrated

9

Table of Contents

ability to drive improving center-level financials, we believe we have access to more capital and operational expertise than potential new entrants, meaning we will be able to continue to improve our model more quickly than new entrants are able to develop their models, build scale and become our competitors.

### Positive Feedback Loop Accelerates Our Business

We have created an environment in which our strong performance in one dimension accelerates performance in another, which, in turn, leads to growth in yet another aspect of our business.

### Custom-Designed, Integrated End-to-End Technology

Canopy is designed to fit seamlessly into our care delivery model and Care Team workflows. As we scale, so does our technology. With the benefit of larger data pools as our business grows, Canopy will be able to produce increasingly powerful data insights that will equip us with more tools to improve the health of our patients. We believe that we have only begun to unlock the value of our data assets, which are growing rapidly as we open new centers and add more patients.

### Organic, Community-Based Marketing and Patient Recruitment

We employ a multichannel marketing strategy that goes directly to our target customer. We fundamentally control our own destiny and can scale the number of centers on our platform rapidly and fill them with any interested patients we attract.

### Highly Recurring Customer Base Creates Subscription-Like Revenue Model

Our patients benefit from our offering and they rarely leave. Because we generate the majority of our revenue on a PPPM basis and we are able to consistently retain patients, we have significant visibility into our future financial performance. This provides us the flexibility to quickly adapt to changing circumstances and deliver what we believe to be the right care in the right setting, as we did with telehealth in the spring of 2020, without having an immediate adverse impact to our revenue.

### A Flexible Model Able to Match Patient Needs and Preferences

The COVID-19 pandemic is creating difficulties for traditional fee-for-service model providers to provide care while causing changes to patient's preferred means of engagement. The changes in preference are not uniform, with some patients preferring traditional in-person visits while others would prefer leveraging telehealth. It is unknown how these preferences will evolve both during and after the pandemic. Additionally, clinical needs of patients vary. Given the high disease burden of our patients, we believe in-person care will remain a necessity for the vast majority, with our sickest patients generally requiring more in-person care. However, we believe we have been able to effectively complement in-person care with telehealth visits and can continue to do so. For reasons of both patient preference and clinical need, we believe our model's adaptability and our ability to effectively engage our patients in numerous ways without negatively impacting our capitated revenue will be an advantage for Oak Street.

### Mission-Driven Team with Unique "Oaky" Culture

Our team has a steadfast commitment to executing on the mission and vision of our business. To achieve our goals, we have developed an "Oaky" culture centered around creating an unmatched patient experience, driving clinical excellence, taking ownership, fostering innovation and radiating positive energy.

10

Table of Contents

**Our Growth Strategy**

The key elements of our growth strategy include:
- increase patient enrollment within existing centers;
- add additional centers in existing markets;
- expand into new markets;
- movement of current patients from fee-for-service to value-based arrangements; and
- continue to optimize the Oak Street Platform.

**Impact of the COVID-19 Pandemic on Our Operations**

On March 11, 2020, the World Health Organization designated COVID-19 as a global pandemic. The rapid spread of COVID-19 around the world and throughout the United States has altered the behavior of businesses and people, with significant negative effects on federal, state and local economies, the duration of which is unknown at this time. Various policies were implemented by federal, state and local governments in response to the COVID-19 pandemic that caused may people to remain at home and forced the closure of or limitations on certain businesses, as well as suspended elective procedures by health care facilities. While some of these restrictions have been eased across the U.S. and most states have lifted moratoriums on non-emergent procedures, some restrictions remain in place, and some state and local governments are re-imposing certain restrictions due to the increasing rates of COVID-19 cases. The virus disproportionately impacts older adults, especially those with chronic illnesses, which describes many of our patients.

In response to the COVID-19 pandemic, in the first nine-months of 2020, we took the following actions to ensure the safety of our employees and their families and to address the physical, mental and social health of our patients:
- Created a COVID-19 Response Team in March 2020 that is supported by team members from across our organization to ensure a coordinated response to the pandemic;
- Temporarily closed all of our corporate offices and enabled our entire corporate work force to work remotely;
- Implemented travel restrictions for non-essential business;
- Transitioned much of our center-based care to be delivered by our providers virtually through newly developed telehealth capabilities, including video and telephone through June 2020 but have transitioned our business back to a more normal operating cadence as of July 2020, including seeing a larger proportion of our patients via in-center visits (with a corresponding reduction in telehealth visits) while maintaining stringent safety protocols to minimize the potential transmission of COVID-19. We plan to leverage our telehealth capabilities as a means of interacting with our patients to the extent an in-person visit is not required or preferred;
- Made operational changes to the staffing and operations of our centers, which remain open as "essential" businesses, to minimize potential exposure to and transmission of COVID-19;
- Temporarily delayed planned openings of new centers through August 2020 but have refocused our efforts on driving growth to our business through patient outreach and starting August 2020, we resumed opening new centers. As of September 30, 2020, we operated 67 centers, 13 of which were opened in August and September 2020;
- Temporarily halted community outreach and other marketing initiatives which drive new patients to our platform through June 2020 but have restarted marketing initiatives as of the third quarter of 2020;

11

Table of Contents

- Acquired and deployed significantly greater amounts of personal protective equipment ("PPE") to ensure the safety of our employees and patients;
- Created a program called "COVID Care" to actively monitor our patients for suspected COVID-19 infections with the goal of managing those symptoms to keep our patients safely out of the hospital unless and until necessary due to the potential infection risks in the hospital environment;
- Redeployed our contracted and employed drivers, who typically transport patients to our centers, to deliver food from food pantries to our patients to address food supply issues or challenges;
- Provided free rapid COVID-19 tests to all members of the Chicago community; and
- Launched an effort in January 2021 to vaccinate frontline healthcare workers (both employees of Oak Street Health and non-employees), our patients, and other eligible members of our communities. While this work is critically important for our communities, we also expect our agile vaccination efforts will result in greater brand awareness and loyalty and incremental patient growth.

The COVID-19 pandemic did not have a material impact on our results of operations, cash flows and financial position as of and for the three and nine-months ended September 30, 2020; although our decisions to defer center openings and limit patient outreach and marketing initiatives resulted in slower growth than we would have otherwise experienced in 2020. Over 97% of our total revenues are recurring, consisting of fixed monthly per-patient-per-month capitation payments we receive from MA plans. Due to our recurring revenue base, we experienced minimal impact to our revenue in the first nine months of 2020 and expect minimal impact to revenue on our existing at-risk patient base in 2020.

We do expect COVID-19 to impact both our per-patient capitated revenue due to lower risk scores for new patients and our medical claims expense. Although we expect risk scores for existing Oak Street Health patients to be consistent with our historical experience, due to a lack of availability of care and inadequate documentation as discussed in more detail below, we expect lower risk scores for new patients in 2021, which will result in lower per-patient capitated revenue. As future patients not served by Oak Street in 2020 were unable to access the healthcare system for several months in 2020 due to local COVID-19 restrictions and therefore had fewer interactions with healthcare providers than a typical year, we expect the risk scores for these new patients in 2021 to be lower than they have been historically.

As we are financially responsible for essentially all of the healthcare costs associated with our at-risk patients whether we provide that care or a third party provides that care, we suspect that the healthcare costs of patients infected with COVID-19 will be greater than had COVID-19 not occurred. It is impossible, however, to know what other healthcare issues these patients may have encountered in their pre-COVID-19 lives and whether the COVID-19 costs are or will be greater or lesser than the costs these patients would otherwise incur. Additionally, because of the extraordinary measures taken by local governments in our markets particularly in the second quarter of 2020, all of our patients had more limited access to healthcare services, including healthcare specialists such as cardiologists or orthopedists, to schedule both inpatient and outpatient surgeries, and to some hospital care. Beginning in late March 2020 and extending through most of the second quarter of 2020, our patients who were not infected with COVID-19, which represents over 97% of our at-risk patients, incurred lower healthcare costs than we would have otherwise expected, which will result in lower medical claims expense that we incur. We expect the vast majority of these costs are just delayed and will be incurred at future points in time and it is possible that the deferral of healthcare services could cause additional health problems in our existing patients, which could increase our costs in the future. We cannot accurately estimate the net potential impact, positive or negative, to medical claims expense at this time. Furthermore, given the time it takes for medical claims to be submitted to MA plans, adjudicated, and sent to us, we believe it will be several quarters before we will be able to accurately calculate the impact on medical claims expense from the COVID-19 pandemic. We do not believe, however, that the impact of medical claims related to COVID-19 that we have experienced to date will have a materially detrimental effect on our long-term financial performance.

12

Table of Contents

The full extent to which the COVID-19 pandemic will directly or indirectly impact our business, future results of operations and financial condition will depend on future factors that are highly uncertain and cannot be accurately predicted, including new information that may emerge concerning COVID-19, the actions taken to contain it or treat its impact and the economic impact on our markets. Such factors include, but are not limited to, the scope and duration of stay-at-home practices and business closures and restrictions, government-imposed or recommended suspensions of elective procedures, and expenses required for supplies and personal protective equipment. Because of these and other uncertainties, we cannot estimate the length or severity of the impact of the pandemic on our business. Furthermore, because of our business model, the full impact of the COVID-19 pandemic may not be fully reflected in our results of operations and overall financial condition until future periods. We will continue to closely evaluate and monitor the nature and extent of these potential impacts to our business, results of operations and liquidity.

See "Risk Factors" for further discussion of the possible impact of the COVID-19 pandemic on our business and the section titled "Business—Impact of the COVID-19 Pandemic."

### Recent Unaudited Operating Results

Set forth below are ranges for certain preliminary estimates of our operating results for the year ended December 31, 2020 compared to our actual operating results for the year ended December 31, 2019. We have provided ranges, rather than specific amounts, for certain preliminary estimates of our operating results because we have not yet finalized our operating results for the year ended December 31, 2020, and our consolidated statements of operations and related notes as of and for the year ended December 31, 2020 are not expected to be available until after this offering is completed. Consequently, our final operating results for the year ended December 31, 2020 will not be available to you prior to investing in this offering. While we are currently unaware of any items that would require us to make adjustments to the financial information set forth below, it is possible that we or our independent registered public accounting firm may identify such items as we complete our interim financial statements and any resulting changes could be material. Accordingly, undue reliance should not be placed on these preliminary estimates. These preliminary estimates are not necessarily indicative of any future period and should be read together with "Risk Factors," "Forward-Looking Statements" and our consolidated financial statements and related notes included in this Registration Statement.

The preliminary financial data included below has been prepared by, and is the responsibility of, our management. Our independent auditors have not audited, reviewed, compiled or performed any procedures with respect to such preliminary financial data or the accounting treatment thereof. Accordingly, our independent auditors express no opinion or any other form of assurance with respect thereto.

13

**Table of Contents**

We are providing the following preliminary estimates of our operating results for the year ended December 31, 2020:

| | 2019 | 2020 Low | 2020 High |
|---|---|---|---|
| **Financial Results** | | | |
| Total Revenues | $ 556.6 | $ 877.5 | $ 882.5 |
| Medical Claims Expense | $ 386.0 | $ 617.5 | $ 622.5 |
| Cost of care, excluding depreciation and amortization | $ 140.9 | $ 187.5 | $ 192.5 |
| Net loss attributable to Oak Street Health, Inc. | $(107.9) | $(192.5) | $(187.5) |
| | | | |
| **Key Metrics** | | | |
| Centers | 51 | 79 | 79 |
| Total Patients | 79,000 | 97,000 | 97,000 |
| *At-Risk* | 61% | 66% | 66% |
| *Fee-for-service* | 39% | 34% | 34% |
| Adjusted EBITDA(1) | $ (88.2) | $ (97.5) | $ (92.5) |

(1)   Adjusted EBITDA is a non-GAAP financial measure that is presented as supplemental disclosure, defined as net loss, excluding other income (expense), depreciation and amortization, stock-based and unit-based compensation and transaction/ offering related costs. We cannot reconcile our estimated range for Adjusted EBITDA to net loss, the most directly comparable GAAP measure, and cannot provided an estimated range for net loss, without unreasonable efforts because of the uncertainty around certain items that may impact net loss, including stock-based and unit-based compensation, that are not within our control or cannot be reasonably predicted. However, for the year ended December 31, 2020, depreciation and amortization is expected to be $11.2 million.

***Comparison of the Year Ended December 31, 2020 and 2019***

The estimated increase in total revenues of 58% to 59% compared to December 31, 2019 is primarily attributable to at-risk patient growth of 34%, as well as an increase in total revenues per at-risk patient. Total revenues per at-risk patient increased by approximately 17 % compared to December 31, 2019 due to a shift in patient mix toward higher-premium at-risk patients that had a higher level of acuity on average and thus higher capitation payments. For the quarter ended December 31, 2020, we recognized approximately $7 million of total revenues from one-time events related to settlements with health plans and CARES Act provider relief funds**,** and approximately $11.5 million of revenue that was earned throughout fiscal year 2020 but was booked entirely in the fourth quarter.

The estimated increase in medical claims expense of 60% to 61% compared to December 31, 2019 is primarily attributable to at-risk patient growth of 34%, as well as an increase in medical claims expense per at-risk patient driven by medical costs trends and mix shift of at-risk patients to higher cost markets. Our estimates of medical claims expense include an estimate for future medical claims due to the impact of COVID-19. For the quarter ended December 31, 2020, we recognized approximately $6.5 million of medical claims expense from one-time events related to settlements with health plans and a reserve against potential COVID-19 claims relating to 2020 dates of service, offset by favorable prior period development, and approximately $1 million that was incurred throughout fiscal year 2020 but was booked entirely in the fourth quarter.

14

Table of Contents

The estimated cost of care, excluding depreciation and amortization increased during the period by a range of 33% to 37% compared to the year ended December 31, 2019 primarily due to increases in salaries and benefits, occupancy, transportation, and medical supply costs related to our 34% growth in at-risk patients and growth of centers of 28.

The estimated net loss attributable to Oak Street Health, Inc. changed during the period by a range of $80 million to $85 million from the year ended December 31, 2019 primarily due to higher total revenues with increases in total operating expenses for the period compared to the year ended December 31, 2019. The increase in total operating expenses was primarily due to higher salaries and benefits, and in particular, stock-based compensation, and as we continued to expand our team to support our growth and became a public company.

### 2021 Trends

We have observed the following key trends for 2021:

- Accelerated Center Openings. As of December 31, 2020, we operated 79 centers, six more than we anticipated at the time of our initial public offering in August 2020. For 2021, we expect to open 38-42 new centers given our current pipeline, which is 13-17 more than we anticipated at the time of our initial public offering. While a greater number of centers increases the capacity of our platform and therefore the number of patients we can serve, our centers initially generate a net loss until they reach a certain level of scale. See "Management's Discussion and Analysis of Financial Condition and Results of Operations portion of this prospectus—Key Factors Affecting Our Performance—Center-Level Contribution Margin". Because we expect to open and operate a greater number of centers in 2021 than we had previously anticipated, we believe these incremental centers will increase our net loss in 2021, driven by greater cost of care, excluding depreciation and amortization expenses, and greater corporate, general and administrative expenses, at levels that are consistent with our historical experience. We are making this investment as our newer cohorts continue to perform well compared to our historical experience, as evidenced by the chart below. We therefore believe this investment in a greater number of centers will result in greater corporate profitability in the future as the patient panels at these centers mature.

**Preliminary 2020 Center Contribution Results by 2016-2019**

| Cohort | 2019 | 2018 | 2017 | 2016 |
|---|---|---|---|---|
| Year of Cohort Results | Year 1 | Year 2 | Year 3 | Year 4 |
| 2020 Preliminary Revenue | 81,113,495 | 158,810,239 | 72,727,259 | 88,784,995 |
| 2020 Preliminary Center-Level Contribution | (12,464,236) | 8,895,838 | 4,123,228 | 8,666,169 |
| # of centers in cohort | 13 | 14 | 5 | 4 |

*Note: Revenue excludes capitated revenue associated with Medicare Part D. We define center-level contribution margin as (i) patient revenue, excluding Medicare Part D revenue minus (ii) the sum of (a) medical claims expense, excluding Medicare Part D related expenses, and (b) cost of care, excluding depreciation and amortization.*

- Sales and Marketing expenses. Our sales and marketing investments are a key determinant of our patient growth. As we grow our center base and therefore our capacity, we expect to increase our aggregate investment in sales and marketing to drive patient growth to fill this increased capacity. Because we now expect to operate more centers in 2021 as discussed above, we expect to proportionally increase our investment in sales and marketing in 2021 compared to levels from the third quarter of 2020. We believe this investment will result in a greater number of at-risk patients, therefore driving greater revenue in the future.

15

Table of Contents

- Patient Contribution. We expect our capitated revenue growth in 2021 to exceed our initial expectations due to stronger patient growth in 2020 and the increased number of centers we expect to operate by the end of 2021. We also expect patient contribution to be positively impacted as traditional Medicare fee-for-service patients transition to an at-risk regime via the CMMI Direct Contracting program. However, we expect this patient contribution benefit will be more than offset by lower per-patient premiums and greater per-patient medical costs. Although we expect risk scores for existing Oak Street Health patients to be consistent with our historical experience, due to a lack of availability of care and inadequate documentation as discussed in more detail below, we expect lower risk scores for new patients in 2021, which will result in lower per-patient Capitated Revenue. As future patients not served by Oak Street in 2020 were unable to access the healthcare system for several months in 2020 due to local COVID-19 restrictions and therefore had fewer interactions with healthcare providers than a typical year, we expect the risk scores for new patients in 2021 to be lower than they have been historically. We do not believe that our 2020 medical cost data can serve as a reliable basis for estimating our 2021 performance given COVID-19's impact on the data, and given the fact that we do not know what the impact to medical costs will be as a result of the surge in COVID-19 cases at the end of 2020 and the beginning of 2021. Additionally, the Consolidated Appropriations Act passed in December 2020 included an increase in the Medicare Physician Fee Schedule for 2021 and suspended sequestration for Medicare payments for the first quarter of 2021. We expect the net combination of these two factors will result in an increase in per-patient medical costs related to specialist care provided to our patients. Given these factors, per-patient medical costs may be greater in 2021 than the levels we experienced in our recent historical results. Our best estimate of the low end potential net impact of these factors is a 250 basis point decrease in patient contribution as a percent of our capitated revenue. Due to the uncertain impact of COVID-19 on 2021 performance, the actual impact may vary from that estimate and could be greater. Regardless, we believe both the impact on per-patient revenue and per-patient medical costs are related to COVID-19, and we do not expect either will impact our longer-term patient economics.
- Care Model investments. As our patient base continues to grow, we can better afford to invest in additional Care Model programs as we spread the fixed costs of these programs over a greater number of patients. Given the strong bond we form with our patients, we believe that through new Care Model programs, we can even further improve the care we deliver to our patients while simultaneously lowering our medical claims expense. We expect to invest more heavily in the development, piloting and implementation of additional programs in 2021 compared to prior years with the goal of reducing Medical Claims Expense in future periods and developing ways to deploy our capabilities in alternative settings opening up additional patient growth opportunities. We expect the incremental investment in these programs will increase our operating expenses (which include cost of care, excluding depreciation & amortization, and corporate, general and administrative expenses, excluding stock-based compensation) in 2021 in a range of 5% to 10%, as compared to 2020, on top of ordinary course growth in our total operating expenses.

### Risks Associated with Our Business

There are a number of risks related to our business, this offering and our common stock that you should consider before you decide to participate in this offering. You should carefully consider all the information presented in the section entitled "Risk Factors" in this prospectus. Some of the principal risks related to our business include the following:

- our history of net losses, with an accumulated deficit of $468.7 million as of September 30, 2020, and our ability to achieve or maintain profitability;
- the impact of the COVID-19 pandemic on our business;
- difficulty evaluating our current business and future prospects given our limited operating history;

16

Table of Contents

- the success of our growth strategy and our ability to achieve expected results;
- our ability to attract new patients;
- the dependence of our revenues and operations on a limited number of key payors;
- the risk of termination or non-renewal of the Medicare Advantage contracts held by the health plans with which we contract, or of our contracts with those plans;
- changes in the payor mix of our patients and potential decreases in our reimbursement rates;
- the risk that the cost of providing our services will exceed our compensation;
- risks related to regulation, as we operate in a highly regulated industry;
- the fact that the Lead Sponsors control us, and their interests may conflict with ours or yours; and
- the other factors set forth under "Risk Factors."

These and other risks are more fully described in the section entitled "Risk Factors" in this prospectus. If any of these risks actually occurs, our business, financial condition, results of operations, cash flows and prospects could be materially and adversely affected. As a result, you could lose all or part of your investment in our common stock.

### General Corporate Information

Oak Street Health, Inc. was incorporated as a Delaware corporation on October 22, 2019 in anticipation of our IPO. Our principal executive offices are located at 30 W. Monroe Street, Suite 1200, Chicago, Illinois 60603. Our telephone number is (312) 733-9730. Our website address is www.oakstreethealth.com. The information contained on, or that can be accessed through, our website is not incorporated by reference into this prospectus, and you should not consider any information contained on, or that can be accessed through, our website as part of this prospectus or in deciding whether to purchase our common stock. We are a holding company and all of our business operations are conducted through our subsidiaries and affiliated medical groups.

This prospectus includes our trademarks and service marks, such as "Oak Street Health," which are protected under applicable intellectual property laws and are the property of us or our subsidiaries. This prospectus also contains trademarks, service marks, trade names and copyrights of other companies, such as "Humana," "WellCare," and "Cigna HealthSpring," which are the property of their respective owners. Solely for convenience, trademarks and trade names referred to in this prospectus may appear without the ® or ™ symbols, but such references are not intended to indicate, in any way, that we will not assert, to the fullest extent under applicable law, our rights or the rights of the applicable licensor to these trademarks and trade names.

### Implications of Being an Emerging Growth Company

We qualify as an "emerging growth company" as defined in the Jumpstart Our Business Startups Act of 2012, or the JOBS Act. We will remain an emerging growth company until the earlier of (1) the last day of the fiscal year following the fifth anniversary of the completion of our initial public offering, (2) the last day of the fiscal year in which we have total annual gross revenue of at least $1.07 billion, (3) the date on which we are deemed to be a large accelerated filer (this means the market value of common that is held by non-affiliates exceeds $700.0 million as of the end of the second quarter of that fiscal year), or (4) the date on which we have issued more than $1.0 billion in non-convertible debt securities during the prior three-year period.

An emerging growth company may take advantage of reduced reporting requirements that are otherwise applicable to public companies. These provisions include, but are not limited to:

- not being required to comply with the auditor attestation requirements of Section 404 of the Sarbanes-Oxley Act of 2002, as amended (the "Sarbanes-Oxley Act");

17

Table of Contents

- reduced disclosure obligations regarding executive compensation in our periodic reports, proxy statements and registration statements; and
- exemptions from the requirements of holding a nonbinding advisory vote on executive compensation and shareholder approval of any golden parachute payments not previously approved.

We have elected to take advantage of certain of the reduced disclosure obligations regarding financial statements and executive compensation in this prospectus and expect to elect to take advantage of other reduced burdens in future filings. As a result, the information that we provide to our shareholders may be different than you might receive from other public reporting companies in which you hold equity interests.

In addition, under the JOBS Act, emerging growth companies can delay adopting new or revised accounting standards until such time as those standards apply to private companies. We intend to take advantage of the longer phase-in periods for the adoption of new or revised financial accounting standards under the JOBS Act until we are no longer an emerging growth company. Our election to use the phase-in periods permitted by this election may make it difficult to compare our financial statements to those of non-emerging growth companies and other emerging growth companies that have opted out of the longer phase-in periods permitted under the JOBS Act and who will comply with new or revised financial accounting standards. If we were to subsequently elect instead to comply with public company effective dates, such election would be irrevocable pursuant to the JOBS Act.

18

Table of Contents

**THE OFFERING**

| | |
|---|---|
| Common stock to be offered by the selling shareholders | 9,000,000 shares. |
| Option to purchase additional shares of common stock from the selling shareholders | The underwriters have the option to purchase up to an additional 1,350,000 shares from certain of the selling shareholders, at the public offering price, less the underwriting discount, within 30 days of the date of this prospectus. |
| Common stock to be outstanding after this offering | 240,757,609 shares. |
| Use of proceeds | The selling shareholders will receive all of the proceeds from this offering, and we will not receive any proceeds from the sale of shares in this offering. See "Use of Proceeds." |
| Loss of controlled company status | After this offering, the Lead Sponsors will beneficially own approximately 48.7% of our issued and outstanding shares of common stock (or 48.2% of our issued and outstanding shares of common stock if the underwriters' option to purchase additional shares from the selling shareholders is exercised in full). As a result, we expect that we will cease to be a controlled company as defined under the NYSE listing rules and we will no longer rely on exemptions from corporate governance requirements that are available to controlled companies. |
| Risk factors | Investing in our common stock involves a high degree of risk. See "Risk Factors" elsewhere in this prospectus for a discussion of factors you should carefully consider before deciding to invest in our common stock. |
| New York Stock Exchange trading symbol | "OSH." |

The number of shares of common stock to be outstanding following this offering is based on 240,757,609 shares of common stock outstanding as of February 4, 2021 and excludes:

- 11,934,375 shares of common stock, plus future increases, reserved for future issuance under our Omnibus Incentive Plan (the "2020 Plan") including (1) 214,188 restricted stock units, or RSUs, that may be settled for an equal number of shares of common stock issued to certain employees and directors upon completion of the IPO and that generally vest over four years and (2) options to purchase an aggregate of 694,350 shares of common stock with a weighted average exercise price of $21.17 and that vest in accordance with the schedule described under "Organizational Transactions";
- Options to purchase an aggregate of 14,250,772 shares of common stock at a strike price of $21.00; and
- 2,386,875 shares of common stock, plus future increases, reserved for issuance under our 2020 Employee Stock Purchase Plan (the "ESPP").

Unless otherwise indicated, all information in this prospectus assumes no exercise by the underwriters of their option to purchase up to 1,350,000 additional shares of common stock.