# Exhibit 28

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

REGINALD T. ALLISON, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

-against-

OAK STREET HEALTH INC., et al.,

Defendants.

Case No. 1:22-cv-00149

Honorable Jeffrey I. Cummings

## DECLARATION OF KIMBERLEE KOSKIEWICZ

I, Kimberlee Koskiewicz, declare as follows:

1.  I am over eighteen years of age and I am competent to provide this declaration. I have personal knowledge of the facts set forth below.

2.  I am a Senior Relationship Manager at Equiniti Trust Company, LLC, ("Equiniti") formerly American Stock Transfer & Trust Company, LLC ("AST"). On behalf of AST and based on AST's available records, I can affirm that AST worked on the August 6, 2020 initial public offering ("IPO") of Oak Street Health, Inc. ("Oak Street") common stock CUSIP 67181A107 ("Oak Street Shares") for which AST was the transfer agent and registrar. I can affirm that AST likewise worked on the subsequent Oak Street secondary stock offerings dated December 2, 2020 (the "December 2020 Offering"), February 10, 2021 (the "February 2021 Offering"), and May 26, 2021 (the "May 2021 Offering" and, collectively with the IPO, December 2020 Offering, February 2021 Offering, and May 2021 Offering, the "Offerings").

3.  As transfer agent and registrar, AST received registration instructions from Oak Street, for 17,968,750 new Oak Street Shares to be registered in the name of Cede & Co. (the partnership nominee of The Depository Trust Company ("DTC")),and delivered to DTC via

DTC's Full Fast Program at the DTC account of the lead underwriter for the Offerings, JP Morgan Securities LLC ("JP Morgan") (DTC# 352). This was done on August 10, 2020.

4. AST registered said Oak Street Shares and delivered them to DTC as instructed, so that at the close of August 10, 2020, a total of 17,968,750 Oak Street Shares were registered in the name of Cede & Co. and had been delivered to DTC.

5. Again as transfer agent and registrar, AST received registration instructions from Oak Street regarding the December 2020 Offering for 6,477,293 Oak Street Shares to be registered in the name of Cede & Co. and delivered to DTC via DTC's Deposit and Withdrawal at Custodian ("DWAC") service at JP Morgan's DTC account (DTC# 352). This was done on December 7, 2020.

6. AST registered said Oak Street Shares and delivered them to DTC as requested, so that at the close of December 7, 2020, an additional 6,477,293 Oak Street Shares were registered in the name of Cede & Co. and had been delivered to DTC.

7. Again as transfer agent and registrar, AST received registration instructions from Oak Street regarding the February 2021 Offering for 4,902,941 Oak Street Shares to be registered in the name of Cede & Co. and delivered to DTC via DWAC service at JP Morgan's DTC account (DTC# 352). This was done on February 16, 2021.

8. AST registered said Oak Street Shares and delivered them to DTC as requested, so that at the close of February 16, 2021, an additional 4,902,941 Oak Street Shares were registered in the name of Cede & Co. and had been delivered to DTC.

9. Again as transfer agent and registrar, AST received registration instructions from Oak Street regarding the May 2021 Offering for 4,791,569 Oak Street Shares to be registered in the name of Cede & Co. and delivered to DTC, via DWAC at JP Morgan's DTC account (DTC# 352). This was done on June 1, 2021.

10. AST registered said Oak Street Shares and delivered them to DTC as requested, so that at the close of June 1, 2021, an additional 4,791,569 Oak Street Shares were registered in the name of Cede & Co. and had been delivered to DTC.

11. No physical securities certificates were issued to beneficial owners, at any time, before or after the Offerings. Rather, all 34,140,553 Oak Street Shares issued in the Offerings were registered in the name of Cede & Co., and deposited with DTC, to be credited by DTC to JP Morgan's DTC participant account # 352 by electronic book-entry. AST acted as the FAST agent/custodian for DTC for all Oak Street Shares, pursuant to DTC's Fast Automated Securities Transfer ("FAST") program. Cede & Co. was registered on Oak Street's register (maintained by AST, as Oak Street's registrar) as the registered owner of such Oak Street Shares.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of February, 2024 in Chicago, Illinois.

Kimberlee Koskiewicz