# Exhibit 29

C:\Users\clamoureux\Documents\CPA\Aftrpllfe OMore Moore
v. Open Access Ins. Corp. Disclosure Statement.docx

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| REGINALD T. ALLISON, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>    -against-<br><br>OAK STREET HEALTH INC., et al.,<br><br>                Defendants. | Case No. 1:22-cv-00149<br><br>Honorable Jeffrey I. Cummings |

## DECLARATION OF ANN MARIE BRIA

I, Ann Marie Bria , declare as follows:

1. I am over eighteen years of age and I am competent to provide this declaration. I am Managing Director for Asset Services Product Management at The Depository Trust & Clearing Corporation ("DTCC"). The Depository Trust Company ("DTC") is a subsidiary of DTCC. Cede & Co. is a partnership nominee of DTC.

2. All shares of Oak Street Health, Inc. ("Oak Street") common stock, CUSIP number 67181A107 ("Oak Street Stock") deposited at DTC and registered in the name of Cede & Co., are held by DTC in an undifferentiated manner known as a "fungible bulk."

3. Each DTC participant that holds a position in Oak Street Stock credited to its DTC account, holds a pro-rata beneficial interest in Cede & Co.'s aggregate holding of Oak Street Stock.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of February, 2024 at Jersey City, New Jersey.

_____
              Ann Marie Bria