# Exhibit 35


# FORM 4

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES

OMB APPROVAL
OMB Number: 3235-0287
Estimated average burden hours per response... 0.5

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or
Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person * | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| **GUENTHNER ROBERT** | **Oak Street Health, Inc. [ OSH ]** | ___ Director     _____ 10% Owner<br>**_X__** Officer (give title below)    _____ Other (specify below) |
| (Last)    (First)    (Middle) | 3. Date of Earliest Transaction (MM/DD/YYYY) | **Chief Legal Officer** |
| **C/O OAK STREET HEALTH, 30 W. MONROE ST., SUITE 1200** | **4/8/2021** | |
| (Street) | 4. If Amendment, Date Original Filed (MM/DD/YYYY) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| **CHICAGO, IL 60603** | | **_X_** Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |
| (City)    (State)    (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock, $0.001 par value | 4/8/2021 | | S(1) | | 1700 | D | $60.965 (2) | 544844 | D | |
| Common Stock, $0.001 par value | 4/8/2021 | | S(1) | | 1630 | D | $62.131 (3) | 543214 | D | |
| Common Stock, $0.001 par value | 4/8/2021 | | S(1) | | 1096 | D | $62.962 (4) | 542118 | D | |
| Common Stock, $0.001 par value | 4/8/2021 | | S(1) | | 639 | D | $61.138 (5) | 541479 | D | |
| Common Stock, $0.001 par value | 4/8/2021 | | S(1) | | 647 | D | $62.466 (6) | 540832 | D | |
| Common Stock, $0.001 par value | 4/8/2021 | | S(1) | | 190 | D | $63.137 (7) | 540642 | D | |

### Table II - Derivative Securities Beneficially Owned (*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivate Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

**(1)** The sales reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan previously adopted by the Reporting Person. The Reporting Person undertakes to provide to Oak Street Health, Inc., any security holder of Oak Street Health, Inc., or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each price within the ranges set forth in footnotes (2) through (7) to this Form 4.

**(2)** Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $60.41 and maximum price was $61.37.

**(3)** Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $61.54 and maximum price was $62.49.

**(4)** Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $62.71 and maximum price was $63.23.

**(5)** Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $60.55 and maximum price was $61.40.

**(6)** Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $62.01 and maximum price was $62.95.

**(7)** Transactions within a $1.00 price range are reported in accordance with the June 25th 2008 SEC No-Action letter. Minimum price was $63.02 and maximum price was $63.28.

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |

| GUENTHNER ROBERT C/O OAK STREET HEALTH 30 W. MONROE ST., SUITE 1200 CHICAGO, IL 60603 | | | Chief Legal Officer | |
|---|---|---|---|---|

**Signatures**

/s/ Robert Guenthner                    4/12/2021

**\*\***Signature of Reporting Person                    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*        If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*       Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note:    File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.