UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REGINALD T. ALLISON, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:22-cv-00149 |
| Plaintiff, | CLASS ACTION |
| vs. | Judge Jeffrey I. Cummings |
| OAK STREET HEALTH, INC., et al., | |
| Defendants. | |

PLAINTIFFS' RESPONSE AND NOTICE OF AGREEMENT REGARDING DEFENDANTS'
MOTION TO SEAL

4873-0919-9019.v1

Pursuant to the Court's February 22, 2024 minute entry (ECF 148), Lead Plaintiffs Central Pennsylvania Teamsters Pension Fund - Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund - Retirement Income Plan 1987, and Boston Retirement System, along with named plaintiff City of Dearborn Police & Fire Revised Retirement System (collectively, "Plaintiffs"), hereby submit their response to Defendants' motion to file under seal (ECF 144), and in support thereof state as follows:

1. On February 20, 2024, Defendants requested leave to file 24 exhibits attached to the Declaration of Staci Yablon in Opposition to Plaintiffs' Opposed Motion for Class Certification and Appointment of Class Representatives and Class Counsel (the "Yablon Declaration") under seal. ECF 144. Plaintiffs did not oppose that motion to allow the documents to be filed under seal in the first instance, but requested that Plaintiffs "be provided until March 5, 2024 to review [the] filings and file any objection to any documents (or portions of documents) remaining under seal." *Id.* at 2. This Court provisionally granted the motion for leave to file under seal, as well as Plaintiffs' request to submit any objections by March 5, 2024. ECF 148.

2. Plaintiffs object to three of the documents remaining under seal: (1) the Expert Report of Jack R. Wiener, J.D. (Exhibit 30 of the Yablon Declaration); (2) the Expert Report of Cliff Ang (Exhibit 36 of the Yablon Declaration); and (3) much of the transcript of the deposition of Chad Coffman (Exhibit 37 of the Yablon Declaration).[1] Unlike the other documents filed under seal, these are expert materials that consist of largely public information.

3. Plaintiffs have conferred with Defendants, and Defendants have consented to publicly filing those three documents, but are working to determine the extent to which they believe any

---

[1] Mr. Coffman has designated portions of his deposition (pages/lines: 37:19-38:9; 43:1-44:20; 71:14-24; 85:12-17; and 86:2-4) as Highly Confidential and those portions should be redacted in any public filing and remain under seal.

- 1 -

4873-0919-9019.v1

- 2 -

redactions are necessary. Plaintiffs and Defendants agree that they can reach agreement on redactions, if any, by March 19, 2024.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order requiring that Exhibit 30, Exhibit 36, and Exhibit 37 of the Yablon Declaration be filed on the public docket by March 19, 2024, as redacted by agreement of the parties.

DATED: March 5, 2024

ROBBINS GELLER RUDMAN
& DOWD LLP
JAMES E. BARZ (IL Bar # 6255605)
FRANK A. RICHTER (IL Bar # 6310011)
CAMERAN M. GILLIAM (IL Bar # 6332723)

s/ Frank A. Richter
FRANK A. RICHTER

200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  630/696-4107
jbarz@rgrdlaw.com
frichter@rgrdlaw.com
cgilliam@rgrdlaw.com

*Counsel for Central Pennsylvania Teamsters
Pennsylvania Teamsters Pension Fund – Defined Benefit Plan and Central
Pennsylvania Teamsters Pension Fund –
Retirement Income Plan 1987 and Co-Lead
Counsel for the Class*

DATED: March 5, 2024

LABATON KELLER SUCHAROW LLP
CHRISTINE M. FOX (*pro hac vice*)
JAMES M. FEE (*pro hac vice*)

s/ Christine M. Fox
CHRISTINE M. FOX

- 2 -

4873-0919-9019.v1

- 3 -

140 Broadway, 34th Floor
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)
cfox@labaton.com
jfee@labaton.com

*Counsel for Boston Retirement System and City of Dearborn Police & Fire Revised Retirement System, and Co-Lead Counsel for the Class*

LAW OFFICE OF RACINE & ASSOCIATES
MARIE T. RACINE
1001 Woodward Avenue, Suite 1100
Detroit, MI 48226
Telephone: 313/961-8930
313/961-8945 (fax)
mracine@racinelaw.us

*Additional Counsel for City of Dearborn Police & Fire Revised Retirement System*

4873-0919-9019.v1

CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

s/ Frank A. Richter
FRANK A. RICHTER

ROBBINS GELLER RUDMAN
     & DOWD LLP
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 630/696-4107
Email: frichter@rgrdlaw.com

4873-0919-9019.v1