PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

BEIJING
HONG KONG
LONDON
LOS ANGELES
SAN FRANCISCO

TOKYO
TORONTO
WASHINGTON, DC
WILMINGTON

Direct Dial:  (212) 373-3166
Email:  aehrlich@paulweiss.com

April 8, 2024

The Honorable Jeffrey I. Cummings
Everett McKinley Dirksen United States Courthouse
Courtroom 1219 | Chambers 1278
219 South Dearborn Street
Chicago, IL 60604
Tel: (312) 435-6530
Fax: (312) 777-3810

Re: *Allison* v. *Oak Street Health, Inc. et al.*, Case No. 1:22-cv-00149

Dear Judge Cummings:

We write on behalf of the undersigned Defendants.  On February 20, 2024, Defendants filed their Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel (Dkt. 145; the "Opposition"). Defendants have filed a corrected version of the Opposition (the "Corrected Opposition") to clarify imprecise language regarding the findings of Defendants' expert Clifford Ang on pages 30 and 32. A redline identifying the corrections is attached as Exhibit A.

We have also edited the redactions contained in the publicly-filed version of the Corrected Opposition to conform with the previously-sealed exhibits that we filed publicly on March 19, 2024 (Dkt. 152).  Per our previous motion to seal (Dkt. 144) and the Court's February 22, 2024 order (Dkt. 148), we have filed an unredacted version of the Corrected Opposition under seal.

Respectfully submitted,

By: */s/Andrew J. Ehrlich*
Andrew J. Ehrlich (*pro hac vice*)
Staci L. Yablon (*pro hac vice*)
Alison R. Benedon (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Jeffrey I. Cummings                                                                    2

1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  212-373-3000
Facsimile:  212-373-3990
Email: aehrlich@paulweiss.com
Email: syablon@paulweiss.com
Email: abenedon@paulweiss.com

-and-

Peter A. Silverman (Il. ARDC #6196081)
Lisa M. Mazzone (Il. ARDC #6303922)
**SMITH, GAMBRELL & RUSSELL, LLP**
10 S. LaSalle Street, Suite 3600
Chicago, IL 60603
Telephone: 312-264-1004
Facsimile: 312-251-4610
Email: psilverman@sgrlaw.com
Email: lmazzone@sgrlaw.com

*Counsel for Oak Street Health, Inc., Michael Pykosz, Timothy Cook, Geoff Price, Griffin Myers, General Atlantic LLC n/k/a/ General Atlantic, L.P., General Atlantic (OSH) Interholdco, L.P., Newlight Partners LP, and Newlight Harbour Point SPV*

By: */s/ Marcella L. Lape*
Marcella L. Lape (Il. ARDC # 6286676)
Clare Lilek (Il. ARDC # 6336261)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
155 North Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 407-0700
Email: marcie.lape@skadden.com
Email: clare.lilek@skadden.com

-and-

Scott D. Musoff (*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, New York 10001

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Jeffrey I. Cummings 3

Telephone: (212) 735-7852
Email: scott.musoff@skadden.com

***Counsel for J.P. Morgan Securities LLC, Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC, William Blair & Company L.L.C., and Piper Sandler Companies***

By: */s/ Sara B. Brody*
Sara B. Brody (*pro hac vice*)
**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: 415/772-1200
Email: sbrody@sidley.com

John M. Skakun III (IL Bar # 6297636)
Jarrett H. Gross (IL Bar # 6323993)
Bonnie K. St. Charles (IL Bar # 6339720)
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, IL 60603
Telephone: 312/853-7000
Email: jskakun@sidley.com
Email: jarrett.gross@sidley.com
Email: bstcharles@sidley.com

***Counsel for Regina Benjamin, Carl Daley, Cheryl Dorsey, Mohit Kaushal, Kim Keck, Julie Klapstein, Paul Kusserow, Robbert Vorhoff, and Srdjan Vukovic***