**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| REGINALD T. ALLISON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> OAK STREET HEALTH, INC., et al., <br><br> Defendants. | Case No. 1:22-cv-00149 <br><br> <u>CLASS ACTION</u> <br><br> Hon. Jeffrey I. Cummings |

**INDEX OF EXHIBITSTO REPLY MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' OPPOSED MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

Exhibit 1  Expert Report of Professor Joshua Mitts, Ph.D. dated April 22, 2024

Exhibit 2  Corrected Expert Report of Clifford Ang, CFA, AVIA dated April 3, 2024

Exhibit 3  Expert Rebuttal Report of Chad Coffman, CFA dated April 22, 2024

Exhibit 4  Deposition Transcript of Clifford Ang, CFA, AVIA dated April 4, 2024