**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Reginald T. Allison, et al.
Plaintiff,
v.
Oak Street Health, Inc., et al.
Defendant.

Case No.: 1:22−cv−00149
Honorable Jeffrey I Cummings

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 31, 2024:

MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed the parties' joint status report [167], which indicates that the parties have reached a settlement agreement in principle to resolve this matter and are continuing their efforts to finalize that agreement in writing. By agreement of the parties, discovery is stayed to allow the parties time to focus on settlement. If no motion for preliminary approval has been filed by 7/24/24, the parties shall file an updated status report on that date regarding their efforts to memorialize the agreement. The 6/14/24 tracking status hearing is stricken and re−set to 8/5/24 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.