**INDEX OF EXHIBITS TO MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

| EXHIBIT | DOCUMENT |
|:---:|:---|
| A | *Azar v. Grubhub Inc.*, No. 1:19-cv-07665 (N.D. Ill. Oct. 14, 2022) |
| B | *Flynn v. Exelon Corp., et al.*, No. 1:19-cv-08209 (N.D. Ill. June 9, 2023) |