**INDEX OF EXHIBITS TO STIPULATION AND AGREEMENT OF SETTLEMENT**

| EXHIBIT | DOCUMENT |
| --- | --- |
| A | [Proposed] Order Preliminarily Approving Class Action Settlement and Providing for Notice |
| A-1 | Notice of Pendency and Proposed Settlement of Class Action and Motion for Attorneys' Fees and Expenses |
| A-2 | Proof of Claim and Release Form |
| A-3 | Summary Notice of Pendency and Proposed Settlement of Class Action and Motion for Attorneys' Fees and Expenses |
| B | [Proposed] Final Judgment Approving Settlement |