# Exhibit A-3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REGINALD T. ALLISON, Individually and on Behalf of All Others Similarly Situated, | CASE NO. 1:22-CV-00149 |
| Plaintiff, | CLASS ACTION |
| vs. | JUDGE JEFFREY I. CUMMINGS |
| OAK STREET HEALTH, INC., ET AL., et al., | |
| Defendants. | |

**SUMMARY NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS
ACTION AND MOTION FOR ATTORNEYS' FEES AND EXPENSES**

EXHIBIT A-3

1

**TO: ALL PERSONS AND ENTITIES WHO OR WHICH PURCHASED OR OTHERWISE ACQUIRED OAK STREET HEALTH, INC. ("OAK STREET HEALTH") PUBLICLY TRADED COMMON STOCK DURING THE PERIOD FROM AUGUST 6, 2020 THROUGH NOVEMBER 8, 2021, INCLUSIVE, AND WERE ALLEGEDLY DAMAGED THEREBY**

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Northern District of Illinois, Eastern Division and Rule 23 of the Federal Rules of Civil Procedure, that (i) the above captioned Action has been preliminarily certified as a class action, as defined in the full printed Notice of Pendency and Proposed Settlement of Class Action and Motion for Attorneys' Fees and Expenses ("Notice"), and (ii) Plaintiffs and Defendants have reached an agreement to settle the Action, and related claims, for $60,000,000 in cash (the "Settlement"). If the Settlement is approved, it will resolve all claims in the Action. Any capitalized terms used in this Summary Notice that are not defined have the meanings given to them in the Stipulation and Agreement of Settlement, dated August 13, 2024 (the "Stipulation"), and the Notice.

A final approval hearing will be held **on _____, 2024, at __:__ _.m.**, (the "Final Approval Hearing") before the Honorable Jeffrey I. Cummings at the United States District Court, Northern District of Illinois, Eastern Division, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, to determine, among other things, whether the Court should: (i) approve the proposed Settlement as fair, reasonable and adequate; (ii) finally certify the Settlement Class for purposes of the Settlement; (iii) enter the proposed Judgment dismissing the Action and related claims with prejudice; (iv) approve the proposed Plan of Allocation for the distribution of the Net Settlement Fund; and (v) approve Co-Lead Counsel's application for an award of attorneys' fees and expenses incurred in connection with the Action, together with interest accrued thereon, which may include an award to Plaintiffs pursuant to the

2

Private Securities Litigation Reform Act of 1995 in connection with their representation of the Settlement Class. The Court may change the date or location of the Final Approval Hearing, or decide to hold it remotely, without providing another notice. Please check the Settlement website for information about the hearing: www._____.

If you purchased or otherwise acquired Oak Street Health publicly traded common stock during the period from August 6, 2020 through November 8, 2021, both dates inclusive, your rights will be affected by the Settlement and you may be entitled to a monetary payment. If you have not received a copy of the detailed Notice, which more completely describes the Settlement and your rights, and a Claim Form, you may obtain these documents, as well as a copy of the Stipulation and other settlement documents, online at www._____ or by writing to:

*Oak Street Health Securities Settlement*
c/o JND Legal Administration
P.O. Box _____
_____

If you are a Settlement Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Claim Form either by mail **(postmarked no later than _____, 2024)** or electronically at www. _____ **(no later than _____, 2024)**. Your failure to submit your Claim Form by _____, 2024 will subject your claim to rejection and preclude you from receiving any of the recovery in connection with the Settlement. If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement, but you will nevertheless be bound by any releases, judgment, or orders entered by the Court in the Action.

If you want to be excluded from the Settlement Class, you must submit a request for exclusion so that it is **received no later than _____ 2024**, in the manner and form explained in the detailed Notice referred to above. All members of the Settlement Class who do not timely and

3

validly request exclusion from the Settlement Class will be bound by any judgment entered in the Action pursuant to the terms and conditions of the Stipulation. If you properly exclude yourself from the Settlement Class, you will not be bound by any releases, judgment, or orders entered by the Court in the Action and you will not receive any benefits from the Settlement.

Any objections to the Settlement, Plan of Allocation, and/or Co-Lead Counsel's Fee and Expense Application must be mailed or delivered to the Clerk of the Court and counsel for the Parties at the addresses below and in accordance with the instructions in the Notice, such that they are **filed and received no later than _____, 2024**:

*Court*:

Clerk of the Court
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

*Co-Lead Counsel Representative*:

Theodore J. Pintar
ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

*Defendants' Counsel Representative:*

Andrew J. Ehrlich
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

DATED: _____

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

4