**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Reginald T. Allison, et al.

                   Plaintiff,

v.                                      Case No.: 1:22–cv–00149
                                      Honorable Jeffrey I Cummings

Oak Street Health, Inc., et al.

                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 19, 2024:

      MINUTE entry before the Honorable Jeffrey I Cummings: Motion hearing held on the plaintiffs' unopposed motion for preliminary approval of class action settlement [172]. For the reasons stated on the record in open court, plaintiffs' motion for preliminary approval [172] is granted. Plaintiffs shall promptly file the supplemental agreement referenced in the motion, and is granted leave to do so under seal. Final approval hearing set for 12/12/24 at 11:00 a.m. Enter Preliminary Approval Order. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.