**INDEX OF EXHIBITS TO DECLARATION OF CHRISTINE M. FOX IN SUPPORT OF: (I) LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION; AND (II) CO-LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, EXPENSES, AND AWARDS TO PLAINTIFFS PURSUANT TO THE PRIVATE SECURITIES LITIGATION REFORM ACT**

| EXHIBIT | DOCUMENT |
|---------|----------|
| 1 | Declaration of Joseph Samolewicz in Support of Lead Plaintiffs' Motion for Final Approval of Settlement |
| 2 | Declaration of Boston Retirement System in Support of Approval of Proposed Settlement and Request for Attorneys' Fees and Expenses |
| 3 | Declaration of City of Dearborn Police & Fire Revised Retirement System in Support of Approval of Proposed Settlement and Request for Attorneys' Fees and Expenses |
| 4 | Declaration of James E. Barz in Support of: (1) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation; and (2) Co-Lead Counsel's Motion for an Award of Attorneys' fees and Expenses and Awards to Plaintiffs Pursuant to the PSLRA |
| 5 | Cornerstone Research - *Securities Class Action Settlements-2023 Review and Analysis* |
| 6 | Declaration of Luiggy Segura Regarding: (A) Dissemination of the Notice Packet; (B) Publication/Transmission of the Summary Notice; (C) Establishment of Call Center Services and Website; and (D) Requests for Exclusion Received to Date |
| 7 | Declaration of Frank A. Richter Filed on Behalf of Robbins Geller Rudman & Dowd LLP in Support of Application for Award of Attorneys' Fees and Expenses |
| 8 | Declaration of Christine M. Fox Filed on Behalf of Labaton Keller Sucharow LLP in Support of Application for Award of Attorneys' Fees and Expenses |
| 9 | Summary Lodestar and Expense Table |