# EXHIBIT 9

*Allison v. Oak Street Health, Inc., et al.*, Case No. 1:22-cv-00149

| FIRM NAME | HOURS | LODESTAR | EXPENSES |
|---|---|---|---|
| Robbins Geller Rudman & Dowd LLP | 13,577.00 | $7,351,197.00 | $390,823.51 |
| Labaton Keller Sucharow LLP | 12,383.80 | $6,453,271.00 | $498,123.84 |
| *TOTALS:* | *25,960.80* | *$13,804,468.00* | *$888,947.35* |