UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REGINALD T. ALLISON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>OAK STREET HEALTH, INC., ET AL.<br><br>Defendants. | CASE NO. 1:22-CV-00149<br><br>CLASS ACTION<br><br>JUDGE JEFFREY I. CUMMINGS |

**SUPPLEMENTAL DECLARATION OF LUIGGY SEGURA REGARDING: (A) DISSEMINATION OF THE NOTICE PACKET; (B) UPDATE ON CALL CENTER SERVICES AND SETTLEMENT WEBSITE; (C) REQUESTS FOR EXCLUSION RECEIVED; AND (D) CLAIMS RECEIVED TO DATE**

I, Luiggy Segura, declare as follows:

1. I am the Vice President of Securities Operations at JND Legal Administration ("JND"). Pursuant to the Court's September 19, 2024 Order Preliminarily Approving Class Action Settlement and Providing for Notice (ECF No. 184) (the "Notice Order"), JND was authorized to act as the Claims Administrator in connection with the above-captioned action (the "Action").[1] I submit this Declaration as a supplement to my previously filed declaration, the Declaration of Luiggy Segura Regarding: (A) Dissemination of the Notice Packet; (B) Publication/Transmission of the Summary Notice; (C) Establishment of Call Center Services and Website; and (D) Requests for Exclusion Received to Date, dated November 6, 2024 (ECF No. 189-7) (the "Initial Mailing Declaration"). The following statements are based on my personal knowledge and information

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated August 13, 2024 (ECF No. 174) ("Stipulation") or the Initial Mailing Declaration.

provided to me by other experienced JND employees, and, if called as a witness, I could and would testify competently thereto.

## UPDATE ON DISSEMINATION OF THE NOTICE PACKET

2.      Since the initial mailing of Notice Packets on October 4, 2024 (the "Initial Mailing"), JND has undertaken substantial efforts to ensure that brokers/nominees responded in a timely manner to the Notice either by providing JND with the names and addresses of potential Settlement Class Members or by requesting Notice Packets, in bulk, to forward directly onto their clients. To that end, JND caused reminder postcards to be mailed to the brokers/nominees and third-party filers who did not respond to the Initial Mailing, advising these entities of their obligation to facilitate notice of the Settlement to their clients who purchased or acquired Oak Street Health common stock during the Class Period. JND also reached out via telephone and email to the top 100 brokers/nominees and third-party filers.

3.      Since the Initial Mailing, JND has continued to disseminate copies of the Notice Packet in response to requests from potential Settlement Class Members and brokers/nominees. As of December 3, 2024, JND has mailed a total of 31,823 Notice Packets to potential Settlement Class Members and brokers/nominees via First-Class mail.[2]

## UPDATE ON CALL CENTER SERVICES AND SETTLEMENT WEBSITE

4.      JND continues to maintain the toll-free telephone number (877-753-2587) and Interactive Voice Recording ("IVR") to accommodate inquiries about the Settlement from potential Settlement Class Members. Through December 3, 2024, there have been a total of 91 calls to the toll-free telephone number, 50 of which have been handled by a live operator. JND has

---

[2] As of December 3, 2024: 96 Notice Packets have been returned to JND by the United States Postal Service ("USPS") as undelivered as addressed; the USPS provided an updated address for 1 of the undelivered Notice Packets and JND forwarded the notice to the updated address; in addition, JND re-mailed 10 Notice Packets to updated addresses located by JND through advanced address searches.

promptly responded to each telephone inquiry and will continue to respond to Settlement Class Member inquiries via the toll-free telephone number.

5.      JND also continues to maintain the website dedicated to the Settlement, www.OakStreetHealthSecuritiesSettlement.com (the "Settlement Website"), to assist potential Settlement Class Members. On November 7, 2024, JND posted to the Settlement Website copies of the papers regarding the final approval of the Settlement, approval of the Plan of Allocation, and award of attorneys' fees, expenses, and awards to Plaintiffs. JND will continue operating, maintaining and, as appropriate, updating the Settlement Website until the conclusion of the administration of the Settlement.

## REQUESTS FOR EXCLUSION RECEIVED

6.      The Notice, Summary Notice, and Settlement Website informed potential Settlement Class Members that requests for exclusion from the Settlement Class were to be sent to JND, such that they are received no later than November 21, 2024. JND has monitored all mail delivered to the P.O Box for the Settlement. As of the date of this Declaration, JND has not received any requests for exclusion.

## CLAIMS RECEIVED TO DATE

7.      The Notice and Claim Form also informed potential Settlement Class Members that if they wished to participate in the Settlement that they must timely complete and return the Claim Form with adequate supporting documentation postmarked or submitted online no later than November 21, 2024.

//

//

//

//

8.      As of December 3, 2024, JND has received approximately 40,140 Claim Forms. At this point in the administration, JND is still processing and reviewing claims. Therefore, the number of valid claims is unknown.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of December 2024, at New Hyde Park, New York.


_____
LUIGGY SEGURA

4

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify under penalty of perjury that on December 5, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notification of such filing to all counsel of record.

*/s/ James E. Barz*
JAMES E. BARZ