UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Reginald T. Allison, et al.
                              Plaintiff,

v.                                                  Case No.: 1:22−cv−00149
                                                     Honorable Jeffrey I Cummings

Oak Street Health, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 12, 2024:

      MINUTE entry before the Honorable Jeffrey I Cummings: Final approval hearing held on 12/12/24. For the reasons stated on the record, plaintiffs' unopposed motion for final approval of class action settlement and approval of plan of allocation [185] and plaintiffs' counsel's motion for an award of attorneys' fees and expenses and awards to plaintiffs [187] are granted. Enter Final Judgment Approving Settlement, Order Approving Plan of Allocation, and Order Awarding Attorneys' Fees and Expenses and Awards to Plaintiffs. Civil case terminated. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.